TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (SB 73531)
E-mail: djfurniss@townsend.com
THEODORE G. BROWN, III (SB 114672)
379 Lytton Avenue
Palo Alto, California 94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
*djfurniss@townsend.com; tgbrown@townsend.com*

O'MELVENY & MYERS LLP
PATRICK LYNCH (SB 39749)
KENNETH R. O'ROURKE (SB 120144)
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
*plynch@omm.com; korourke@omm.com*

THELEN REID & PRIEST LLP
KENNETH L. NISSLY (SB 77589)
SUSAN G. van KEULEN (SB 136060)
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone:  (408) 282-5800
Facsimile:  (408) 287-8040
*kennissly@thelenreid.com;*
*svankeulen@thelenreid.com*

Attorneys for
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

FILED

OCT 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., AND HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No.  CV 00-20905 RMW<br><br>**ORDER GRANTING PRODUCTION OF DOCUMENTS AND TIME RECORDS CONCERNING DRAM LITIGATION** |

[PROPOSED] ORDER GRANTING PRODUCTION OF DOCUMENTS - CASE NO. CV 00-20905 RMW

On October 19, 2005, before the Honorable Ronald M. Whyte, United States District Judge, plaintiffs and counterdefendants Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH's ("Hynix") orally argued a motion to require that Rambus Inc. and the law firms of Cooley Godward LLP, and Fenwick & West LLP ("said Law Firms") produce documents related to the advice provided to Rambus by those firms regarding possible litigation with DRAM companies. The parties were represented by their respective counsel of record: Townsend and Townsend and Crew, LLP, O'Melveny & Myers LLP, and Thelen Reid & Priest LLP for Hynix; Munger, Tolles & Olson LLP and Sidley, Austin, Brown & Wood, LLP for Rambus, Inc.

Having heard and considered oral argument of counsel, and good cause appearing, the Court hereby GRANTS Hynix's motion and ORDERS:

1. Production of all documents created by said Law Firms from February 11, 1998 through December 1, 1999 regarding any communication, work activity or advice concerning possible litigation by Rambus against any DRAM company or DRAM controller company;

2. All time records created by said Law Firms from any engagement concerning possible litigation by Rambus against any DRAM company or any DRAM

1

1 | controller company during the period from February
2 | 11, 1998 through December 1, 1999.
3 | IT IS SO ORDERED.
4 | Dated: 10/19/05

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge