*E-filed:* 9/21/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RAMBUS INC.,<br><br>　　　　Defendant. | No. CV-00-20905 RMW<br><br>ORDER RESETTING BRIEFING SCHEDULE FOR HYNIX'S MOTION FOR CERTIFICATION OF SPOLIATION ORDERS FOR INTERLOCUTORY APPEAL<br><br>**[Docket No. 2412]** |

　　　Hynix noticed a motion for certification of spoliation orders for interlocutory appeal for hearing on October 20, 2006. According to Hynix's proposed briefing schedule, Rambus's opposition is due September 29, 2006 and Hynix's reply brief is due October 6, 2006. Rambus objects to this briefing schedule and contends that: (1) the court's § 1292(b) determination is best made after the District of Delaware court rules on the spoliation issues in *Micron Technology, Inc. v. Rambus Inc.*, No. Civ. A.00-792-KAJ, and (2) Rambus would be prejudiced by this schedule because it corresponds exactly with the schedule imposed by the Federal Trade Commission for briefing of the remedy issues in *In the Matter of Rambus Incorporated*.

ORDER RESETTING BRIEFING SCHEDULE FOR HYNIX'S MOTION FOR CERTIFICATION OF SPOLIATION ORDERS FOR INTERLOCUTORY APPEAL—C-00-20905 RMW
SPT

1  The court finds that Rambus would be prejudiced to the extent the briefing and hearing dates
2 for the § 1292(b) motion coincide with the deadlines set by the FTC for the remedy issues.
3 According to the FTC's Order Scheduling Supplemental Briefing on Issues of Remedy, *available at*
4 http://www.ftc.gov/os/adjpro/d9302/060802rambusorder.pdf, both Rambus and Complaint Counsel
5 each shall file a brief addressing the remedy issues on or before September 15, 2006.  On or before
6 September 29, 2006 each party may file a responding brief.  Additional oral argument relating to the
7 remedy issues will be scheduled by further order of the FTC after receipt of the opening and
8 responding briefs.
9  Accordingly, the court resets the briefing and hearing dates for Hynix's Motion for
10 Certification of Spoliation Orders for Interlocutory Appeal as follows:
11  Rambus's Opposition Brief: October 20, 2006
12  Hynix's Reply Brief: October 27, 2006
13  Hearing Date: November 10, 2006
14 Rambus may request to further revise these dates to the extent they coincide with any further
15 deadlines set by the FTC, including the date of additional oral argument on the remedy issues.

DATED: 9/21/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RESETTING BRIEFING SCHEDULE FOR HYNIX'S MOTION FOR CERTIFICATION OF SPOLIATION ORDERS FOR INTERLOCUTORY APPEAL—C-00-20905 RMW
SPT 2

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for plaintiff:**

Daniel J. Furniss
Theodore G. Brown, III
Jordan Trent Jones
Townsend & Townsend & Crew LLP
379 Lytton Ave
Palo Alto, CA 94301

Patrick Lynch
Kenneth R. O'Rourke
O'Melveny & Myers
400 So Hope St Ste 1060
Los Angeles, CA 90071-2899

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
Thelen Reid & Priest LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113-1723

Allen Ruby
Ruby & Schofield
125 South Market Street, Suite 1001
San Jose, CA 95113-2285

**Counsel for defendant:**

Gregory Stone
Kelly M. Klaus
Steven M. Perry
Munger Tolles & Olson
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

Peter A. Detre
Carolyn Hoecker Luedtke
Munger Tolles & Olson
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Peter I Ostroff
Rollin A. Ransom
Michelle B. Goodman
V. Bryan Medlock, Jr.
Sidley Austin Brown & Wood
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

Jeannine Yoo Sano
Pierre J. Hubert
Dewey Ballantine
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Date:   9/21/06                              **SPT**
                                             **Chambers of Judge Whyte**

ORDER RESETTING BRIEFING SCHEDULE FOR HYNIX'S MOTION FOR CERTIFICATION OF SPOLIATION ORDERS FOR INTERLOCUTORY APPEAL—C-00-20905 RMW
SPT                                3