Gregory P. Stone (State Bar No. 078329)
Steven M. Perry (State Bar No. 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100; Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com; steven.perry@mto.com*

Peter A. Detre (State Bar No. 182619)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000; Facsimile: (415) 512-4077
Email: *peter.detre@mto.com*

Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000; Facsimile: (213) 896-6600
Email: *rransom@sidley.com*

Attorneys for Defendant and Counterclaim-Plaintiff
RAMBUS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. CV 00-20905 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS RE POTENTIAL IMPACT OF FTC OPINION**<br><br>Hearing Date: January 12, 2007<br>Time: 9:00 a.m.<br>Ctrm: 6 |

This stipulation between the parties involves the briefing schedule previously agreed to for three motions filed on October 16, 2006: (1) Hynix's motion regarding FTC findings that it believes should be given *prima facie* effect with respect to its antitrust claim; (2) Hynix's motion for summary judgment on collateral estoppel grounds with respect to its § 17200 claim and its equitable estoppel defense; and (3) Rambus's motion for partial reconsideration of the Court's August 22, 2006 order regarding the potential availability of *prima facie* treatment for FTC findings in a case brought under section 5 of the FTC Act.

The parties had previously agreed that their respective opposition papers would be filed on or before November 28, 2006. The parties have conferred and now stipulate and agree that their respective opposition papers will be filed on or before December 1, 2006. The reply briefs will be filed on or before December 20, 2006 (there is no change in this date from the previously agreed upon schedule), and the hearing date for all three motions remains at 9:00 a.m. on January 12, 2007.

DATED: November 21, 2006          MUNGER, TOLLES & OLSON LLP

                                  By: _____
                                              Steven M. Perry
                                  (signed by Timothy C. Nix with permission)

DATED: November 21, 2006          THELEN REID & PRIEST

                                  By: _____
                                              Kenneth Nissly

[PROPOSED] ORDER

It is so ordered.

DATED: November 21, 2006          By: _____
                                              Ronald M. Whyte
                                              United States District Judge

-1-                                                          STIPULATION AND [PROPOSED] ORDER
                                                             REGARDING BRIEFING SCHEDULE FOR PENDING
                                                             MOTIONS, CASE NO. CV 00-20905 RMW

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:

**Counsel for plaintiff:**
Daniel J. Furniss
Theodore G. Brown, III
Jordan Trent Jones
Townsend & Townsend & Crew LLP
379 Lytton Ave
Palo Alto, CA 94301

Patrick Lynch
Kenneth R. O'Rourke
O'Melveny & Myers
400 So Hope St Ste 1060
Los Angeles, CA 90071-2899

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
Thelen Reid & Priest LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113-1723

Allen Ruby
Ruby & Schofield
125 South Market Street, Suite 1001
San Jose, CA 95113-2285

**Counsel for defendant:**
Gregory Stone
Kelly M. Klaus
Steven M. Perry
Munger Tolles & Olson
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

Peter A. Detre
Carolyn Hoecker Luedtke
Munger Tolles & Olson
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Peter I Ostroff
Rollin A. Ransom
Michelle B. Goodman
V. Bryan Medlock, Jr.
Sidley Austin Brown & Wood
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

Jeannine Yoo Sano
Pierre J. Hubert
Dewey Ballantine
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Date: 11/22/06                                                SPT
                                                              **Chambers of Judge Whyte**

2