ALLEN RUBY (SBN 47109) allenruby@aol.com
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113-2285
Telephone: (408) 998-8500; Facsimile: (408) 998-8503

KENNETH R. O'ROURKE (SBN 120144) korourke@omm.com
WALLACE A. ALLAN (SBN 102054) tallan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000; Facsimile: (213) 430-6407

KENNETH L. NISSLY (SBN 77589) kennissly@thelen.com
SUSAN van KEULEN (SBN 136060) svankeulen@thelen.com
GEOFFREY H. YOST (SBN 159687) gyost@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara, 12th Floor
San Jose, California 95113-1723
Telephone: (408) 292-5800; Facsimile: (408) 287-8040

THEODORE G. BROWN, III (SBN 114672) tgbrown@townsend.com
JORDAN TRENT JONES (SBN 166600) jtjones@townsend.com
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

**FILED**

MAR 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. CV 00-20905 RMW<br><br>[PROPOSED] SUPPLEMENTAL ORDER RELEASING BOND POSTED IN REGARD TO PATENT VERDICT |

In accordance with the Order Releasing Bond Posted In Regard To Patent Verdict, dated March 15, 2007, the Court hereby ORDERS that the Stay Bond, dated Sept. 22, 2006, Docket No. 2421 in the amount of $192,333,637 (a copy of which is attached hereto as Exhibit A) is hereby unconditionally RELEASED and EXONERATED.

IT IS SO ORDERED.

Dated: March 30, 2007

Honorable Ronald M. Whyte
United States District Court Judge

SV #287046 v1

[PROPOSED] SUPPLEMENTAL ORDER RELEASING BOND POSTED IN REGARD TO PATENT VERDICT
Case No. CV 00-20905 RMW

ALLEN RUBY (S.B. #47109) allenruby@aol.com
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113-2285
Telephone: (408) 998-8500; Facsimile: (408) 998-8503

PATRICK LYNCH (S.B. #39749) plynch@omm.com
KENNETH R. O'ROURKE (S.B. #120144) korourke@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000; Facsimile: (213) 430-6407

KENNETH L. NISSLY (S.B. #77589) kennissly@thelenreid.com
SUSAN van KEULEN (S.B. #136060) svankeulen@thelenreid.com
GEOFFREY H. YOST (S.B. #159687) gyost@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 292-5800 ;Facsimile: (408) 287-8040

*Complete list of counsel of record on signature page*

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br>Plaintiffs,<br>v.<br>RAMBUS, INC.,<br>Defendant. | Case No. CV 00-20905 RMW<br><br>**STAY BOND** |
| AND RELATED COUNTERCLAIMS | |

THELEN REID & PRIEST LLP

1      Plaintiffs and counter defendants Hynix Semiconductor Inc., Hynix
2  Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor
3  Deutschland GmbH hereby post the stay bond, attached as Exhibit A, required by the
4  Court's Order Staying Phase III of Trial Pending Final Order of the Federal Trade
5  Commission, dated August 22, 2006.

8  Dated: September 22, 2006    By: _____
9      Kenneth L. Nissly
    Susan van Keulen
10     Geoffrey H. Yost
    THELEN REID & PRIEST LLP

12     Allen Ruby
    RUBY & SCHOFIELD

13     Patrick Lynch
    Kenneth R. O'Rourke
14     O'MELVENY & MEYERS LLP

15     Daniel J. Furniss
    Theodore G. Brown, III
16     Jordan Trent Jones
    TOWNSEND and TOWNSEND and
17     CREW LLP

18     Attorneys for
    HYNIX SEMICONDUCTOR INC.,
19     HYNIX SEMICONDUCTOR AMERICA INC.,
    HYNIX SEMICONDUCTOR U.K. LTD., and
20     HYNIX SEMICONDUCTOR
    DEUTSCHLAND GmbH

21 SV #266066

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> RAMBUS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.   CV 00-20905 RMW <br><br> CIVIL BOND PURSUANT TO ORDER STAYING PHASE III OF TRIAL PENDING FINAL ORDER OF THE FEDERAL TRADE COMMISSION |

## CIVIL BOND

WHEREAS, the above named Hynix Semiconductor Inc., as Principal and American Home Assurance Company as Surety desire(s) to give an undertaking for a stay of certain proceedings in the case styled Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH v. Rambus Inc., United States District Court, Northern District of California, Case No. CV-00-20905 RMW, as provided by the Order Staying Phase III of Trial Pending Final Order of the Federal Trade Commission, dated August 22, 2006 and as provided by applicable local rules and the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned, Hynix Semiconductor Inc., as Principal and American Home Assurance Company as Surety, do hereby obligate themselves jointly and severally to Plaintiff, Rambus Inc. under said obligations in the sum of One Hundred Ninety Two Million Three Hundred Thirty Three Thousand Six Hundred Thirty Seven and 00/100--------------- ($192,333,637.00) Dollars, to be paid to Plaintiff Rambus Inc. in accordance with all terms and conditions hereof.

NOW, THEREFORE, the condition of this obligation is such that if (1) the Court in the above-captioned action finds in favor of Principal, or (2) the Court in the above-captioned action issues an order amending, modifying or voiding this bond, or (3) Principal satisfies any final money judgment that may be entered against it and in favor of Plaintiff in the above-captioned action up to the sum of One Hundred Ninety Two Million Three Hundred Thirty Three Thousand Six Hundred Thirty Seven and 00/100-------- ($192,333,637.00) Dollars, within sixty (60) days thereof, that this obligation is void.

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Principal or Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against them in accordance with their obligation and award execution thereon.

SIGNED, SEALED and dated this 20th of September, 2006.

PRINCIPAL: HYNIX SEMICONDUCTOR INC.

By: _____
Kenneth L. Nissly, As its: Attorney-in-Fact

Bond No. 21-02-65

Bonding Company: American Home Assurance Company
Address: 175 Water Street
Address: New York NY 10038
Phone Number: 212 458 3717

SURETY: American Home Assurance Company

By: _____
Edward L. Mitchell, As its: Attorney-in-Fact

C:\Documents and Settings\klnissly\My Documents\Rambus\Draft bond.doc -2-

CIVIL BOND PURSUANT TO ORDER STAYING PHASE III OF TRIAL PENDING FINAL ORDER OF THE FEDERAL TRADE COMMISSION

American Home Assurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
Principal Bond Office 70 Pine Street, New York, N.Y. 10270

POWER OF ATTORNEY

No. 07-B-08914

KNOW ALL MEN BY THESE PRESENTS:

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation, does each hereby appoint

---Sandra S. Carter, Judy Gay Cera, Gary D. Eklund, Judy S. Fleming, Virginia B. McManus,
Barbara S. McArthur, Edward L. Mitchell, Nancy Nix, Barbara Thompson,
Laurel D. Huss, Cynthia I. Rodolph: of Atlanta, Georgia---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. have each executed these presents

this 4th day of February, 2003.

Michael C. Fay, Vice President

STATE OF NEW YORK }
COUNTY OF NEW YORK }ss.

On this 4th day of February, 2003 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

DOROTHY L. PARKER
Notary Public, State of New York
No. 01PA6060631
Qualified in Richmond County
Commission Expires June 25, 2003

### CERTIFICATE

Excerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance or other contract of indemnity or writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M. Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, Pa. do hereby certify that the foregoing excerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation

this 20th day of September 2006

Elizabeth M. Tuck, Secretary

65166 (4/99)