**E-FILED:** **7/16/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RAMBUS INC.,<br><br>    Defendant. | CASE NO. C 00-20905 RMW<br><br>[PROPOSED] ORDER AND STIPULATION EXTENDING TIME<br><br>Judge:   Hon Ronald M. Whyte |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | CASE NO. C 05-00334 RMW |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>    Defendants. | CASE NO. C 05-02298 RMW |

| | |
|---|---|
| RAMBUS INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>             Defendants. | CASE NO. C 06-00244 RMW |

**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME**

Whereas the Court entered a Joint Case Management Order ("CMO") on April 24, 2007;

Whereas the CMO provides that July 20, 2007 is the date on which the party or parties with the burden of proof on an issue is required to provide an expert report on that issue;

Whereas the CMO set August 17, 2007 as the date on which the parties are required to provide rebuttal expert disclosures and reports;

Whereas the expert discovery cutoff set forth in the CMO is September 17, 2007;

Whereas the CMO set October 1, 2007 as the last day to file summary judgment and Daubert motions;

Whereas, on June 27, 2007, the Court scheduled a further case management conference to take place on November 7, 2007;

Whereas Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology Corporation USA (collectively the "Manufacturers") and Rambus Inc. served their expert disclosures on June 22, 2007;

1            Whereas the Manufacturers' experts require additional time to complete their expert reports;

2            Whereas the Manufacturers requested a twelve-day extension of time to submit any party's initial expert report(s), and Rambus Inc. agreed to the Manufacturers' request;

3            Whereas Rambus in turn requested a twenty-four-day extension of the time to submit any party's rebuttal report(s), and the Manufacturers agreed to Rambus's request;

4            Whereas the parties have agreed, subject to the Court's approval, to modify the schedule set forth in the Joint Case Management Order dated April 24, 2007;

5            NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel, that: (i) the date on which the party or parties with the burden of proof on an issue shall provide an expert report on that issue is moved from July 20, 2007 to August 1, 2007; (ii) the date on which the parties shall provide rebuttal expert disclosures and reports is moved from August 17, 2007 to September 10, 2007; (iii) the last day for expert discovery is moved from September 17, 2007 to October 8, 2007; (iv) the last day to file summary judgment and Daubert motions is moved from October 1, 2007 to October 17, 2007; and (vi) the further case management conference and the hearing date for summary judgment and Daubert motions is moved from November 7, 2007 to November 21, 2007.

SO ORDERED,

DATED:        7/16/07             _____

                                                            HON. RONALD M. WHYTE

-3-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME

DATED: July 12, 2007                  Respectfully submitted,

                                       FOR THE MANUFACTURERS
                                       By /s/ Hal Barza
                                          Harold A. Barza
                                          William Price
                                          Robert Becher
                                          QUINN EMANUEL URQUHART OLIVER & HEDGES
                                          865 South Figueroa Street, 10th Floor
                                          Los Angeles, California  90017-2543

                                          Jared Bobrow
                                          John D. Beynon
                                          WEIL, GOTSHAL & MANGES LLP
                                          Redwood Shores, CA  94065

                                          Attorneys for
                                          MICRON TECHNOLOGY, INC., and
                                          MICRON SEMICONDUCTOR PRODUCTS, INC.

                                       By /s/ Anita Kadala
                                          David J. Healey
                                          Anita E. Kadala
                                          WEIL, GOTSHAL & MANGES LLP
                                          Houston, TX  77002

                                          Alan J. Weinschel
                                          WEIL, GOTSHAL & MANGES LLP
                                          New York, NY  10153

                                          Matthew D. Powers
                                          Edward R. Reines
                                          WEIL, GOTSHAL & MANGES LLP
                                          Redwood Shores, CA  94065

                                          Attorneys for
                                          SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
                                          SAMSUNG SEMICONDUCTOR, INC., and
                                          SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

                                       By /s/ Robert Freitas
                                          Robert E. Freitas
                                          Kai Tseng
                                          Craig R. Kaufman
                                          Denise M. Mingrone
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          Menlo Park, CA  94025

                                          Attorneys for
                                          NANYA TECHNOLOGY CORPORATION and NANYA
                                          TECHNOLOGY CORPORATION U.S.A.

-4-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME

1
2
3                              By   /s/ Susan van Keulen
                                  Theodore G. Brown, III
4                                 Susan van Keulen
                                  TOWNSEND and TOWNSEND and CREW LLP
5                                 379 Lytton Avenue
                                  Palo Alto, California 94301
6
                                  Attorneys for
7                                 HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR
                                  AMERICA INC., HYNIX SEMICONDUCTOR
8                                 MANUFACTURING AMERICA INC., HYNIX
                                  SEMICONDUCTOR U.K. LTD., and HYNIX
9                                 SEMICONDUCTOR DEUTSCHLAND GmbH

10
11
12   DATED:  July 12, 2007      FOR RAMBUS INC.
13
                               By  /s/
14                                Carolyn Hoecker Luedtke
                                  MUNGER, TOLLES & OLSON LLP
15                                560 Mission Street, 27th Floor
                                  San Francisco, CA 94105
16
                                  Attorneys for
17                                RAMBUS INC.
18
19
20
21
22
23
24
25
26
27
28

1

2  **Notice of this document has been electronically sent to:**

3  **Counsel for Plaintiff(s):**

4  Craig N. Tolliver           ctolliver@mckoolsmith.com
   Pierre J. Hubert            phubert@mckoolsmith.com
5  Brian K. Erickson           berickson@dbllp.com,
   David C. Vondle             dvondle@akingump.com
6  Gregory P. Stone            gregory.stone@mto.com
   Carolyn Hoecker Luedtke     luedtkech@mto.com
7  Peter A. Detre              detrepa@mto.com
   Burton Alexander Gross      burton.gross@mto.com,
8  Steven McCall Perry         steven.perry@mto.com
   Jeannine Y. Sano            sanoj@howrey.com
9
   **Counsel for Defendant(s):**
10
   Matthew D. Powers           matthew.powers@weil.com
11 David J. Healey             david.healey@weil.com
   Edward R. Reines            Edward.Reines@weil.com
12 John D Beynon               john.beynon@weil.com
   Jared Bobrow                jared.bobrow@weil.com
13 Leeron Kalay                leeron.kalay@weil.com
   Theodore G. Brown, III      tgbrown@townsend.com
14 Daniel J. Furniss           djfurniss@townsend.com
   Jordan Trent Jones          jtjones@townsend.com
15 Kenneth L. Nissly           kennissly@thelenreid.com
   Geoffrey H. Yost            gyost@thelenreid.com
16 Susan Gregory van Keulen    svankeulen@thelenreid.com
   Patrick Lynch               plynch@omm.com
17 Jason Sheffield Angell      jangell@orrick.com
   Vickie L. Feeman            vfeeman@orrick.com
18 Mark Shean                  mshean@orrick.com
   Kai Tseng                   hlee@orrick.com
19

20 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.
21
   **Dated:** _____7/16/07_____        _____SPT_____
22                                         **Chambers of Judge Whyte**

23

24

25

26

27

28

-6-   Case Nos. C 00-20905; 05-00334; 05-02298; 06-00244

[PROPOSED] ORDER EXTENDING TIME