1  [*Attorney list on signature page*]

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4  SAN JOSE DIVISION    ***E-FILED - 9/12/07***

5

| | |
|---|---|
| 6  HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; 7  HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR 8  DEUTSCHLAND GmbH, | CASE NO. C 00-20905 RMW  **[] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** |
| 9           Plaintiffs, | |
| 10          vs. | |
| 11  RAMBUS INC., | |
| 12          Defendant. | |
| 13  RAMBUS INC., | CASE NO. C 05-00334 RMW |
| 14          Plaintiff, | |
| 15          vs. | |
| 16  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., 17  HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., 18  SAMSUNG ELECTRONICS CO., LTD., 19  SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, 20  INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., 21  NANYA TECHNOLOGY CORPORATION, 22  NANCY TECHNOLOGY CORPORATION U.S.A., 23          Defendants. | |

24

25

26

27

28

20480/2209350.1

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-02298 RMW |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | |
| Defendants. | |
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

1  **STIPULATION AND [] ORDER**

3  WHEREAS, the expert discovery cutoff in the above-captioned actions was set for
4  October 8, 2007 by Order dated July 16, 2007;

5  WHEREAS, the parties have agreed to hold the depositions of the rebuttal experts
6  to Laurence Pretty and Polk Wagner after the expert discovery cutoff date set by the July 16 Order
7  and on or before October 12, 2007;

8  WHEREAS, the parties have agreed to hold the deposition of Dr. Bruce Jacob,
9  expert for Nanya Technology Corporation and Nancy Technology Corporation U.S.A., on October
10  26, 2007;

11  THEREFORE, IT IS ORDERED THAT

12  The expert discovery cutoff in the above captioned actions shall be lifted to
13  accommodate the agreement of counsel on these matters.

15  SO ORDERED,

16  DATED: 9/10/07

   *Ronald M. Whyte*

   HON. RONALD M. WHYTE

ON BEHALF OF MANUFACTURERS:

DATED: August 31, 2007					Respectfully submitted,


								By /s/ Robert Becher
								    Harold A. Barza
								    William Price
								    Jon Steiger
								    Robert Becher
								    QUINN EMANUEL URQUHART OLIVER &
								    HEDGES
								    865 South Figueroa Street, 10th Floor
								    Los Angeles, California  90017-2543

								    Jared Bobrow
								    John D. Beynon
								    WEIL, GOTSHAL & MANGES LLP

								    Attorneys for
								    MICRON TECHNOLOGY INC., and
								    MICRON SEMICONDUCTOR PRODUCTS,
								    INC.




								By /s/ Anita Kadala
								    Kenneth R. O'Rourke
								    O'MELVENY & MYERS LLP

								    Allen Ruby
								    RUBY & SCHOFIELD

								    Kenneth L. Nissly
								    Susan van Keulen
								    Geoffrey H. Yost
								    THELEN REID BROWN RAYSMAN &
								    STEINER LLP

								    Daniel J. Furniss
								    Theodore Brown, III
								    Jordan Trent Jones
								    TOWNSEND and TOWNSEND CREW LLP

								    Attorneys for
								    HYNIX SEMICONDUCTOR, INC., HYNIX
								    SEMICONDUCTOR AMERICA, INC., HYNIX
								    SEMICONDUCTOR U.K., LTD., and HYNIX
								    SEMICONDUCTOR DEUTSCHLAND, GmbH

1
2
3      By /s/ Ted Brown
           Matthew D. Powers
           Edward R. Reines
4          WEIL, GOTSHAL & MANGES LLP
           Redwood Shores, CA 94065
5
           David J. Healey
6          Anita E. Kadala
           WEIL, GOTSHAL & MANGES LLP
7          Houston, TX 7702

8          Attorneys for
           SAMSUNG ELECTRONICS CO., LTD.,
9          SAMSUNG ELECTRONICS AMERICA, INC.,
           SAMSUNG SEMICONDUCTOR, INC., and
10         SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

11
12
       By /s/ Jan Ellard
13         Robert E. Freitas
           Craig R. Kaufman
14         Jan Ellard
           ORRICK, HERRINGTON & SUTCLIFFE LLP
15         Menlo Park, CA 94025

16         Davin M. Stockwell
           Mark J. Shean
17         ORRICK, HERRINGTON & SUTCLIFFE LLP
           Irvine, CA 92514
18
           Attorneys for
19         NANYA TECHNOLOGY CORPORATION and
           NANYA TECHNOLOGY CORPORATION
20         U.S.A.

21
22
23
24
25
26
27
28

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007            By /s/ Carolyn Luedtke
                                        Gregory P. Stone
                                        Steven M. Perry
                                        Peter A. Detre
                                        Carolyn Hoecker Luedtke
                                        MUNGER, TOLLES & OLSON LLP

                                        Rollin A. Ransom
                                        SIDLEY AUSTIN LLP

                                        Pierre J. Hubert
                                        Craig N. Tolliver
                                        McKOOL SMITH PC

                                        Attorneys for
                                        RAMBUS INC.