1 [*Attorney list on signature page*]      ***E-FILED - 9/12/07***

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4 SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RAMBUS INC.,<br><br>    Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT STIPULATION AND []<br>ORDER REGARDING HEARING DATES** |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>    Defendants. | CASE NO. C 05-00334 RMW |

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>　　　　　Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>　　　　　Defendants. | CASE NO. C 06-00244 RMW |

Pursuant to the Joint Case Management Conference of August 3, 2007 and the Joint Case Management Order of August 30, 2007, ¶ 14, Micron Technology, Inc., Micron Semiconductor Products, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd., Hynix Semiconductor Deutschland, GmbH, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, L.P., Nanya Technology Corporation and Nanya Technology Corporation USA (collectively, "the Manufacturers") and Rambus Inc., hereby submit the following joint stipulation and proposed order:

WHEREAS, the Manufacturers have submitted the following outstanding motions to strike:

- "Motion to Strike, or, In The Alternative, Stay Rambus's Infringement Counterclaims In Reply, And Memorandum of Points And Authorities In Support Thereof," filed by Micron Technology, Inc. and Micron Semiconductor Products, Inc., C 06-00244, Dkt. No. 116 (Jul. 30, 2007);

- "Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More Definite Statement, And Memorandum of Points and Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-02298, Dkt No. 180 (Aug. 2, 2007);

- "Motion to Strike / Samsung's Motion to Strike Rambus's Counterclaims In Reply or Alternatively, For More Definite Statement, And Memorandum of Points and Authorities in Support," filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P., C 05-00334, Dkt. No. 296 (Aug. 2, 2007);

- "Notice Of Motion And Motion Of Hynix To Strike Rambus's Second, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, Twelfth, Thirteenth, Fifteenth, Sixteenth And Nineteenth Affirmative Defenses Or In The Alternative Request For Additional Discovery: Memorandum Of Points And Authorities," filed by Hynix Semiconductor Manufacturing America Inc., Hynix Semiconductor Deutschland GmbH, Hynix Semiconductor U.K. LTD, Hynix Semiconductor Inc., and Hynix Semiconductor America Inc., C 05-00334, Dkt. No. 290 (Jul. 30, 2007);

- "Notice of Motion, Motion to Strike Counterclaims in Reply and Supplemental Preliminary Infringement Contentions, and Memorandum of Points and Authorities in Support Thereof," filed by Nanya Technology Corporation and Nanya Technology Corporation U.S.A., C 05-00334, Dkt. No. 298 (Aug. 2, 2007);

WHEREAS, these outstanding motions were originally noticed for September 21, 2007;

1   WHEREAS, Rambus requested that the September 21, 2007 hearing date be moved
2 into October 2007 and the parties agreed on an October 26, 2007 hearing date and a briefing
3 schedule as set forth below;

4   WHEREAS, the parties agree that October 26, 2007 should be an additional
5 regularly scheduled conference and motion day pursuant to Paragraph 8(a) of the Case
6 Management Order;

7   THEREFORE, IT IS ORDERED THAT:

8   (1)   October 26, 2007 at a time to be determined shall be another regularly
9 scheduled conference and "motion day" in the above-captioned cases to supplement the existing
10 dates in Paragraph 8(a) of the April 24, 2007 Case Management Order;

11   (2)   For the previously filed motions listed above, Rambus's opposition papers
12 shall be filed on September 25, 2007 and the Manufacturers' reply papers shall be filed on October
13 12, 2007;

14   (3)   For any additional motions to be heard on October 26, 2007, including but
15 not limited to Rambus's motion to strike the Manufacturers' jury demands, the dates for filing
16 motions, oppositions, and replies shall be as provided in Northern District of California Local
17 Rule 7.

18

19 SO ORDERED,

20 DATED:   9/10/07   _____Ronald M. Whyte_____
21
22   HON. RONALD M. WHYTE

ON BEHALF OF MANUFACTURERS:

DATED: August 31, 2007              Respectfully submitted,


By /s/ *Robert Becher*
   Harold A. Barza
   William Price
   Jon Steiger
   Robert Becher
   QUINN EMANUEL URQUHART OLIVER & HEDGES
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543

   Matthew D. Powers
   Jared Bobrow
   John D. Beynon
   WEIL, GOTSHAL & MANGES LLP

   Attorneys for
   MICRON TECHNOLOGY INC., and
   MICRON SEMICONDUCTOR PRODUCTS, INC.



By /s/ *Kenneth L. Nissly*
   Kenneth R. O'Rourke
   O'MELVENY & MYERS LLP

   Allen Ruby
   RUBY & SCHOFIELD

   Kenneth L. Nissly
   Susan van Keulen
   Geoffrey H. Yost
   THELEN REID BROWN RAYSMAN & STEINER LLP

   Daniel J. Furniss
   Theodore Brown, III
   Jordan Trent Jones
   TOWNSEND and TOWNSEND CREW LLP

   Attorneys for
   HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA, INC., HYNIX SEMICONDUCTOR U.K., LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND, GmbH

1
2
3           By */s/ David J. Healey*
               Matthew D. Powers
4              Edward R. Reines
               WEIL, GOTSHAL & MANGES LLP
               Redwood Shores, CA 94065
5
               David J. Healey
6              Anita E. Kadala
               WEIL, GOTSHAL & MANGES LLP
7              Houston, TX 7702

8              Attorneys for
               SAMSUNG ELECTRONICS CO., LTD.,
9              SAMSUNG ELECTRONICS AMERICA, INC.,
               SAMSUNG SEMICONDUCTOR, INC., and
10             SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

11

12          By */s/ Jan Ellen Ellard*
               Robert E. Freitas
13             Kai Tseng
               Craig Kaufman
14             Jan Ellen Ellard
               ORRICK, HERRINGTON & SUTCLIFFE LLP
15             Menlo Park, CA 94025

16             Davin M. Stockwell
               Mark J. Shean
17             ORRICK, HERRINGTON & SUTCLIFFE LLP
               Irvine, CA 92514
18
               Attorneys for
19             NANYA TECHNOLOGY CORPORATION and
               NANYA TECHNOLOGY CORPORATION
20             U.S.A.

21
22
23
24
25
26
27
28

20480/2204335.1   3574765.1                         -6-    Case Nos. C 00-20905; C 05-00334; C 05-02298;
                                                                                     C 06-00244 RMW
                          JOINT STIPULATION AND [] ORDER REGARDING HEARING DATES

1  ON BEHALF OF RAMBUS:

6  DATED: August 31, 2007            By */s/ Carolyn Hoecker Luedtke*
                                       Gregory P. Stone
                                       Steven M. Perry
                                       Peter A. Detre
                                       Carolyn Hoecker Luedtke
                                       MUNGER, TOLLES & OLSON LLP

                                       Rollin A. Ransom
                                       SIDLEY AUSTIN LLP

                                       Pierre J. Hubert
                                       Craig N. Tolliver
                                       McKOOL SMITH PC

                                       Attorneys for
                                       RAMBUS INC.

1  Filer's Attestation:

3      I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being
4  used to file this **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**
5  **HEARING DATES**.  In compliance with General Order 45.X.B, I hereby attest that David
6  Healey, Robert Becher, Jan Ellard, and Kenneth Nissly concur in this filing.

8                                 By: /s/_____
9                                    CAROLYN HOECKER LUEDTKE