1 [*Attorney list on signature page*]

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA,

5 SAN JOSE DIVISION   *E-FILED - 9/12/07*

6

| | |
|---|---|
| 7 HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiff,<br><br>vs.<br><br>RAMBUS INC.,<br>Defendant. | CASE NO. CV 00-20905 RMW<br><br>**[] ORDER REGARDING PRODUCTION OF MATERIALS SUBJECT TO PRIVILEGE PIERCING ORDERS IN RELATED CASES** |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> Defendants. | CASE NO. C 05 02298 RMW |
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | CASE NO. C 06-00244 RMW |

At the case management conference before the Court on August 3, 2007, Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K. Ltd., Hynix Semiconductor Deutschland GmbH, and Hynix Semiconductor Manufacturing America Inc. (collectively, "Hynix"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.P. (collectively, "Samsung,"), Nanya Technology Corporation and Nanya Technology Corporation U.S.A. (collectively, "Nanya"), and Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Micron") requested that the Court order Rambus Inc. ("Rambus") to produce all materials that Rambus has been ordered to produce pursuant to privilege piercing orders in *Hynix Semiconductor, Inc. et al. v. Rambus Inc.*, Civ. A. No. 00-20905 (N.D. Cal. filed Aug. 29, 2000) ("Hynix I case") and *Micron Technology, Inc. v. Rambus Inc.*, Civ. A. No. 00-792 (D. Del filed

1  Aug. 28, 2000) ("Micron Delaware case") to the parties adverse to Rambus in each of the above-
2  captioned cases to the extent it had not already done so. Rambus opposed this request. Having
3  considered the parties' arguments and good cause appearing,
4          IT IS HEREBY ORDERED that:
5          1.    Rambus shall produce all materials that Rambus has been ordered to
6  produce pursuant to privilege piercing orders in the Hynix I case to Hynix, Samsung, Nanya and
7  Micron in each of the above-captioned cases to the extent it has not already done so, including
8  without limitation the materials subject to the Court's Orders dated February 26, 2004, January
9  31, 2005, February 28, 2005, August 26, 2005, October 3, 2005, October 19, 2005, and October
10 20, 2005, and all discovery and testimony taken in connection with such materials, including
11 without limitation documents, interrogatory responses, deposition testimony and exhibits, trial
12 testimony and exhibits, and declarations.
13         2.    Rambus shall produce all materials that Rambus has been ordered to
14 produce pursuant to privilege piercing orders in the Micron Delaware case to Hynix, Samsung,
15 Nanya and Micron in each of the above-captioned cases to the extent it has not already done so,
16 including without limitation the materials subject to the Court's Orders dated May 16, 2001,
17 February 10, 2006, and June 15, 2006, and all discovery and testimony taken in connection with
18 such materials, including without limitation documents, interrogatory responses, deposition
19 testimony and exhibits, trial testimony and exhibits, and declarations.
20         3.    Rambus shall produce the materials identified above within 15 business
21 days of entry of this Order without the need for further requests by Hynix, Samsung, Nanya or
22 Micron.
23         4.    By producing these materials in response to this Order, Rambus is not
24 waiving any protection to which it is otherwise entitled under the attorney-client privilege or
25 work product doctrine, and nothing in this Order shall preclude Rambus from challenging the
26 admissibility of any documents or testimony at any trial on any basis, including without limitation
27 on the basis of the attorney-client privilege and/or work product protection.
28

[] Order Regarding Production Of Materials
Subject To Privilege Piercing Orders In Related Cases    CASE NOS. 00-20905, 05-00334, 05-02298, AND 06-00244
3485578.1    3

1  IT IS SO ORDERED.

2

3  Dated: __9/10/07_____

4

5  _____Ronald M. Whyte_____
   Honorable Ronald M. Whyte
6  United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPROVED AS TO FORM:**

DATED:  August 20, 2007   Respectfully submitted,

FOR THE MANUFACTURERS

By /s/ Hal Barza
    Harold A. Barza
    William Price
    Robert Becher
    QUINN EMANUEL URQUHART OLIVER & HEDGES
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543

    Jared Bobrow
    John D. Beynon
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    MICRON TECHNOLOGY, INC., and
    MICRON SEMICONDUCTOR PRODUCTS, INC.

By /s/ Anita Kadala
    David J. Healey
    Anita E. Kadala
    WEIL, GOTSHAL & MANGES LLP
    Houston, TX  77002

    Alan J. Weinschel
    WEIL, GOTSHAL & MANGES LLP
    New York, NY  10153

    Matthew D. Powers
    Edward R. Reines
    WEIL, GOTSHAL & MANGES LLP
    Redwood Shores, CA  94065

    Attorneys for
    SAMSUNG ELECTRONICS CO., LTD.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    SAMSUNG SEMICONDUCTOR, INC., and
    SAMSUNG AUSTIN SEMICONDUCTOR, L.P.

By /s/ Robert Freitas
Robert E. Freitas
Kai Tseng
Craig R. Kaufman
Denise M. Mingrone
ORRICK, HERRINGTON & SUTCLIFFE LLP
Menlo Park, CA 94025

Attorneys for
NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION U.S.A.

By /s/ Theodore G. Brown
Theodore G. Brown, III
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, California 94301

Attorneys for
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

**APPROVED ONLY AS TO FORM AND NOT AS TO CONTENT:**

DATED: August 20, 2007

FOR RAMBUS INC.

By /s/ Carolyn Luedtke
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Attorneys for
RAMBUS INC.