IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC., et al.

    Plaintiff,

    -v-

RAMBUS, INC.

    Defendant.

***E-FILED - 10/17/07***

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Rambus's Declaration of Carolyn Hoecker Luedtke in Support of Rambus's Reply to Motion to Compel Re: Interrogatories, RFA's, RFA Interrogatories, and Rule 30 (B)(6) Depositions lodged with the court on February 18, 2005 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

                                                _____
                                                RONALD M. WHYTE
                                                United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |