IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.<br><br>Plaintiff,<br><br>-v-<br><br>RAMBUS, INC.<br><br>Defendant. | ***E-FILED - 10/17/07***<br>CASE NO.: C-00-20905-RMW<br>**SEALING ORDER** |

IT IS HEREBY ORDERED that Rambus's Notice of Motion to Compel Re: Fifth Set of Requests for Production and Interrogatory Nos. 16-18; Memorandum of Points and Authorities; Separate Statement; Declaration of Anne Mayer Turk in Support of the Motion to Compel lodged with the court on May 19, 2005 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28