IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC., et al.

    Plaintiff,

    -v-

RAMBUS, INC.

    Defendant.

*E-FILED - 10/17/07*

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Hynix's Separate Statement in Support of Motion to Compel Re: Second Supplemental Requests for Production lodged with the court on February 10, 2003 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

                                                       _____
                                                        RONALD M. WHYTE
                                                   United States District Judge

Copy of Order E-Filed to Counsel of Record:

2