IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.<br><br>　　Plaintiff,<br><br>　　-v-<br><br>RAMBUS, INC.<br><br>　　Defendant. | *E-FILED - 10/17/07*<br><br>CASE NO.: C-00-20905-RMW<br><br>**SEALING ORDER** |

　　IT IS HEREBY ORDERED that Hynix's Declaration of Geoffrey H. Yost in Support of Motion to Compel Re: Second Supplemental Requests for Production lodged with the court on February 10, 2003 shall be filed under seal.

　　IT IS SO ORDERED.

DATED: October 17, 2007

_____
　　RONALD M. WHYTE
　　United States District Judge

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28