1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC., et al.

    Plaintiff,

-v-

RAMBUS, INC.

    Defendant.

*E-FILED - 10/17/07*

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that Hynix's Motion to Compel Re: Second Supplemental Requests for Production lodged  with the court on February 10, 2003 shall be filed under seal.

    IT IS SO ORDERED.

DATED:  October 17, 2007

_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: