1  [*Attorney list on signature page*]

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4  SAN JOSE DIVISION    ***E-FILED - 10/17/07***

5

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

20480/2209350.1
3770916.1

| | |
|---|---|
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>        Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>        Defendants. | CASE NO. C 06-00244 RMW |

3770916.1                                      -2-

# STIPULATION AND [PROPOSED] ORDER

WHEREAS, the expert discovery cutoff in the above-captioned actions was set for October 8, 2007 by Order dated July 16, 2007;

WHEREAS, the deadline for Daubert motions in the above-captioned actions was set for October 17, 2007 by Order dated July 16, 2007;

WHEREAS, the parties have agreed to hold the deposition of Jeffrey Lefstin on October 12, 2007;

WHEREAS, the parties have agreed to hold the deposition of Bronwyn Hall on October 15, 2007;

WHEREAS, the parties have agreed to hold the deposition of Jon Stark on October 16, 2007;

WHEREAS, the parties have agreed to hold the deposition of Peter Heuser on October 23, 2007;

WHEREAS, the parties have agreed to hold the deposition of Bruce Jacob on October 26, 2007;

WHEREAS, the parties have agreed to hold the deposition of David Teece on November 9, 2007;

THEREFORE, IT IS ORDERED THAT

The expert discovery cutoff in the above-captioned actions shall be lifted to accommodate the agreement of counsel on these matters. It is further ordered that the October 17, 2007 deadline for Daubert motions and subsequent briefing schedule is extended for purposes of any challenge to David Teece, Bruce Jacob, Jon Stark, Bronwyn Hall, Peter Heuser and Jeffrey Lefstin to the following:

1    David Teece

2    Opening brief is due November 28, 2007. Opposition brief is due December 12,
3 2007. Reply brief is due December 19, 2007. This motion will be heard by the Court on January
4 11, 2008.

5    Bruce Jacob

6    Opening brief is due November 9, 2007. Opposition brief is due November 28,
7 2007. Reply brief is due December 5, 2007. This motion will be heard by the Court on December
8 14, 2007.

9    Jon Stark

10    Opening brief is due October 30, 2007. Opposition brief is due November 13,
11 2007. Reply brief is due November 20, 2007. This motion will be heard by the Court on
12 December 14, 2007.

13    Peter Heuser

14    Opening brief is due November 6, 2007. Opposition brief is due November 20,
15 2007. Reply brief is due November 28, 2007. This motion will be heard by the Court on
16 December 14, 2007 [~~2008~~].

17    Bronwyn Hall

18    Opening brief is due October 29, 2007. Opposition brief is due November 13,
19 2007. Reply brief is due November 20, 2007. This motion will be heard by the Court on
20 December 14, 2007 [~~2008~~].

21    Jeffrey Lefstin

22    Opening brief is due October 26, 2007. Opposition brief is due November 9, 2007.
23 Reply brief is due November 16, 2007. This motion will be heard by the Court on December 14,
24 2007 [~~2008~~].

25

26 SO ORDERED,

27 DATED:    10/17/07                                *Ronald M. Whyte*
28                                                    HON. RONALD M. WHYTE

3770916.1                            -4-

ON BEHALF OF MANUFACTURERS:

DATED: October 12, 2007  Respectfully submitted,

By /s/
Harold A. Barza
William Price
Jon Steiger
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Matthew D. Powers
Jared Bobrow
John D. Beynon
WEIL, GOTSHAL & MANGES LLP

Attorneys for
MICRON TECHNOLOGY INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

By /s
Kenneth R. O'Rourke
O'MELVENY & MYERS LLP

Allen Ruby
RUBY & SCHOFIELD

Kenneth L. Nissly
Susan van Keulen
Geoffrey H. Yost
THELEN REID BROWN RAYSMAN & STEINER LLP

Daniel J. Furniss
Theodore Brown, III
Jordan Trent Jones
TOWNSEND and TOWNSEND CREW LLP

Attorneys for
HYNIX SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR AMERICA, INC., HYNIX SEMICONDUCTOR U.K., LTD., and HYNIX

SEMICONDUCTOR DEUTSCHLAND, GmbH


By /s/
   Matthew D. Powers
   Edward R. Reines
   WEIL, GOTSHAL & MANGES LLP
   Redwood Shores, CA 94065

   David J. Healey
   Anita E. Kadala
   WEIL, GOTSHAL & MANGES LLP
   Houston, TX 7702

   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   SAMSUNG SEMICONDUCTOR, INC., and
   SAMSUNG AUSTIN SEMICONDUCTOR, L.P.


By /s/
   Robert E. Freitas
   Craig R. Kaufman
   Jan Ellard
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Menlo Park, CA 94025

   Davin M. Stockwell
   Mark J. Shean
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Irvine, CA 92514

   Attorneys for
   NANYA TECHNOLOGY CORPORATION and
   NANYA TECHNOLOGY CORPORATION
   U.S.A.

1 | ON BEHALF OF RAMBUS:

DATED: October 12, 2007

By /s/
Gregory P. Stone
Steven M. Perry
Peter A. Detre
Carolyn Hoecker Luedtke
Sean Eskovitz
Erin C. Dougherty
MUNGER, TOLLES & OLSON LLP

Rollin A. Ransom
SIDLEY AUSTIN LLP

Pierre J. Hubert
Craig N. Tolliver
McKOOL SMITH PC

Attorneys for
RAMBUS INC.

## FILER'S ATTESTATION

I, Erin C. Dougherty, am the person under whose ECF number this [**PROPOSED**] **ORDER EXTENDING TIME FOR CERTAIN EXPERT DISCOVERY** is being filed, and I attest that I am authorized to sign and to file by the above-listed counsel for Hynix, Nanya, Micron and Samsung.

Dated: October 12, 2007

_____
Erin C. Dougherty