IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> -v- <br><br> RAMBUS, INC., <br><br> Defendant. | ***E-FILED - 11/16/07*** <br><br> CASE NO.: C-00-20905-RMW <br><br> **SEALING ORDER** |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendant. | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> SAMSUNG ELECTRONICS CO., et al., <br><br> Defendant. | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> MICRON TECHNOLOGY, et al., <br><br> Defendant. | CASE NO.: C-06-00244-RMW |

1
2
3   IT IS HEREBY ORDERED that Exhibit 1, 3, 4, 5, 14, 15,and 16 to Raz Declaration in
4   Support of Manufacturers' Joint Opposition to Rambus's Motion for Summary Judgment No.6
5   on Prosecution Laches and Manufacturers' Joint Oppositions to Rambus's Daubert Motion Nos. 6 &
6   7 lodged with the court on November 1, 2007 shall be filed under seal.
7   IT IS SO ORDERED.
8
9   DATED: November 16, 2007

_____
RONALD M. WHYTE
United States District Judge

2  Copy of Order E-Filed to Counsel of Record: