|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| HYNIX SEMICONDUCTOR, INC.,<br>    Plaintiff,<br>    -v-<br>RAMBUS, INC.,<br>    Defendant.<br>_____ | ***E-FILED - 11/16/07***<br>CASE NO.: C-00-20905-RMW<br>**SEALING ORDER** |
| RAMBUS, INC.,<br>    Plaintiff,<br>    -v-<br>HYNIX SEMICONDUCTOR, INC., et al.,<br>    Defendant.<br>_____ | CASE NO.: C-05-00334-RMW |
| RAMBUS, INC.,<br>    Plaintiff,<br>    -v-<br>SAMSUNG ELECTRONICS CO., et al.,<br>    Defendant.<br>_____ | CASE NO.: C-05-02298-RMW |
| RAMBUS, INC.,<br>    Plaintiff,<br>    -v-<br>MICRON TECHNOLOGY, et al.,<br>    Defendant. | CASE NO.: C-06-00244-RMW |

IT IS HEREBY ORDERED that Manufacturers' Joint Opposition to Rambus's Motion for Summary Judgment No. 6 on Prosecution Laches; Exhibit 1 to Beynon Declaration in Support of Manufacturers' Joint Opposition to Rambus's Daubert Motion No.6 to Exclude Testimony of Peter Ivey and Joseph McAlexander Regarding Alternative Technologies; Exhibit 10 to Beynon Declaration in Support of manufacturers' Joint Opposition to Rambus Inc.'s Daubert Motion No.7 to Exclude Testimony of Joseph McAlexander Regarding Jedec's Knowledge of Rambus's Patent Rights; Exhibit 11 to Beynon Declaration in Support of Manufacturers' Joint Opposition to Rambus's Daubert Motion to No.6 to Exclude Testimony of Peter Ivey and Joseph McAlexander Regarding Alternative Technologies lodged with the court on November 1, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: November 16, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28