IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

     Plaintiff,

     -v-

RAMBUS, INC.,

     Defendant.

_____

RAMBUS, INC.,

     Plaintiff,

     -v-

HYNIX SEMICONDUCTOR, INC., et al.,

     Defendant.

_____

RAMBUS, INC.,

     Plaintiff,

     -v-

SAMSUNG ELECTRONICS CO., et al.,

     Defendant.

_____

RAMBUS, INC.,

     Plaintiff,

     -v-

MICRON TECHNOLOGY, et al.,

     Defendant.

*E-FILED - 11/16/07*

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

CASE NO.: C-05-00334-RMW

CASE NO.: C-05-02298-RMW

CASE NO.: C-06-00244-RMW

1

2

3          IT IS HEREBY ORDERED that Declaration of Yonaton M. Rosenzweig [Exhibit G]

4   shall be filed under seal.

5          IT IS SO ORDERED.

6

7   DATED:  November 16, 2007

8                                                              _Ronald M Whyte_____

                                                                RONALD M. WHYTE
9                                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28