1     [*Attorney list on signature page*]

2            UNITED STATES DISTRICT COURT

3            NORTHERN DISTRICT OF CALIFORNIA

4                SAN JOSE DIVISION

| | |
|---|---|
| 5   HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; <br> 6   HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR <br> 7   DEUTSCHLAND GmbH, <br><br> 8          Plaintiffs, <br><br> 9       vs. <br><br> 10   RAMBUS INC., <br><br> 11          Defendant. | CASE NO. C 00-20905 RMW <br><br> **JOINT ~~[STIPULATED]~~ ORDER CHANGING DECEMBER 28, 2007 DEADLINE IN DECEMBER 19, 2007 PRETRIAL ORDER** |
| 12   RAMBUS INC., <br><br> 13          Plaintiff, <br><br> 14       vs. <br><br> 15   HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., <br> 16   HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> 17   SAMSUNG ELECTRONICS CO., LTD., <br> 18   SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, <br> 19   INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> 20   NANYA TECHNOLOGY CORPORATION, <br> 21   NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> 22 <br> 23          Defendants. | CASE NO. C 05-00334 RMW |

24

25

26

27

28   4136592.1

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION AND PROPOSED ORDER

WHEREAS, the Court's December 19, 2008 pretrial order cancelled the January 9, 2008 pretrial conference and reset that conference for January 17, 2008, to be followed by a further pretrial conference on January 22, 2008; and

WHEREAS, the parties have agreed that in light of the change in the date of the pretrial conference and the intervening holidays, the deadline for oppositions to motions in limine and the exchange of exhibit lists should be postponed one week from December 28, 2007 to January 4, 2008;

NOW therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel as follows:

1. The December 28, 2007 deadline for the exchange of proposed exhibit lists pursuant to Standing Order Paragraph B(8)(g) shall be changed to occur on January 4, 2008; and

2. The December 28, 2007 deadline for the parties to file oppositions to motions in limine shall be changed to occur on January 4, 2008.

3. The remainder of the deadlines and events set in the Court's December 19, 2007 pretrial order remain unchanged.

SO ORDERED,

DATED: _12/21/2007_  

_Ronald M. Whyte_
HON. RONALD M. WHYTE