| | |
|---|---|
| Gregory P. Stone (SBN 078329)<br>Steven M. Perry (SBN 106154)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Tel: (213) 683-9100 • Fax: (213) 687-3702<br>E-mails: *Gregory.Stone@mto.com; Steven.Perry@mto.com*<br><br>Peter A. Detre (SBN 182619)<br>Carolyn Hoecker Luedtke (SBN 207976)<br>Miriam Kim (SBN 238230)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>Tel: (415) 512-4000 • Fax: (415) 512-4077<br>E-mails: *Peter.Detre@mto.com; Carolyn.Luedtke@mto.com;*<br>*Miriam.Kim@mto.com* | E-FILED 1/3/08 |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; et al.<br><br>    Plaintiff,<br><br>vs.<br><br>RAMBUS INC.,<br><br>    Defendant. | CASE NO. CV 00-20905 RMW<br><br>[~~XXXXXXX~~] **[PROPOSED] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)**<br><br>Date: January 2, 2008<br>Time: 11:00 am<br>Dept: JAMS, Telephonic<br>Judge: Hon. Read A. Ambler, Ret. |
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., et al.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>NANYA TECHNOLOGY CORPORATION, et al.<br><br>    Defendants. | CASE NO. C 05-00334 RMW |

3859522.1

[Proposed] Order Granting Mot. to File Under Seal,
CASE NOS. 00-20905, 05-00334, 05-02298,
AND 06-00244

1   On December 21, 2007, Rambus Inc. filed a Motion For Administrative Relief To File
2   Documents Under Seal in the above-captioned actions with respect to the following document:

- **Exhibit C is the December 12, 2007 rough transcript of the deposition of O.C. Kwon for which Hynix's counsel "reserved" the right to designate it as confidential. Out of an abundance of caution, Rambus submits Exhibit C under seal.**

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

Dated: 1/3/08 , 2007 XXX          /s/ Ronald M. Whyte
_____