IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

-v-

RAMBUS, INC.,

    Defendant.

***E-FILED - 1/3/08***

CASE NO.: C-00-20905-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the Reply in Support of Manufacturers' Motion to Compel Production of Electronic Documents Held by Joel Karp on Behalf of Rambus Inc. lodged with the court on December 4, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: