IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., | ***E-FILED - 1/3/08*** |
| Plaintiff, | CASE NO.: C-00-20905-RMW |
| -v- | |
| RAMBUS, INC., | |
| Defendant. | |
| _____ | |
| RAMBUS, INC., | CASE NO.: C-05-00334-RMW |
| Plaintiff, | |
| -v- | |
| HYNIX SEMICONDUCTOR, INC., et al. | |
| Defendant | |
| _____ | |
| RAMBUS, INC., | CASE NO.: C-05-02298-RMW |
| Plaintiff, | |
| -v- | |
| SAMSUNG ELECTRONICS CO., | |
| Defendant. | |
| _____ | |
| RAMBUS, INC., | CASE NO.: C-06-00244-RMW |
| Plaintiff, | |
| -v- | |
| MICRON, INC., | SEALING ORDER |
| Defendant. | |

IT IS HEREBY ORDERED the Declaration of Robert Becher in support of Manufacturers' Motion in Limine No. 7 to Exclude Communications from Rambus to third parties regarding the alleged applicability of Rambus's pending patents to JEDEC Standards. Exhibits A, C, D, E, F, G, H, I, J and K Filed Under Seal.

Manufacturers' Motion in Limine No. 7 to exclude communications from Rambus to third parties regarding the alleged applicability of Rambus's pending patents to JEDEC standards.

Declaration of Yonaton M. Rosenzweig in support of Motion in Limine No. 2 to exclude evidence of or reference to manufacturers' document retention programs or destruction of documents.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: