IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

-v-

RAMBUS, INC.,

    Defendant.

***E-FILED - 1/3/08***

CASE NO.: C-00-20905-RMW

SEALING ORDER

IT IS HEREBY ORDERED that Exhibit 6 to the Declaration of John Beynon in Support of Manufacturers' Notice of Motion and Motion In Limine Nos. 10, 12, and 13 lodged with the court on December 7, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

                                                RONALD M. WHYTE
                                                United States District Judge

Copy of Order E-Filed to Counsel of Record: