IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

-v-

RAMBUS, INC.,

    Defendant.

***E-FILED - 1/3/08***

CASE NO.: C-00-20905-RMW

SEALING ORDER

IT IS HEREBY ORDERED that the Confidential Declaration of Kristina M. Hersey in Support of Hynix's Motion in Limine No.6 to Exclude Evidence or Argument of Allegations of a Conspiracy not to Take a License lodged with the court on December 10, 2007 shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: