[Attorney list on signature page]

E-filed: 1/5/08

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>~~[ ]~~ ORDER AND STIPULATION CHANGING DEADLINE FOR FILING OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br>Judge: Hon Ronald M. Whyte |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANCY TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

20480/2339406.1

Case Nos. C 00-20905; 05-00334; 06-00244
~~[ ]~~ ORDER CHANGING DEADLINE FOR FILING OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |

**STIPULATION AND [~~PROPOSED~~] ORDER**

WHEREAS, the Court entered an Order on December 19, 2007 that modified the existing pretrial schedule and set forth new deadlines for the remaining pretrial filings;

WHEREAS, the Court entered a subsequent Order on December 21, 2007 that modified the December 19, 2007 Order only with respect to the deadlines for the exchange of proposed exhibits and the filing of oppositions to the motions in limine;

WHEREAS, the Court's December 19, 2007 Order provides for a Second Pretrial Conference to take place on January 17, 2008 and a Third Pretrial Conference to take place on January 22, 2008;

WHEREAS, the Court's December 19, 2007 Order sets forth a deadline of January 14, 2008 for the filing of the Proposed Findings of Fact and Conclusions of Law for Non-Jury Issues pursuant to Standing Order Paragraph B(7);

WHEREAS, Manufacturers intend to ask the Court at the January 17, 2008 pretrial conference to postpone the deadline for the filing of the Proposed Findings of Fact and Conclusions of Law for Non-Jury Issues until after the close of evidence and Rambus has indicated it will oppose such a request;

WHEREAS, the parties have agreed to move the deadline for the filing of the Proposed Findings of Fact and Conclusions of Law to January 25, 2008;

NOW, therefore, it is hereby AGREED and STIPULATED, by and among the parties hereto through their undersigned counsel that the December 19, 2007 Order is modified

1  such that the deadline for the filing of the Proposed Findings of Fact and Conclusions of Law is
2  continued from January 14, 2008 to January 25, 2008.
3        IT IS SO ORDERED,
4
5  DATED:  1/5/08                         /s/ Ronald M. Whyte
6                                         HON. RONALD M. WHYTE
7  ~~DATED: January 4, 2008  Respectfully submitted,~~
8                  ~~FOR THE MANUFACTURERS~~
9
10
11           By /s/
             Harold A. Barza
12           William Price
             Robert Becher
13           QUINN EMANUEL URQUHART OLIVER & HEDGES
             865 South Figueroa Street, 10th Floor
14           Los Angeles, California 90017-2543

15           Jared Bobrow
             John D. Beynon
16           WEIL, GOTSHAL & MANGES LLP
             Redwood Shores, CA 94065

17           Attorneys for
             MICRON TECHNOLOGY, INC., and
18           MICRON SEMICONDUCTOR PRODUCTS, INC.