1  [*Attorney list on signature page*]

*E-FILED - 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 00-20905 RMW<br><br>**JOINT [] ORDER CHANGING PRETRIAL STATEMENT DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS** |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | CASE NO. C 05-00334 RMW |

4136592.1

JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; C 06 00244 RMW

| | |
|---|---|
| RAMBUS INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICRON TECHNOLOGY, INC., and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>        Defendants. | CASE NO. C 06-00244 RMW |

| | |
|---|---|
| 1 | **STIPULATION AND ORDER** |
| 2 | WHEREAS, the Court's December 19, 2007 pretrial order cancelled the January 9, |
| 3 | 2008 pretrial conference and reset that conference for January 17, 2008, to be followed by a |
| 4 | further pretrial conference on January 22, 2008; and |
| 5 | WHEREAS, the parties have agreed that in light of the change in the date of the |
| 6 | pretrial conference, the deadline for the exchange and then filing of pretrial statements, proposed |
| 7 | verdict forms, and proposed voir dire should be postponed two days each; |
| 8 | NOW therefore, it is hereby AGREED and STIPULATED, by and among the |
| 9 | parties hereto through their undersigned counsel as follows: |
| 10 | 1. The January 7, 2008 deadline to exchange a draft of Preliminary Pretrial |
| 11 | Statements with items delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), |
| 12 | (j), (k), and (l) shall be changed to January 9, 2008; and |
| 13 | 2. The January 9, 2008 deadline to file joint pretrial statement with items |
| 14 | delineated in Standing Order Paragraphs B(8)(a), (b), (c), (d), (f), (h), (i), (j), (k), and (l) shall be |
| 15 | changed to January 11, 2008; and |
| 16 | 3. The January 9, 2008 deadline to exchange proposed voir dire and proposed |
| 17 | verdict forms pursuant to Standing Order Paragraph B(4) and B(6) shall be changed to January 11, |
| 18 | 2008; and |
| 19 | 4. The January 14, 2008 deadline to file proposed voir dire and proposed |
| 20 | verdict forms, with any objections, pursuant to Standing Order Paragraphs B(4), B(6), and C(4) |
| 21 | shall be changed to January 16, 2008. |
| 23 | SO ORDERED, |
| 24 | DATED: 1/10/08 |
| 25 | *Ronald M. Whyte* |
| | HON. RONALD M. WHYTE |

FOR THE MANUFACTURERS

January 6, 2008          Respectfully submitted,


                    By */S/*
                       Harold A. Barza
                       William Price
                       Robert Becher
                       QUINN EMANUEL URQUHART OLIVER & HEDGES
                       865 South Figueroa Street, 10th Floor
                       Los Angeles, California  90017-2543

                       Jared Bobrow
                       John D. Beynon
                       WEIL, GOTSHAL & MANGES LLP
                       Redwood Shores, CA  94065

                       Attorneys for
                       MICRON TECHNOLOGY, INC., and
                       MICRON SEMICONDUCTOR PRODUCTS, INC.

By  /S/
Robert E. Freitas
Craig R. Kaufman
Jan Ellard
Jason Angell
ORRICK, HERRINGTON & SUTCLIFFE LLP
Menlo Park, CA 94025

Attorneys for
NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION U.S.A.

By  /S/
Theodore G. Brown, III
Susan van Keulen
TOWNSEND and TOWNSEND and CREW LLP
379 Lytton Avenue
Palo Alto, California 94301

Attorneys for
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

FOR RAMBUS INC.

January 6, 2008

By  /s/
Gregory P. Stone
Steven M. Perry
Peter A. Detre
Carolyn Hoecker Luedtke
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Attorneys for
RAMBUS INC.

4136592.1

JOINT [] ORDER
Case Nos. C 00-20905; C 05-00334; 06 00244 RMW

1

2                                 Filer's Attestation:

3      I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being

4  used to file this **JOINT [PROPOSED] ORDER CHANGING PRETRIAL STATEMENT**

5  **DEADLINE AND DEADLINE FOR PROPOSED VOIR DIRE AND VERDICT FORMS**

6  In compliance with General Order 45.X.B, I hereby attest that Jan Ellard, Susan Van Keulen, and

7  Robert Becher representing the parties listed above concur in this filing.

8

9                                    By: __*/s/*_____

10                                         Carolyn Hoecker Luedtke