Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
Sean Eskovitz (SBN 241877)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Tel:  (213) 683-9100 • Fax:  (213) 687-3702
Email:  *gregory.stone@mto.com;*
*steven.perry@mto.com;*
*sean.eskovitz@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105-2907
Tel:  (415) 512-4000 • Fax:  (415) 512-4077
Email:  *peter.detre@mto.com;*
*carolyn.luedtke@mto.com*

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Tel:  (213) 896-6000 • Fax:  (213) 896-6600
Email:  *rransom@sidley.com*

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel:  (512) 692-8700 • Fax:  (512) 692-8744
Email: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K. LTD.; and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiff,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO.  C 00-20905 RMW<br><br>**RAMBUS'S SUBMISSION OF PRETRIAL FILINGS DUE JANUARY 16, 2008**<br><br>Trial Date: January 29, 2008<br>Judge: Hon. Ronald M. Whyte |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | CASE NO. C 05-00334 RMW |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | HYNIX SEMICONDUCTOR INC., et al., | |
| 5 | Defendant. | |
| 6 | | |
| 7 | RAMBUS INC., | CASE NO: C 06-00244 RMW |
| | Plaintiff, | |
| 8 | vs. | |
| 9 | MICRON TECHNOLOGY INC. and | |
| 10 | MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 11 | Defendants. | |

RAMBUS'S SUBMISSION OF PRETRIAL FILINGS;
CASE NOS. C 00-20905, 05-00334 , 06-00244

Pursuant to this Court's December 19, 2007 scheduling order and Paragraphs B(4), B(6), and C(4) of the Court's Standing Order Re: Pretrial Preparation, Rambus Inc. ("Rambus") hereby submits to the Court the pretrial filings that are due on January 16, 2008. Pretrial filings are submitted as follows, with exhibit references noted.

| Exhibit | Pretrial Filing |
|---|---|
| F | Rambus's Proposed Verdict Forms |
| G | Rambus's Objections to Manufacturers' Proposed Verdict Forms |
| H | Rambus's Proposed Voir Dire |
| I | Rambus's Proposed Trial Exhibits |
| J | Rambus's Objections to Manufacturers' Proposed Trial Exhibits |
| K | Rambus's Objection Codes |
| L | Rambus's Designation of Prior Sworn Testimony of Kevin Ryan[1] |

In addition, please note that Rambus does not object to the questions contained in the Manufacturers' Proposed Voir Dire, which will be filed separately by the Manufacturers. Rambus does respectfully request that this Court ask the *additional* questions set forth in Rambus's proposed voir dire, attached hereto as Exhibit H.

Further, for the Court's reference, the following pretrial filings were filed separately by the parties on January 15, 2008. Exhibit references for those filings are noted.

| Exhibit | Pretrial Filing on January 15, 2008 |
|---|---|
| A | Rambus's Written Discovery Designations |
| B | Rambus's Objections to Manufacturers' Written Discovery Designations |
| C | Rambus's Designation of Prior Sworn Testimony |

---

[1] This submission is being filed on a different schedule than the other prior sworn testimony designations pursuant to agreement of the parties and as a result of the Manufacturers' withdrawal of Kevin Ryan from their live trial witness list on January 11, 2008.

- 1 -   RAMBUS'S SUBMISSION OF PRETRIAL FILINGS; CASE NOS. C 00-20905, 05-00334 , 06-00244

| | |
|---|---|
| D | Rambus's Designation of Objections to Manufacturers' Prior Sworn Testimony |
| E | Rambus's Objection Codes for January 15, 2008 Pretrial Filings |

Finally, the parties filed a Joint Pretrial Statement on January 11, 2008. Attached to that Joint Pretrial Statement as Exhibits A and B were the parties' witness lists as required by the Court's Standing Order Paragraph B(8)(f).

DATED: January 16, 2008

MUNGER, TOLLES & OLSON LLP
SIDLEY AUSTIN LLP
MCKOOL SMITH P.C.

By: */s/ Carolyn Hoecker Luedtke*
CAROLYN HOECKER LUEDTKE

- 2 -

RAMBUS'S SUBMISSION OF PRETRIAL FILINGS;
CASE NOS. C 00-20905, 05-00334 , 06-00244