1  Attorneys Listed on Signature Page

*E-FILED - 1/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 05-00334 RMW |
| Plaintiff, | **STIPULATION AND [] ORDER RESOLVING MANUFACTURERS' MOTION *IN LIMINE* NO. 2 AND RAMBUS'S MOTION IN LIMINE NO. 5 (DOCUMENT RETENTION AND DESTRUCTION EVIDENCE)** |
| v. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., | Date: January 17, 2008<br>Time: 2:00 p.m..<br>Judge: Hon. Ronald M. Whyte |
| NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., | |
| Defendants. | |

4187977.1

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 06-00244 RMW |
| Plaintiff, | |
| vs. | |
| MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| Defendants. | |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | CASE NO. C 00-20905 RMW |
| Plaintiffs, | |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |

1 WHEREAS, the above-captioned cases have been phased such that the claims and
2 defenses asserted by the Hynix, Micron, and Nanya entities (the "Manufacturers") based on
3 allegations of spoliation by Rambus have been, or will be, adjudicated in separate proceedings;

4 WHEREAS, the parties' claims and defenses set forth in Attachments 1 through 3
5 and 5-5A of the July 31, 2007 Joint Case Management Conference Statement will be tried on
6 January 29, 2008 (hereinafter the "January '08 Trial");

7 WHEREAS, as a condition to continued coordination, the Court at the December
8 14, 2007 pretrial conference required the parties to enter into a stipulation addressing limits on
9 evidence of document destruction, document retention, or spoliation; and

10 WHEREAS, the parties have agreed that no party will seek to introduce this
11 stipulation as evidence, or rely on this stipulation or its terms: (i) to defend against any allegation
12 of spoliation or unclean hands in the above-referenced action; (ii) in the action entitled Micron
13 Technology, Inc. v. Rambus Inc. in the United States District Court for the District of Delaware,
14 C.A. No. 00-792 (SLR); (iii) in the action entitled Rambus Inc. v. Micron Technology, Inc., et al.,
15 in the Superior Court of the State of California for the County of San Francisco, Case No. CGC
16 04-431105; or (iv) in any other action.

17 THEREFORE, IT IS STIPULATED AND ORDERED THAT during the January
18 '08 Trial, no party shall raise any allegations about the document retention policies or the
19 destruction of documents by any party or about any party's alleged or adjudicated spoliation of
20 evidence. If, however, a witness testifies about a document that has not been produced, a party
21 may seek leave of the Court to pursue questioning of the witness about what happened to the
22 document or documents. In addition, if a witness testifies that a party has not engaged in the
23 destruction of documents or spoliation of evidence, then a party may seek leave of the Court to
24 pursue questioning of the witness about that assertion. However, before pursuing any line of
25 questioning related to the destruction of documents or spoliation, a party must make an offer of
26 proof explaining the specific line of questioning the party intends to pursue.

27 IT IS ALSO STIPULATED AND ORDERED THAT no party will seek to
28 introduce this stipulation as evidence, or rely on this stipulation or its terms: (i) to defend against

any allegation of spoliation or unclean hands in the above-referenced action; (ii) in the action entitled Micron Technology, Inc. v. Rambus Inc. in the United States District Court for the District of Delaware, C.A. No. 00-792 (SLR); (iii) in the action entitled Rambus Inc. v. Micron Technology, Inc., et al., in the Superior Court of the State of California for the County of San Francisco, Case No. CGC 04-431105; or (iv) in any other action.

**SO ORDERED.**

DATED: 1/17/08          *Ronald M. Whyte*

                        Hon. Ronald M. Whyte

| | | |
|---|---|---|
| Dated: January 4, 2008 | | MUNGER, TOLLES & OLSON LLP |

By:*/s/*
    Gregory P. Stone
    Steven M. Perry
    Peter A. Detre
    Carolyn Hoecker Luedtke
    Counsel for Plaintiff RAMBUS INC.

Dated: January 4, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES

By:*/s/*
    Harold A. Barza
    William Price
    Robert Becher

WEIL, GOTSHAL & MANGES LLP
    Jared Bobrow
    John Beynon

    Counsel for Defendants
    MICRON TECHNOLOGY INC., et. al.

Dated: January 4, 2008    THELEN REID BROWN RAYSMAN & STEINER LLP

By:*/s/*
    Kenneth L. Nissly
    Susan van Keulen
    Geoffrey H. Yost

RUBY & SCHOFIELD
    Allen Ruby

O'MELVENY & MYERS, LLP
    Robert Draper
    Wallace Allen

TOWNSEND and TOWNSEND CREW LLP

Theodore Brown, III
Jordan Trent Jones

Counsel for Defendants
HYNIX SEMICONDUCTOR INC., et. al.

Dated: January 4, 2008  ORRICK, HERRINGTON & SUTCLIFFE LLP


By:*/s/*_____

Robert E. Freitas
Craig R. Kaufman
Jan Ellard

Counsel for Defendants
NANYA TECHNOLOGY CORP.
et. al.

Filer's Attestation:

I, Carolyn Hoecker Luedtke, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESOLVING MANUFACTURERS' MOTION** *IN LIMINE* **NO. 2 AND RAMBUS'S MOTION IN LIMINE NO. 5 (DOCUMENT RETENTION AND DESTRUCTION EVIDENCE)** In compliance with General Order 45.X.B, I hereby attest that Jan E. Ellard, Robert Becher, and Belinda Vega concur in this filing.


By: _____/s/_____

Carolyn Hoecker Luedtke