*[Attorney List on Signature Page]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 1/28/08*

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br>v.<br>RAMBUS, INC.,<br><br>Defendant. | Case No.: C00-20905 RMW<br><br>**[] ORDER GRANTING JOINT REQUEST FOR PERMISSION TO BRING EQUIPMENT TO TRIAL AND TO USE LOADING DOCK** |
| RAMBUS INC.,<br><br>Plaintiff,<br>v.<br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | Case No. C05-00334 RMW |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | Case No. C 06-00244 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 5 | | |
| 6 | Defendants. | |

Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Micron Technology Inc., Micron Semiconductor Products, Inc., Nanya Technology Corporation, and Nanya Technology Corporation U.S.A. ("the Manufacturers") and Rambus, Inc. (collectively, "the parties") hereby jointly request permission to bring certain equipment to trial. The parties also jointly request permission for them and their agents, hired to transport materials for trial, to use the Court's loading dock, beginning on January 25, 2008 through the end of the trial. These agents may include Aquipt, Inner City Express, On the Record, Quick International, and Western Messenger.

IT IS HEREBY ORDERED that the parties and their agents referenced above shall be permitted to bring to trial:

1. Six flat panel 18" LCD flat panel displays;
2. Five flat panel 15" LCD flat panel displays attached to pole mounts;
3. Two LCD tripod stands;
4. One podium;
5. Projector with stand and 80" projection screen;
6. Visual presenter with stand;
7. Speakers and amplifier;
8. Court Director;
9. Two laptop computers;

-2-

10. Two tech tables;
11. Book carts;
12. Boxes;
13. Easels;
14. Digital cameras;
15. Bottled water; and,
16. Other various supplies for trial (e.g. pens, pencils, notepads, etc.).

IT IS FURTHER ORDERED that the parties and their agents referenced above may use the loading dock from January 25, 2008 through the end of trial to transport the materials listed above.

IT IS SO ORDERED

Dated: January 28, 2008

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Court Judge

| | | |
|---|---|---|
| DATED: January 23, 2008 | By | */s/ Susan van Keulen* |

                                                  Kenneth L. Nissly
                                                  Susan van Keulen
                                                  THELEN REID BROWN RAYSMAN & STEINER LLP

Attorneys for Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmBH

Harold A. Barza
William Price
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Jared Bobrow
John D. Beynon
WEIL GOTSHAL & MANGES LLP

Attorneys for Micron Technology, Inc.
Micron Semiconductor Products, Inc.

Robert E. Freitas
Craig R. Kaufman
Jan Ellard
ORRICK HERRINGTON & SUTCLIFFE

Attorneys for Nanya Technology Corporation
Nanya Technology Corporation U.S.A.

DATED: January 23, 2008        By  */s/ Carolyn Hoecker Luedtke*
                                                  Carolyn Hoecker Luedtke
                                                  MUNGER, TOLLES & OLSON LLP
                                                  SIDLEY AUSTIN LLP
                                                  McKOOL SMITH PC

Attorneys for Rambus, Inc.

SV #327184 v1