*[Attorney List on Signature Page]*

FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br>v.<br>RAMBUS, INC.,<br>Defendant. | Case No.: C00-20905 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING MANUFACTURERS' REQUEST FOR PERMISSION TO BRING TWO PORTABLE SHELVING UNITS TO TRIAL |
| RAMBUS INC.,<br><br>Plaintiff,<br>v.<br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | Case No. C05-00334 RMW |

| | |
|---|---|
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. and<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC.,<br><br>Defendants. | Case No. C 06-00244 RMW |

Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Micron Technology Inc., Micron Semiconductor Products, Inc., Nanya Technology Corporation, and Nanya Technology Corporation U.S.A. ("the Manufacturers") hereby request permission to bring two portable shelving units to trial. The Manufacturers also request permission to use the loading dock to transport the portable shelving units.

IT IS HEREBY ORDERED that the Manufacturers shall be permitted to bring two portable shelving units to trial.

IT IS FURTHER ORDERED that the Manufacturers may use the loading dock to transport the two portable shelving units.

IT IS SO ORDERED

Dated: January 29, 2008

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: January 28, 2008 | By /s/ Susan van Keulen |
| 2 | | Kenneth L. Nissly |
| | | Susan van Keulen |
| 3 | | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 4 | | Attorneys for Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmBH |

DATED: January 28, 2008     By /s/ Susan van Keulen
                            Kenneth L. Nissly
                            Susan van Keulen
                            THELEN REID BROWN RAYSMAN & STEINER LLP

Attorneys for Hynix Semiconductor Inc., Hynix
    Semiconductor America Inc., Hynix Semiconductor U.K.
    Ltd., and Hynix Semiconductor Deutschland GmBH

Harold A. Barza
William Price
Robert Becher
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Jared Bobrow
John D. Beynon
WEIL GOTSHAL & MANGES LLP

Attorneys for Micron Technology, Inc.
    Micron Semiconductor Products, Inc.

Robert E. Freitas
Craig R. Kaufman
Jan Ellard
ORRICK HERRINGTON & SUTCLIFFE

Attorneys for Nanya Technology Corporation
    Nanya Technology Corporation U.S.A.

SV #328065 v1

-3-