Gregory P. Stone (State Bar No. 078329)
Steven M. Perry (State Bar No. 106154)
Sean Eskovitz (State Bar No. 241877)
David C. Yang (State Bar No. 246132)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100;
Facsimile: (213) 687-3702
Email: *gregory.stone@mto.com;*
*steven.perry@mto.com; sean.eskovitz@mto.com;*
*david.yang@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
Jennifer L. Polse (SBN 219202)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: *peter.detre@mto.com;*
*carolyn.luedtke@mto.com; jen.polse@mto.com*

Rollin A. Ransom (State Bar No. 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000;
Facsimile: (213) 896-6600
Email: *rransom@sidley.com*

Pierre J. Hubert (Pro Hac Vice)
Craig N. Tolliver (Pro Hac Vice)
McKOOL SMITH PC
300 West 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700;
Facsimile: (512) 692-8744
E-mail: *phubert@mckoolsmith.com;*
*ctolliver@mckoolsmith.com*

Attorneys for RAMBUS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

HYNIX SEMICONDUCTOR INC., et al.,

       Plaintiffs,

   v.

RAMBUS INC.,

       Defendant.

CASE NO.  CV 00-20905 RMW

**DECLARATION OF DAVID C. YANG IN SUPPORT OF RAMBUS INC.'S TRIAL BRIEF PRECLUDING TESTIMONY FROM JOE MACRI ON CERTAIN MATTERS**

Judge:     Hon. Ronald M. Whyte
Location:  Courtroom 1, 5th Floor
Trial Date: January 29, 2008

1
2
3
4
5
6

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>    Defendants. | CASE NO.  C 05-00334 RMW |

7
8
9
10
11
12
13

| | |
|---|---|
| RAMBUS INC.,<br><br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY INC. and<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.,<br><br>    Defendants. | CASE NO. C 06-00244 RMW |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF DAVID C. YANG**

I, David C. Yang, hereby declare:

1.    I am an attorney with Munger, Tolles & Olson LLP, counsel of record for Plaintiff and Counterclaim Defendant Rambus Inc. ("Rambus") in the above-entitled action.  I am licensed in the State of California and admitted to practice before this Court.  I make this declaration based on my personal knowledge and, if called upon as a witness, I could and would testify competently as to the matters set forth below.

2.    Rambus is filing concurrently herewith a Trial Brief Precluding Testimony From Joe Macri On Certain Matters.

3.    Attached hereto as Exhibit A is a true and correct copy of the Manufacturers' Joint Witness Disclosure served September 5, 2007.

4.    Attached hereto as Exhibit B are a true and correct copy of Manufacturers' Demonstrative MD272 and a true and correct copy of Manufacturers' Demonstrative MD273.

5.    Attached hereto as Exhibit C is a true and correct copy of excerpts of the June 9, 2003 Federal Trade Commission hearing transcript from *In re Rambus*, FTC Docket No. 9302.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 15, 2008 in San Jose, California.

                                    */s/ David C. Yang*
                                      David C. Yang

DECLARATION OF DAVID C. YANG IN SUPPORT OF RAMBUS'S TRIAL BRIEF PRECLUDING TESTIMONY FROM
JOE MACRI ON CERTAIN MATTERS; CASE NOS. 00-20905, 05-00334, 06-00244 RMW

# EXHIBIT A

1   Allen Ruby (SBN 47109) allenruby@aol.com
    RUBY & SCHOFIELD
2   125 South Market Street, Suite 1001
    San Jose, California 95113-2285
3   Telephone:  (408) 998-8500; Facsimile:  (408) 998-8503

4   Theodore G. Brown, III (SBN 114672)
    tgbrown@townsend.com
5   Jordan Trent Jones (SBN 166600) jtjones@townsend.com
    TOWNSEND AND TOWNSEND AND CREW LLP
6   379 Lytton Avenue
    Palo Alto, California 94301
7   Telephone: (650) 326-2400; Facsimile: (650) 326-2422

8   Kenneth R. O'Rourke  (SBN 120144)
    korourke@omm.com
9   O'MELVENY & MYERS LLP
    400 South Hope Street
10  Los Angeles, California  90071-2899
    Telephone: (213) 430-6000; Facsimile: (213) 430-6407

11
    Kenneth L. Nissly (SBN 77589)
12  kennissly@thelenreid.com
    Susan van Keulen (SBN 136060)
13  svankeulen@thelenreid.com
    Geoffrey H. Yost (SBN 159687)
14  gyost@thelenreid.com
    THELEN REID BROWN RAYSMAN & STEINER LLP
15  225 West Santa Clara, 12th Floor
    San Jose, California  95113-1723
16  Telephone: (408) 292-5800; Facsimile: (408) 287-8040

17  Attorneys for Plaintiffs
    HYNIX SEMICONDUCTOR INC.,
18  HYNIX SEMICONDUCTOR AMERICA INC.,
    HYNIX SEMICONDUCTOR U.K. LTD., and
19  HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

20              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
21                    SAN JOSE DIVISION

| | |
|---|---|
| 22  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS, INC.,<br><br>Defendant. | Case No.    CV 00-20905 RMW<br><br>**MANUFACTURERS' JOINT WITNESS DISCLOSURE PURSUANT TO THE COURT'S AUGUST 30, 2007 ORDER** |

27

28

-1-

| | |
|---|---|
| RAMBUS INC.,<br>                    Plaintiff,<br><br>          v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>INOTERA MEMORIES, INC.<br>                    Defendants. | Case No.:  C05 00334 RMW |
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>          Defendants. | CASE NO. C 05-02298 RMW |
| RAMBUS INC.,<br><br>          Plaintiff,<br><br>          v.<br><br>MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>          Defendants. | CASE NO. C 06-00244 RMW |

-2-

The Manufacturers make the following disclosure of trial witnesses intended to be called in person in accordance with the Court's August 30, 2007 Joint Case Management Order ("August 30 Order").

**A.     Introduction**

Pursuant to the August 30 Order, Manufacturers list below 30 witnesses for the jury portion of the conduct trial.  The Manufacturers also list 2 witnesses – Robert Kramer and Paul Anderson – whose testimony goes only to prosecution laches and who will therefore not testify before the jury.  See Part E, below.  Rambus asks the Court to impose a limit of 30 total live trial witnesses for the Manufacturers, however, since Mr. Kramer and Mr. Anderson will not be called in the jury portion of the trial they do not logically count against the witness limits.  Thus the Manufacturers ask the Court to reject Rambus's request for further limitation.

**B.     Rambus's and Manufacturers' Common Witnesses**

The Manufacturers identify the following common witnesses and provide supplemental descriptions of anticipated testimony, in accordance with the August 30 Order.

1.      Anthony Diepenbrock[1]

2.      Joel Karp

3.      Neil Steinberg

4.      Geoff Tate

5.      Lester Vincent

6.      Farhad Tabrizi - In addition to four previous depositions and testimony at the FTC, expected to provide testimony regarding the development, standardization and commercialization of DDR2, DDR3, GDDR3 and GDDR4.

7.      Richard Crisp

---

[1]  Rambus seeks to rewrite paragraph 1 of the Court's August 30 Order by deleting Mr. Diepenbrock. Mr. Diepenbrock was listed on *both Rambus's and the Manufacturers' initial August 17 witness lists*, and as a former Rambus employee, has the same status as others listed in paragraph 1 of the August 30 Order. There is no basis to treat Mr. Diepenbrock differently than other former Rambus employees.

C.    **Manufacturers' Common Witnesses**

The Manufacturers list the following common witnesses and provide supplemental descriptions of their anticipated trial testimony. (The Manufacturers have reduced this list to 11 from the 12 listed in their August 29 letter in accordance with paragraph  of the August 30 Order.) If no supplemental description is provided, the Manufacturers intend to limit the scope of testimony to prior testimony given by the witness.

1.    Terry Lee (Micron) – In addition to subjects discussed during his previous deposition, trial and hearing testimony in Rambus-related matters, Mr. Lee is expected to testify as to the continuing lock-in effects of Rambus's conduct and omissions and causes thereof.

2.    Brian Shirley (Micron) - In addition to subjects discussed during his previous deposition, trial and hearing testimony in Rambus-related matters, Mr. Shirley is expected to testify as to the continuing lock-in effects of Rambus's conduct and omissions and causes thereof, continuing evolution of DRAMs, and Micron's continuing compliance with JEDEC standards.

3.    Charles Donohoe (Samsung)

4.    Joe Macri (ATI) - In additional to the subject-matter of hearing testimony at the FTC, expected to provide testimony regarding JEDEC, including the development and standardization of DDR2, DDR3, GDDR3, GDDR4 and GDDR5.  Also expected to provide testimony regarding the resultant industry lock-in from adoption of the foregoing standards.

5.    Andreas Bechtolsheim (Cisco, formerly Sun)

6.    Desi Rhoden - In addition to deposition and testimony at the FTC hearing, expected to testify regarding JEDEC's practices in adopting proposed technology in JEDEC standards including the adoption and content of the JEDEC standards for  DDR2, DDR3, GDDR3 and GDDR4.  Also expected to testify regarding Rambus's participation in JEDEC and Rambus's descriptions of its technology.

7.    Martin Peisel (Infineon)

8.    Howard Sussman (formerly NEC)

9.    Rich Heye (AMD) - In addition to the subject-matter of deposition and hearing testimony at the FTC, expected to provide testimony regarding lock-in resultant from adoption of the JEDEC SDRAM standards, including DDR2, DDR3, GDDR3 and GDDR4.

10.     Mark Kellogg (IBM)

11.     Ilan Krashinsky (Hewlett Packard)

**D.     Company Specific Witnesses**

The Manufacturers each identify their company witnesses and where required provide

supplemental descriptions of their testimony.

1.     ***Micron***

Steve Appleton - In addition to subjects discussed during his previous deposition, trial and hearing testimony in Rambus-related matters, Mr. Appleton is expected to testify as to the continuing importance of open standards to the industry and to Micron, the continuing desirability of evolutionary standards, Micron's continuing  desire to avoid royalty-bearing technologies, and Micron's reliance on Rambus's conduct and omissions.

Kevin Ryan

David Westergard - In addition to subjects discussed during his previous deposition testimony in Rambus-related matters, Mr. Westergard is expected to testify as to attorneys' fees incurred by Micron and the actions underlying same.

2.     ***Hynix***

Dr. K.H. Oh

Jae Park – In addition to testimony provided at trial in the '905 action, expected to testify regarding Hynix's development and commercialization of DDR2, DDR3, GDDR3 and GDDR4;  Hynix's continuing commitment to JEDEC and the standardization process;  injury to each of the  Hynix parties resultant from Rambus's anticompetitive conduct.

D.S. Chung – Expected to testify regarding Hynix's damages, specifically the payment of  attorneys fees incurred in defending Rambus's patent claims.

Hynix notes that during the August 29th telephonic case management conference the Court

indicated that it wished to consider severing, or perhaps deferring until after a liability verdict,

determination of the amount antitrust damages composed of attorneys fees claimed by Hynix,

Micron and Nanya incurred in defending Rambus's patent claims. Hynix believes severing or

deferring the damages determination from the liability determination is appropriate because it will

1   sharpen the issues for jury resolution. Mr. Chung would be called by Hynix only as to the fees

2   paid by Hynix claimed as antitrust damages.

3       **3.**      ***Samsung***

4           Jon Kang  -  Expected to testify to communications between Rambus and Samsung
            regarding Rambus' assertions of its intellectual property against Samsung,
5           including the Rambus Patents; terms of the SDR/DDR License and the Amendment
            to the SDR/DDR License dated on or about July 18, 2001.
6

7           Jung Bae Lee – Expected to testify to Accused Samsung Products made, used, sold,
            imported or offered for sale in the United States.
8

9       **4.**      ***Nanya and Nanya USA***

10

11          Kenneth Hurley - In addition to general background information, Mr. Hurley, CEO
            of Nanya Technology Corporation U.S.A. ("Nanya U.S.A."), is expected to testify
12          regarding, among other related matters, Rambus's conduct during and after the
            Rambus-Nanya license negotiations, Rambus's non-communication for years after
13          the negotiations, Nanya U.S.A.'s reliance on Rambus's conduct, and the harm
            Nanya U.S.A. will suffer if Rambus is permitted to proceed with its infringement
14          suit. Mr. Hurley is also expected to testify regarding the importance of selling
            JEDEC standardized DRAM. Mr. Hurley will also testify regarding the injury and
15          damages to Nanya USA as a result of Rambus's anticompetitive conduct, including
            incurring attorneys fees and costs to defend this lawsuit, Rambus's market power
16          and Nanya U.S.A.'s status in the U.S. DRAM market.

17          Jih Lien, Ph.D. - In addition to general background information, Dr. Lien, President
18          of Nanya Technology Corporation is expected to testify regarding, among other
            related matters, Rambus's conduct during and after the Rambus-Nanya license
19          negotiations, Rambus's non-communication with Nanya for years after the
            negotiations, Nanya's reliance on Rambus's conduct, and the harm Nanya will
20          suffer if Rambus is permitted to proceed with its infringement suit. Dr. Lien is also
            expected to testify regarding the design and development of Nanya 's DRAM
21          products, Nanya's commitment to and reliance on JEDEC standards and JEDEC
            standard setting process. Dr. Lien will also testify regarding the injury and damages
22          to Nanya as a result of Rambus's anticompetitive conduct, including incurring
            attorneys fees and costs to defend this lawsuit, Rambus's market power and Nanya's
23          status in the Global DRAM market .
24
            Pe-Lin Pai, Ph.D. - In addition to general background information, Dr. Pai, Vice
25          President of Marketing and Distribution for Nanya is expected to testify regarding,
            among other related matters, Rambus's non-communication with Nanya for years
26          after the 2000 license negotiations initiated by Rambus, Nanya reliance on
            Rambus's conduct, and the prejudice Nanya would suffer if Rambus is permitted to
27          proceed with its infringement suit. Dr. Pai is also expected to testify regarding the
            design and sale of Nanya's DRAM products, the importance of selling JEDEC
28

-6-

standardized DRAM, Nanya's commitment to and reliance on JEDEC standards and JEDEC standard setting process. Dr. Pai will also testify regarding the injury and damages to Nanya and Nanya USA as a result of Rambus's anticompetitive conduct, including incurring attorneys fees and costs to defend this lawsuit.

**E.     Non-Jury Witnesses**

The Manufacturers list the following witnesses for the prosecution laches claims, triable to the Court.

Paul Anderson (Rambus inside patent counsel)[2]

Robert Kramer (Rambus inside counsel)

DATED:  September 5, 2007          THELEN REID BROWN RAYSMAN & STEINER LLP


                                   By  /s/_____
                                       Kenneth L. Nissly
                                       Susan van Keulen
                                       Attorneys for Hynix Semiconductor Inc.,
                                       Hynix Semiconductor America Inc., Hynix
                                       Semiconductor U.K. Ltd., and Hynix Semiconductor
                                       Deutschland GmBH


DATED:  September 5, 2007          WEIL GOTSHAL & MANGES LLP


                                   By  /s/_____
                                       Jared Bobrow
                                       Attorneys for Micron Technology, Inc.
                                       Micron Semiconductor Products Inc.

_____

[2] Rambus suggests Mr. Anderson should be included in the list of Rambus's and Manufacturers' Common Witnesses. See Rambus's Witness Disclosure Pursuant to the Court's August 30, 2007 Order at 1;8-19. However, this suggestion is not well-taken because Mr. Anderson's testimony goes only to prosecution laches, and thus he should be grouped with Mr. Kramer as a non-jury witness.

DATED:  September 5, 2007          WEIL GOTSHAL & MANGES LLP


                                   By /s/_____
                                       David Healey
                                       Attorneys for Samsung Electronics Co., Ltd.
                                       Samsung Electronics America, Inc.
                                       Samsung Semiconductor, Inc.
                                       Samsung Austin Semiconductor, L.P.


DATED:  September 5, 2007          ORRICK HERRINGTON & SUTCLIFFE


                                   By /s/_____
                                       Vickie L. Feeman
                                       Craig Kaufman
                                       Attorneys for Nanya Technology Corporation
                                       Nanya Technology Corporation U.S.A.

**SV #308478**

-8-

# EXHIBIT B

# ATI Graphics Card



MD272

# DDR2 DRAM On ATI Graphics Card



MD273

# EXHIBIT C

4566

1               UNITED STATES OF AMERICA

2               FEDERAL TRADE COMMISSION

3

4     In the Matter of:              )

5     Rambus, Inc.                   )  Docket No. 9302

6     ------------------------------)

7

8

9               Monday, June 9, 2003

10                   9:30 a.m.

11

12

13                 **TRIAL VOLUME 25**

14                     **PART 1**

15                 **PUBLIC RECORD**

16

17     BEFORE THE HONORABLE STEPHEN J. McGUIRE

18          Chief Administrative Law Judge

19             Federal Trade Commission

20          600 Pennsylvania Avenue, N.W.

21               Washington, D.C.

22

23

24

25          Reported by:  Susanne Bergling, RMR

                 For The Record, Inc.
                 Waldorf, Maryland
                  (301) 870-8025

4581

1    Q.  Okay.  Now, when did you first hear of JEDEC?

2    A.  That must have been 1997.

3    Q.  And how did you come to hear of JEDEC?

4    A.  I was working on an SRAM, call it the DDR SRAM,

5    the DDR1 SRAM and a DDR2 SRAM, and I was visiting a

6    company in Japan by the name of Fujitsu, and during --

7    at some point in the meeting, they disclosed the DDR

8    DRAM that was being discussed in JEDEC, and that was

9    the first time I had heard of it.

10    Q.  And what was your involvement in JEDEC in

11    '97-'98?

12    A.  Well, I attended the first -- you know,

13    basically as an engineer, when you hear of some

14    concepts that you don't agree with, you always think

15    you could do better, and so we decided to go to a JEDEC

16    meeting and explain to them some of the ways we thought

17    the device could be made better.

18         JUDGE McGUIRE:  Who is "we"?

19         THE WITNESS:  Myself and another engineer from

20    Silicon Graphics.

21         BY MR. DAVIS:

22    Q.  What was the name of the other engineer?

23    A.  Marty Deneroff.

24    Q.  Now, what's the period in which you've been

25    involved in JEDEC?

1        A.   I started at that first meeting in '97.   It was

2   the fall of '97.

3        Q.   And you have been involved in JEDEC since that

4   time?

5        A.   Yes.

6        Q.   What committees of JEDEC have you attended?

7        A.   Predominantly the JC-42.3 committees, JC-42.5,

8   JC-16.1 and .2, and I've attended one or two meetings

9   in JC-40.

10        Q.   Okay.   Now, have you ever been a -- had a

11   chairman or vice-chairman position at JEDEC?

12        A.   Yes, I was chairman of the Future DRAM Task

13   Group, and I am currently the chair of JC-42.3, which

14   is the DRAM committee.

15        Q.   Okay.   Now, you mentioned the Future DRAM Task

16   Group.   What was the Future DRAM Task Group?

17        A.   That was a group that was formed in 1998, I

18   believe March of 1998, to focus on the next generation

19   standard DRAM after DDR out of JEDEC.

20        Q.   And you said -- I'm sorry, what was the focus

21   of the Future DRAM Task Group?

22        A.   To come up with the next standard DRAM after

23   DDR that JEDEC was going to -- going to work on.

24        Q.   And this was in 1998?

25        A.   This was in 1998.

4744

1      C E R T I F I C A T I O N   O F   R E P O R T E R

2      DOCKET NUMBER:  9302

3      CASE TITLE:  RAMBUS, INC.

4      DATE:  JUNE 9, 2003

5

6          I HEREBY CERTIFY that the transcript contained

7      herein is a full and accurate transcript of the notes

8      taken by me at the hearing on the above cause before

9      the FEDERAL TRADE COMMISSION to the best of my

10     knowledge and belief.

11

12                          DATED:  6/10/03

13

14

15     _____

16          SUSANNE BERGLING, RMR

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the

21     transcript for accuracy in spelling, hyphenation,

22     punctuation and format.

23

24     _____

25          DIANE QUADE

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025