*Attorneys Listed on Signature Page*

*E-FILED - 2/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., <br><br> Defendants. | CASE NO. C 05-00334 RMW <br><br> **STIPULATION AND [] ORDER REGARDING USE OF OKI CONFIDENTIAL INFORMATION** <br><br> Trial Date: January 29, 2008 <br> Judge: Hon. Ronald M. Whyte |

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | CASE NO. C 06-00244 RMW |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RAMBUS INC., <br><br> Defendant. | CASE NO. C 00-20905 RMW |

| | |
|---|---|
| 1 | WHEREAS defendant Rambus Inc. ("Rambus") has entered into two licensing |
| 2 | agreements ("the Licenses") with Oki Electric Industry Co., Ltd. ("Oki"), regarding Oki's use of |
| 3 | certain Rambus SDR and DDR SRAM products, along with their associated memory modules |
| 4 | and controllers ("the Rambus products"); |
| 5 | WHEREAS Oki has paid royalties to Rambus based on sales of Oki products |
| 6 | pursuant to the Licenses; |
| 7 | WHEREAS Oki represents that the actual amounts Oki has paid to Rambus |
| 8 | pursuant to the Licenses (but not the royalty rates) and the actual volume of Oki's sales relevant |
| 9 | to the Licenses represent confidential and proprietary business information ("the Oki Confidential |
| 10 | Information"); and |
| 11 | WHEREAS Oki represents that public disclosure of the Oki Confidential |
| 12 | Information in the present proceedings would lead to serious competitive harm to Oki; |
| 13 | THEREFORE, IT IS STIPULATED AND ORDERED THAT in the event that |
| 14 | any party (an "Introducing Party") seeks to introduce into the record at trial any exhibit, whether |
| 15 | substantive or demonstrative, containing any Oki Confidential Information, the Introducing Party |
| 16 | will request that the Court admit such exhibit into evidence under seal and take any other |
| 17 | measures necessary to preserve the confidentiality of the Oki Confidential Information. The |
| 18 | Introducing Party will request that such exhibit not become part of the public record. The |
| 19 | Introducing Party will also request that such exhibit shall not be displayed in such a manner that |
| 20 | its contents are visible from the public gallery in the Courtroom. All other parties agree to |
| 21 | support and to not oppose the Introducing Party's request. |

**SO ORDERED.**

DATED: 2/21/08

*Ronald M. Whyte*
Hon. Ronald M. Whyte

Dated: February 8, 2008　　MUNGER, TOLLES & OLSON LLP

By: */s/ Keith R. D. Hamilton*

　　Gregory P. Stone
　　Steven M. Perry
　　Peter A. Detre
　　Keith R. D. Hamilton
　　Counsel for Plaintiff RAMBUS INC.

Dated: February 8, 2008　　QUINN EMANUEL URQUHART OLIVER & HEDGES

By: */s/ Aaron Craig*

　　Harold A. Barza
　　William Price
　　Aaron Craig

Coordinating Counsel for the Manufacturers Hynix Semiconductor, Inc., *et al.*

ACCEPTED AND AGREED TO:　　BERGESON, LLP, counsel for Oki Electric Industry Co., Ltd.

By: */s/ Melinda M. Morton*

　　Melinda M. Morton

<u>Filer's Attestation</u>:

I, Keith R. D. Hamilton, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING USE OF OKI CONFIDENTIAL INFORMATION**. In compliance with General Order 45.X.B, I hereby attest that the other parties to the action concur in this filing.

By: _____*/s/ Keith R. D. Hamilton*___

Keith R. D. Hamilton