*E-FILED - 4/7/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CONSOLIDATED RAMBUS LITIGATION | CASE NO. C-00-20905 RMW<br><br>**AMENDED ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |
|---|---|

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective February 4, 2008 through March 25, 2008.

IT IS SO ORDERED.

Dated: January 31, 2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge