*E-FILED - 4/7/08*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>  Plaintiff,<br><br> vs.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>  Defendants. | CASE NO. C 05-00334 RMW<br><br>**[] FURTHER ORDER REGARDING CASE MANAGEMENT**<br><br>Judge: Hon. Ronald M. Whyte |
| RAMBUS INC.,<br><br>  Plaintiff,<br><br> vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., | CASE NO. C 05-02298 RMW |
4769087.1

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P., <br><br> Defendants. | |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br> Defendants. | CASE NO. C 06-00244 RMW |
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RAMBUS INC., <br><br> Defendant. | CASE NO. C 00-20905 RMW |

4769087.1

- 2 -

Pursuant to the case management conference held on March 27, 2008, the Court hereby sets the following schedule in connection with certain matters in the above-captioned cases:

(1) With respect to the coordinated trial that began on January 29, 2008, the Manufacturers shall file a brief on the impact of the jury's verdict on the findings of fact and conclusions of law to be made by the Court with regard to the equitable claims and defenses tried to the Court, any renewed motion pursuant to Federal Rule of Civil Procedure 50, and any motion pursuant to Federal Rule of Civil Procedure 59 no later than April 10, 2008. Rambus shall file oppositions no later than April 17, 2008, and the Manufacturers shall file replies no later than April 24, 2008. The Court will hear argument on these motions on May 1, 2008.

(2) Hynix may file a supplemental brief in support of its Motion for a New Trial on Invalidity Due to Prior Art, originally filed on May 16, 2006 in Case No. C 00-20905, no later than April 25, 2008. Rambus may file an opposition no later than May 9, 2008, and Hynix may file a reply no later than May 16, 2008. The Court will hear argument on this motion on May 23, 2008.

(3) The hearing on claim construction and summary judgment motions dependent on claim construction in Case Nos. C 05-00334, C 05-02298, and C 06-00244, previously scheduled on March 25-26, 2008, will be held on June 4-5, 2008.

(4) The Manufacturers may serve supplemental invalidity contentions in Case Nos. C 05-00334, C 05-02298, and C 06-00244 no later than April 28, 2008.

(5) With respect to Rambus's request for supplemental damages and further equitable relief in Case No. C 00-20905:

(a) Hynix will inform Rambus no later than April 4, 2008, whether Hynix will provide additional information relevant to damages.

(b) Rambus will file papers in support of its request no later than May 9, 2008. Hynix will file its opposition no later than May 23, 2008 and Rambus will file any reply no later than June 6, 2008. The Court will hear Rambus's request on June 18, 2008 at 9:00 a.m.

(c) If either party expects to present live testimony at the hearing, it shall so state in its papers and shall also provide a description of the testimony it wishes to present as well as

the purpose of the testimony.

    IT IS SO ORDERED:

DATED: 4/7/08 , 2008      By: *Ronald M. Whyte*
    Honorable Ronald M. Whyte
    United States District Judge

SUBMITTED BY:

Munger, Tolles & Olson LLP


    */s/*
    Gregory P. Stone

Attorneys for Rambus Inc.


APPROVED AS TO FORM:

Townsend and Townsend and Crew LLP


    */s/*
    Theodore G. Brown III

Attorneys for Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Hynix Semiconductor U.K., and Hynix Semiconductor Deutschland GmbH


Quinn Emanuel Urquhart Oliver & Hedges


    */s/*
    Robert J. Becher

MICRON TECHNOLOGY, INC., and
MICRON SEMICONDUCTOR PRODUCTS, INC.

1  Weil, Gotshal & Manges LLP

2

3  _____*/s/*_____
      David J. Healey

4  Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc.,
5  Samsung Semiconductor, Inc., and
   Samsung Austin Semiconductor, L.P.
6

7

8  Orrick, Herrington & Sutcliffe LLP

9  _____*/s/*_____
      Jason Angell

10

11 Nanya Technology Corporation and
   Nanya Technology Corporation U.S.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28