IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSOLIDATED RAMBUS LITIGATION

No. C-00-20905 RMW

**2ND AMENDED ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective February 4, 2008 through March 26, 2008.

**IT IS SO ORDERED.**

Dated: April 11, 2008

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE