THELEN REID BROWN RAYSMAN & STEINER LLP
KENNETH L. NISSLY (SBN 77589) kennissly@thelen.com
SUSAN van KEULEN (SBN 136060) svankeulen@thelen.com
GEOFFREY H. YOST (SBN 159687) gyost@thelen.com
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800; Facsimile: (408) 287-8040

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE (SBN 120144) korourke@omm.com
WALLACE A. ALLAN (SBN 102054) tallan@omm.com
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000; Facsimile: (213) 430-6407

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE G. BROWN, III (SBN 114672) tgbrown@townsend.com
JORDAN TRENT JONES (SBN 166600) jtjones@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422

*E-FILED - 5/21/08*

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. CV 00-20905 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR OPPOSITION AND REPLY TO REQUEST OF RAMBUS FOR ADDITIONAL DAMAGES AND EQUITABLE RELIEF<br><br>Date:      June 24, 2008<br>Time:      2:00 p.m.<br>Courtroom: 6<br>Judge:     Hon. Ronald M. Whyte |

Pursuant to Civil Local Rule 7-12, Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Hynix Semiconductor U.K. L.T.D., and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") and Rambus Inc. ("Rambus") by and through their respective attorneys of record (collectively the "Parties") respectfully submit the following stipulation for the Court's consideration.

## STIPULATION

WHEREAS Rambus filed a Request for Additional Damages and Equitable Relief on May 9, 2008 ("Rambus's Request");

WHEREAS Hynix seeks an additional ten (10) pages for its Opposition to Rambus's Request based on the seriousness of the relief requested, the complexity of the issues raised by recent developments in the law of injunctions, and the need to present to the Court arguments in support of alternative relief;

WHEREAS Rambus seeks an additional ten (10) pages for its Reply based on the anticipated length of Hynix's opposition;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval, Hynix shall have an additional ten (10) pages for its Opposition to Rambus's Request and Rambus shall have an additional ten (10) pages for its Reply.

Respectfully submitted,

Dated:   May 16, 2008               By: /s/ Susan van Keulen
                                        Susan van Keulen

KENNETH L. NISSLY
SUSAN van KEULEN
GEOFFREY H. YOST
THELEN REID BROWN RAYSMAN & STEINER LLP

KENNETH R. O'ROURKE
WALLACE A. ALLAN
BELINDA M. VEGA
O'MELVENY & MYERS LLP

-1-

THEODORE G. BROWN III
JORDAN TRENT JONES
TOWNSEND and TOWNSEND and CREW LLP

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.

DATED: May 16, 2008            Respectfully submitted,


By: /s/ Carolyn Hoecker Luedtke
    Carolyn Hoecker Luedtke

GREGORY P. STONE
STEVEN M. PERRY
CAROLYN HOECKER LUEDTKE
MUNGER, TOLLES & OLSON, LLP

Attorneys for Defendant
RAMBUS INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/21/08

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

SV #344157 v1

-2-