[*Parties Listed On Signature Page*]

*E-FILED - 5/23/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.<br><br>Defendant. | Case No. C00-20905 RMW<br><br>[XXXXXXXXXX] **ORDER GRANTING JOINT REQUEST FOR PERMISSION TO BRING EQUIPMENT TO HEARING AND TO USE LOADING DOCK**<br><br>Hearing Dates: May 27, 2008<br>June 4-5, 2008<br>Time: 9:00 a.m.<br>Hon. Ronald M. Whyte |
| RAMBUS INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, L.P.,<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A.,<br><br>Defendants. | Case No. C 05-00334 RMW |

| | | |
|---|---|---|
| 1 | RAMBUS INC., | Case No. C 05-02298 RMW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | |
| 5 | SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, | |
| 6 | L.P., | |
| 7 | Defendants. | |
| 9 | RAMBUS INC., | Case No. C 06-00244 RMW |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC., | |
| 14 | Defendants. | |

17   Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor Manufacturing America Inc., Micron Technology Inc., Micron Semiconductor Products, Inc., Nanya Technology Corporation, Nanya Technology Corporation U.S.A., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, L.P. ("the Manufacturers") and Rambus, Inc. (collectively, "the parties") hereby jointly request permission to bring certain equipment to the hearings scheduled for May 27, 2008 and June 4-5, 2008. The parties also jointly request permission for them and their agents, hired to transport materials for the hearing, to use the Court's loading dock on May 23, 2008, May 27, 2008, and June 3–5, 2008. These agents may include Aquipt, McMahon & Associates, Inner City Express, On the Record, Quick International, and/or Western Messenger.

IT IS HEREBY ORDERED that the parties and their agents referenced above shall be permitted to bring to the hearing:

1. Six flat panel 18" LCD flat panel displays;

2. One podium;

3. Projector with stand and 80" projection screen;

4. Visual presenter with stand;

5. Laptop computers and peripherals;

6. Two tech tables;

7. Book carts;

8. Boxes;

9. Easels;

10. Bottled water; and

11. Other various supplies ( e.g., pens, pencils, notepads, etc.).

IT IS FURTHER ORDERED that the parties and their agents referenced above may use the loading dock on May 23, 2008, May 27, 2008, and June 3 – 5, 2008 to transport the materials listed above.

IT IS SO ORDERED

Dated: May 23, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge