IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

-v-

RAMBUS, INC.,

    Defendant.

_____

***E-FILED - 6/18/08***

CASE NO.: C-00-20905-RMW

SEALING ORDER

IT IS HEREBY ORDERED that the Manufacturers' proposed findings of fact and conclusions of law for unfair competition, equitable estoppel, laches, waiver, declaratory judgment of unenforceability, implied license, patent misuse, prosecution laches, and other affirmative defense lodged with the court on January 28, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 18, 2008

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record:

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28