IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYNIX SEMICONDUCTOR, INC.,

    Plaintiff,

-v-

RAMBUS, INC.,

    Defendant.

_____

*E-FILED - 6/18/08*

CASE NO.: C-00-20905-RMW

SEALING ORDER

IT IS HEREBY ORDERED that the Manufacturers' notice of lodging of designated deposition testimony lodged with the court on January 31, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: June 18, 2008

                                                                                                          */s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28