Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
Sean Eskovitz (State Bar No. 241877)
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email: *gregory.stone@mto.com;
steven.perry@mto.com; sean.eskovitz@mto.com*

Peter A. Detre (SBN 182619)
Carolyn Hoecker Luedtke (SBN 207976)
Jennifer L. Polse (State Bar No. 219202)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
Email: *peter.detre@mto.com;
carolyn.luedtke@mto.com; jen.polse@mto.com*

Rollin A. Ransom (SBN 196126)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone:  (213) 896-6000;
Facsimile:  (213) 896-6600
Email: *rransom@sidley.com*

Pierre J. Hubert (admitted *pro hac vice*)
Craig N. Tolliver (admitted *pro hac vice*)
MCKOOL SMITH P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701
Telephone:      (512) 692-8700
Facsimile:       (512) 692-8744
Email: phubert@mckoolsmith.com;
ctolliver@mckoolsmith.com

Attorneys for RAMBUS INC.

*E-FILED - 6/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAMBUS INC.,<br><br>　　　　　　　Defendant. | CASE NO.  C 00-20905 RMW<br><br>**[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (Local Rules 79-5 and 7-11)**<br><br>Judge:　　Hon. Ronald M. Whyte<br>Dept:　　 Courtroom 1 |
| RAMBUS INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>　　　　　　　Defendant. | CASE NO.  05-00334 RMW |

| | |
|---|---|
| 1  RAMBUS INC., | CASE NO: C-06-00244 RMW |
| 2          Plaintiff, | |
| 3      vs. | |
| 4  MICRON TECHNOLOGY INC. and MICRON SEMICONDUCTOR | |
| 5  PRODUCTS, INC., | |
| 6          Defendants. | |

1  On March 11, 2008, Rambus Inc. ("Rambus") filed a Motion For Administrative Relief
2  To File Documents Under Seal in the above-captioned actions with respect to the following
3  document:

4  **1. Rambus's Opposition to Manufacturers' Trial Brief To Exclude Exhibit 5574.**
5  The Motion for Administrative Relief and the supporting declaration establish that the foregoing
6  document is properly filed under seal.

7  Good cause appearing, IT IS HEREBY ORDERED that the foregoing document shall be
8  filed under seal.

10  Dated: __6/19_____, 2008         *Ronald M. Whyte*
11                                    _____
                                      Honorable Ronald M. Whyte
                                      United States District Court Judge