1  THELEN REID BROWN RAYSMAN & STEINER LLP
   KENNETH L. NISSLY (SBN 77589) *kennissly@thelen.com*
2  SUSAN van KEULEN (SBN 136060) *svankeulen@thelen.com*
   GEOFFREY H. YOST (SBN 159687) *gyost@thelen.com*
3  225 West Santa Clara Street, Suite 1200
4  San Jose, California  95113
   Telephone: (408) 292-5800; Facsimile: (408) 287-8040
5

6  *[Additional counsel listed on signature page.]*            ***E-FILED - 6/19/08***

7  Attorneys for Plaintiffs
8  HYNIX SEMICONDUCTOR INC.,
   HYNIX SEMICONDUCTOR AMERICA INC.,
9  HYNIX SEMICONDUCTOR U.K. LTD., and
   HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH
10
                    **UNITED STATES DISTRICT COURT**
11
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
                            **SAN JOSE DIVISION**
13

| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br>v.<br>RAMBUS INC.,<br>Defendant. | Case No.  CV 00-20905 RMW<br><br>**[] ORDER GRANTING PLAINTIFFS' REQUEST RE EQUIPMENT IN COURTROOM**<br><br>Date:         June 24, 2008<br>Time:        2:00 p.m.<br>Courtroom: 6<br>Judge:       Hon. Ronald M. Whyte |
|---|---|

    IT IS HEREBY ORDERED that Plaintiffs, their attorneys, experts, and consultant, Fulcrum Legal Graphics Inc. shall be permitted to bring, use, and remove the following equipment for the purpose of showing demonstratives at the hearing re Defendant's Request for Supplemental Damages and Further Equitable Relief, which is scheduled for June 24, 2008 at 2:00 p.m.  Hearing will be heard in Courtroom 6, 4th Floor, of Judge Ronald M. Whyte:

-2-

1. 1 Projector;

2. 3 Flat panel monitors;

3. 1 Projector/equipment stand – telescopic;

4. 1 Tech table;

5. 2 Laptop computers; and

6. Miscellaneous cables and power strips to connect equipment.

Dated: June 19, 2008

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

SV #360361 v1