KENNETH L. NISSLY (Bar No. 77589)
Email: *kennissly@thelen.com*
SUSAN van KEULEN (Bar No. 136060)
Email: *svankeulen@thelen.com*
GEOFFREY H. YOST (Bar No. 159687)
Email: *gyost@thelen.com*
THELEN REID LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

(Additional counsel listed on signature page.)

ATTORNEYS FOR
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND
GmbH

GREGORY P. STONE (Bar No. 078329)
Email: *gregory.stone@mto.com*
STEVEN M. PERRY (Bar No. 106154)
Email: *steven.perrry@mto.com*
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ATTORNEYS FOR RAMBUS INC.

*E-FILED - 11/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH., <br><br>Plaintiffs, <br><br>vs. <br><br>RAMBUS INC., <br><br>Defendant. | CASE NO.: CV 00-20905 RMW <br><br> SUPPLEMENTAL STIPULATED [~~PROPOSED~~] ORDER DESIGNATING CERTAIN RAMBUS DOCUMENTS "CONFIDENTIAL – OUTSIDE COUNSEL ONLY" |

WHEREAS Rambus Inc. ("Rambus") and Hynix Semiconductor Inc., Hynix Semiconductor America, Inc., Hynix Semiconductor U.K., Ltd, and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") executed a Stipulated Motion and [Proposed] Order Designating Certain Rambus Documents "Confidential–Outside Counsel Only" that was filed with the Court on May 14, 2008 (the "Proposed Order");

WHEREAS Attachment A to the Proposed Order listed the bates numbers of the documents Rambus produced to Hynix on May 12, 2008;

WHEREAS three additional documents bearing bates numbers R8067664-7707, R8089722-9724, R8091605-1638 (the "Licensing Documents") were produced to Hynix and were omitted from Attachment A to the Proposed Order;

WHEREAS Elpida Memory, Inc. and/or Elpida Memory (USA) Inc. (collectively "Elpida") indicated that such documents are highly confidential and commercially sensitive and therefore asked that such documents be accorded the highest level of confidentially available under the June 20, 2001 Protective Order (the "Protective Order");

WHEREAS Rambus and Hynix agree that such documents should be designated and treated as "CONFIDENTIAL–OUTSIDE COUNSEL ONLY";

WHEREAS the Protective Order requires a court order to designate a document as "CONFIDENTIAL–OUTSIDE COUNSEL ONLY";

WHEREFORE, Rambus and Hynix stipulate and agree as follows:

1. The Licensing Documents shall be designated as "CONFIDENTIAL–OUTSIDE COUNSEL ONLY" and treated accordingly under the Protective Order, except as modified below or by agreement of the parties and Elpida.

2. The Licensing Documents may be disclosed, given, shown, made available or otherwise communicated in any way to only the individuals identified in Paragraph 20 of the Protective Order, except that (i) under paragraph 20(a), the Licensing Documents can only be shown to outside attorneys retained by the parties in this action to consult on the litigation, (ii) the Licensing Documents may not be shared with the individuals identified in paragraph 20(b), and

1  (iii) Rambus may use such documents to conduct it ordinary business.

2    3.    The Licensing Documents may only be used for purposes of the above-captioned litigation, except that Rambus may use such documents to conduct it ordinary business.

3    4.    To avoid the necessity of a motion, Hynix and Rambus hereby request that this stipulation and order be approved by the Court.

DATED: October 31, 2008

MUNGER, TOLLES & OLSON LLP
   GREGORY P. STONE
   STEVEN M. PERRY
   SEAN ESKOVITZ
   PETER A. DETRE
   CAROLYN HOECKER LUEDTKE

By: /s/ Carolyn Luedtke
   CAROLYN H. LUEDTKE

Attorneys for RAMBUS INC.

DATED: October ___, 2008

THELEN REID LLP
   KENNETH L. NISSLY
   SUSAN VAN KEULEN
   GEOFF YOST

O'MELVENY & MYERS LLP
   KENNETH R. O'ROURKE
   WALLACE A. ALLAN
   BELINDA M. VEGA

TOWNSEND & TOWNSEND & CREW LLP
   THEODORE G. BROWN III
   JORDAN TRENT JONES

By: _____
   BELINDA M. VEGA

Attorneys for HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K., LTD; HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

1  (iii) Rambus may use such documents to conduct it ordinary business.

2  3. The Licensing Documents may only be used for purposes of the above-captioned litigation, except that Rambus may use such documents to conduct it ordinary business.

4. To avoid the necessity of a motion, Hynix and Rambus hereby request that this stipulation and order be approved by the Court.

DATED: October _____, 2008

MUNGER, TOLLES & OLSON LLP
   GREGORY P. STONE
   STEVEN M. PERRY
   SEAN ESKOVITZ
   PETER A. DETRE
   CAROLYN HOECKER LUEDTKE

By:_____
   CAROLYN H. LUEDTKE

Attorneys for RAMBUS INC.

DATED: October 28, 2008

THELEN REID LLP
   KENNETH L. NISSLY
   SUSAN VAN KEULEN
   GEOFF YOST

O'MELVENY & MYERS LLP
   KENNETH R. O'ROURKE
   WALLACE A. ALLAN
   BELINDA M. VEGA

TOWNSEND & TOWNSEND & CREW LLP
   THEODORE G. BROWN III
   JORDAN TRENT JONES

By:_____
   BELINDA M. VEGA

Attorneys for HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR U.K., LTD; HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

*IT IS SO ORDERED*
*Ronald M. Whyte*
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Dated: 11/19/08