O'MELVENY & MYERS LLP
KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*
SUSAN ROEDER (SBN 160897) *sroeder@omm.com*
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600; Facsimile: (650) 473-2601

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE G. BROWN, III (SBN 114672) *tgbrown@townsend.com*
JULIE J. HAN (SBN 215279) *jjhan@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

*E-FILED - 5/6/09*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. CV 00-20905 RMW<br><br>[] ORDER GRANTING PLAINTIFFS' REQUEST RE EQUIPMENT IN COURTROOM<br><br>Date: May 8, 2009<br>Time: 2:00 p.m.<br>Ctrm: 6<br>Judge: Honorable Ronald M. Whyte |

1   IT IS HEREBY ORDERED that Plaintiffs, their attorneys, and consultant, Fulcrum Legal Graphics Inc., shall be permitted to bring, use, and remove the following equipment for the purpose of showing demonstratives at the evidentiary hearing being held on May 8, 2009 at 2:00 p.m.  All will be held in Courtroom 6, 4th Floor, of Judge Ronald M. Whyte:

1. 1 Projector screen 7';
2. 1 Data projector (1024 X 768  - 3200 lumens);
3. 1 Data A/B switch;
4. 1 EXETRON P2DA^ DA 6x 1 300 MHz;
5. 1 Projector/equipment stand – telescopic; and
6. 2 Laptop computers.

Dated: May __6__, 2009

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

MP1:1176789.1

- 1 -   [] ORDER GRANTING PLAINTIFFS'
         REQUEST RE EQUIPMENT IN COURTROOM
         CASE NO.: CV 00-20905 RMW