1 | *Parties listed on signature page*

*E-FILED - 5/8/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al., | CASE NO. CV 00-20905 RMW |
| Plaintiffs, | **STIPULATION AND []** |
| vs. | **ORDER REGARDING SCHEDULE FOR BRIEFING AND HEARING WITH REGARD TO RAMBUS'S BILL OF COSTS** |
| RAMBUS INC., | |
| Defendant. | Date: June 5, 2009<br>Time: 2:00 p.m.<br>Judge: Honorable Ronald M. Whyte<br>Ctrm: 6 |

1  WHEREAS, Rambus filed its bill of costs on April 9, 2009;

2  WHEREAS, Hynix filed its objections to the bill of costs on April 30, 2009;

3  WHEREAS, Local Rule 54-5 permits the claiming party to file a motion for review of the taxation of costs after the filing of objections and taxation by the Clerk;

4  WHEREAS, the Court indicated that it, rather than the Clerk, will tax costs in this case;

5  WHEREAS, counsel for Rambus and Hynix conferred on April 29, 2009, pursuant to Local Rule 54-2, regarding Hynix's objections and wish to continue to meet and confer,

6  NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Hynix and Rambus, that:

(1) Hynix and Rambus shall have through and including May 14, 2009, to file a statement identifying any cost items or objections that have been withdrawn based upon their meet and confer efforts, and also to identify the cost items that remain in dispute;

(2) Rambus shall have through and including May 14, 2009, to file papers in response to Hynix's objections to the bill of costs; and

(3) Oral argument on the bill of costs shall be heard, if the Court wishes to hear oral argument, on June 5, 2009, at 2:00 p.m.

-2-   STIPULATION AND [] ORDER RE: BRIEFING AND HEARING ON RAMBUS'S BILL OF COSTS, CASE NO. CV 00-20905 RMW

| | | |
|---|---|---|
| 1 | DATED: May 7, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ |
| | | Andrew Song |
| 4 | | Counsel for Rambus Inc. |
| 5 | DATED: May 7, 2009 | TOWNSEND & TOWNSEND & CREW LLP |

By: /s/
Julie Han

Counsel for Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Hynix Semiconductor U.K. Ltd.; and Hynix Semiconductor Deutschland GmbH

O R D E R

IT IS SO ORDERED.

DATED: May 8, 2009

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Court Judge

-3-    STIPULATION AND [] ORDER RE: BRIEFING AND HEARING ON RAMBUS'S BILL OF COSTS, CASE NO. CV 00-20905 RMW