O'MELVENY & MYERS LLP
KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*
SUSAN ROEDER (SBN 160897) *sroeder@omm.com*
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600; Facsimile: (650) 473-2601

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE G. BROWN, III (SBN 114672) *tgbrown@townsend.com*
JULIE J. HAN (SBN 215279) *jjhan@townsend.com*
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400; Facsimile: (650) 326-2422

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

*E-FILED - 10/22/09*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> RAMBUS INC, <br><br> Defendant. | Case No. CV 00-20905 RMW <br><br> **[] ORDER GRANTING HYNIX'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 79-5 and 7-11** <br><br> Date: May 1, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 6 <br> Judge: Honorable Ronald M. Whyte |

On March 24, 2009, Hynix filed an Administrative Request to File Documents Under Seal with respect to the following documents:

1. Portions of Hynix's Notice of Motion and Motion for Stay of Execution of Money Judgment and for Permission to Post Alternative Security; Memorandum of Points and Authorities in Support Thereof;

2. Portions of the Declaration of Yoo Ho Roh in Support of Hynix's Notice of Motion and Motion for Stay of Execution of Money Judgment and for Permission to Post Alternative Security, including Exhibit A; and

3. Portions of the Declaration of Chang Weon Rhee in Support of Hynix's Notice of Motion and Motion for Stay of Execution of Money Judgment and for Permission to Post Alternative Security.

Good cause appearing, IT IS THEREFORE ORDERED:

The foregoing documents, the subject of Hynix's March 24, 2009 Administrative Request to File Documents Under Seal, shall be filed under seal.

Dated: 10/22/09

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge