| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196126) |
| Andrea Weiss Jeffries (SBN 183408) | SIDLEY AUSTIN LLP |
| Fred A. Rowley, Jr. (SBN 192298) | 555 West Fifth Street, Suite 4000 |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, CA 90013-1010 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 896-6000 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 896-6600 |
| Telephone: (213) 683-9100 | Email: rransom@sidley.com |
| Facsimile: (213) 687-3702 | |
| Email: gregory.stone@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| Email: andrea.jeffries@mto.com | Craig N. Tolliver (Pro Hac Vice) |
| Email: fred.rowley@mto.com | MCKOOL SMITH PC |
| | 300 West 6th Street, Suite 1700 |
| Peter A. Detre (SBN 182619) | Austin, TX 78701 |
| Carolyn Hoecker Luedtke (SBN 207976) | Telephone: (512) 692-8700 |
| Rosemarie T. Ring (SBN 220769) | Facsimile: (512) 692-8744 |
| Jennifer L. Polse (SBN 219202) | Email: phubert@mckoolsmith.com |
| MUNGER, TOLLES & OLSON LLP | Email: ctolliver@mckoolsmith.com |
| 560 Mission Street, 27th Floor | |
| San Francisco, CA 94105-2907 | |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: carolyn.luedtke@mto.com | |
| Email: rose.ring@mto.com | |
| Email: jen.polse@mto.com | |

Attorneys for RAMBUS INC.

*E-FILED - 10/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al., | CASE NO. CV 00-20905 RMW |
| Plaintiffs, | **[] ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11)** |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |
| | Judge: Honorable Ronald M. Whyte |
| | Ctrm: 6 |

7568340.1

[] ORDER GRANTING MTN TO FILE
UNDER SEAL; CASE NO. 00-20905 RMW

1 On April 10, 2009, Rambus Inc. ("Rambus") filed a Motion for Administrative Relief to File Documents Under Seal in the above-entitled action with respect to the following documents:

1. **Brief of Rambus Inc. in Opposition to Hynix's Motion for Stay of Execution of Money Judgment and for Permission to Post Alternative Security, Declaration of E. Allen Jacobs in Support of Brief of Rambus Inc. Opposing Stay of Execution of Money Judgment and Permission to Post Alternative Security, Declaration of Robert Dwyer in Support of Brief of Rambus Inc. Opposing Stay of Execution of Money Judgment and Permission to Post Alternative Security, and Declaration of Jin Yeong Chung Regarding Lien Issues in Support of Brief of Rambus Inc. Opposing Stay of Execution of Money Judgment and for Permission to Post Alternative Security.**

The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

DATED: __10/22__, 2009

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge