1  TOWNSEND and TOWNSEND and CREW LLP
   THEODORE G. BROWN, III (SBN 114672) tgbrown@townsend.com
2  JULIE J. HAN (SBN 215279) jjhan@townsend.com
   379 Lytton Avenue
3  Palo Alto, California 94301
   Telephone: (650) 326-2400; Facsimile: (650) 326-2422
4
   O'MELVENY & MYERS LLP
5  KENNETH L. NISSLY (SBN 77589) kennissly@thelen.com
   SUSAN ROEDER (SBN 160897) sroeder@omm.com
6  2765 Sand Hill Road
   Menlo Park, California 94025
7  Telephone: (650) 473-2600; Facsimile: (650) 473-2601

8  Attorneys for Plaintiffs
   HYNIX SEMICONDUCTOR INC.,
9  HYNIX SEMICONDUCTOR AMERICA INC.,
   HYNIX SEMICONDUCTOR U.K. LTD., and
10 HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>                    Plaintiffs,<br><br>    v.<br><br>RAMBUS INC.,<br><br>                    Defendant. | Case No.  CV 00-20905 RMW<br><br>[PROPOSED] ORDER GRANTING HYNIX'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 79-5 AND 7-11 |
|---|---|

Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") have filed with the Court the Declaration of Yoo Ho Roh and Exhibits 1 and 2. As set forth in Hynix's Administrative Motion to File Documents Under Seal, Hynix has lodged the following documents with this Court:

**DECLARATION OF YOO HO ROH RE EXISTING ENCUMBRANCES ON HYNIX CHEUNJU FAB 3**

|   |   |
|---|---|
| 1 | **EXHIBITS 1 AND 2 TO THE DECLARATION OF YOO HO ROH RE EXISTING ENCUMBRANCES ON HYNIX CHEUNJU FAB 3** |
| 2 |   |
| 3 | This application is made on the basis that the Declaration of Yoo Ho Roh and Exhibits 1 and 2 |
| 4 | contain confidential business and financial information and have been designated as "Confidential – |
| 5 | Outside Counsel Only" under the terms of the Protective Order. |
| 6 | Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: |
| 7 | The following documents are hereby ordered sealed: |
| 8 | **DECLARATION OF YOO HO ROH RE EXISTING ENCUMBRANCES ON HYNIX CHEUNJU FAB 3** |
| 9 |   |
| 10 | **EXHIBITS 1 AND 2 TO THE DECLARATION OF YOO HO ROH RE EXISTING ENCUMBRANCES ON HYNIX CHEUNJU FAB 3** |
| 11 |   |
| 12 | DATED: __6/29/10__, ~~2009~~ |
| 13 |   |
| 14 | *Ronald M. Whyte* |
| 15 | The Honorable Ronald M. Whyte<br>United States District Court Judge |
| 16 |   |
| 17 | 62282546 v1 |