**E-filed:** **8/6/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>     v.<br><br>RAMBUS INC.,<br><br>     Defendant. | No. C-00-20905 RMW<br><br>ORDER RE ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>**[Re Docket Nos. 4008]** |

    Defendant Rambus' administrative request seeks leave to file under seal a portion of its memorandum of points and authorities in support of its motion for leave to seek reconsideration and Exhibit M to the Declaration of Jeffrey Y. Wu in support of the motion. The administrative request states little more than that the motion and Exhibit M "contain Confidential or Special Confidential information subject to the Protective Order, including sensitive and/or proprietary financial information." Request at 2, supporting declaration of Wu at ¶4. This is inadequate particularly with regard to Exhibit M, which contains no obvious indicia of confidentiality and appears to have been prepared from public information. The parties shall have ten days in which to submit further declaration(s) to more adequately explain which Exhibit M merits sealing from the public record. The court will take the request under submission on August 16, 2010.

DATED:    August 6 , 2010

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER
C-00-20905-RMW
TER