1  Gregory P. Stone (SBN 078329)
   Andrea Weiss Jeffries (SBN 183408)
2  Fred A. Rowley, Jr. (SBN 192298)
   MUNGER, TOLLES & OLSON LLP
3  355 South Grand Avenue, 35th Floor
   Los Angeles, CA  90071-1560
4  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
5  Email:  gregory.stone@mto.com
   Email:  andrea.jeffries@mto.com
6  Email:  fred.rowley@mto.com

7  Peter A. Detre (SBN 182619)
   Carolyn Hoecker Luedtke (SBN 207976)
8  Rosemarie T. Ring (SBN 220769)
   Jennifer L. Polse (SBN 219202)
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
10 San Francisco, CA  94105-2907
   Telephone:  (415) 512-4000
11 Facsimile:  (415) 512-4077
   Email:  peter.detre@mto.com
12 Email:  carolyn luedtke@mto.com
   Email:  rose.ring@mto.com
13 Email:  jen.polse@mto.com

   Rollin A. Ransom (SBN 196126)
   SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, CA  90013-1010
   Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
   Email:  rransom@sidley.com

   Pierre J. Hubert (Pro Hac Vice)
   Craig N. Tolliver (Pro Hac Vice)
   MCKOOL SMITH PC
   300 West 6th Street, Suite 1700
   Austin, TX  78701
   Telephone:  (512) 692-8700
   Facsimile:  (512) 692-8744
   Email:  phubert@mckoolsmith.com
   Email:  ctolliver@mckoolsmith.com

14 Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>RAMBUS INC.,<br><br>      Defendant. | CASE NO.  CV-00-20905-RMW<br><br>[~~PROPOSED~~] **ORDER GRANTING RAMBUS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5 AND 7-11**)<br><br>Judge:   Honorable Ronald M. Whyte<br>Ctrm:    6 |

11290746.1

[~~PROPOSED~~] ORDER GRANTING MTN TO FILE
UNDER SEAL
CASE NO. CV-00-20905-RMW

**[PROPOSED] ORDER**

On August 2, 2010, Rambus Inc. ("Rambus") filed a Motion for Administrative Relief to File Documents Under Seal in the above-entitled action with respect to the following documents:

1. The Motion (1) for Leave to Seek Reconsideration of Bond Order, and (2) for Reconsideration of Bond Order;

2. Exhibit M to the Declaration of Jeffrey Y. Wu in Support of Rambus Inc.'s Motion (1) for Leave to Seek Reconsideration of Bond Order, and (2) for Reconsideration of Bond Order. The Motion for Administrative Relief and the supporting declaration establish that the foregoing documents are properly filed under seal.   ^filed 8/16/10

Good cause appearing, IT IS HEREBY ORDERED that the foregoing documents shall be filed under seal.

DATED: __8/17__, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court ~~Judge~~

11290746.1

ORDER GRANTING MTN TO FILE
UNDER SEAL
CASE NO. CV-00-20905-RMW