1  O'MELVENY & MYERS LLP
   KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
2  SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*
   SUSAN ROEDER (SBN 160897) *sroeder@omm.com*
3  2765 Sand Hill Road
   Menlo Park, California 94025-7019
4  Telephone: (650) 473-2600; Facsimile: (650) 473-2601

5  KILPATRICK TOWNSEND & STOCKTON LLP
   THEODORE G. BROWN, III (SBN 114672)
6  *tbrown@kilpatricktownsend.com*
   JULIE J. HAN (SBN 215279) *jhan@kilpatricktownsend.com*
7  379 Lytton Avenue
   Palo Alto, California 94301
8  Telephone: (650) 326-2400; Facsimile: (650) 326-2422

9  Attorneys for Plaintiffs
   HYNIX SEMICONDUCTOR INC.,
10 HYNIX SEMICONDUCTOR AMERICA INC.,
   HYNIX SEMICONDUCTOR U.K. LTD., and
11 HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. CV 00-20905 RMW<br><br>**ORDER GRANTING HYNIX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br>(Local Rules 79-5(b) and 7-11) |

On May 27, 2011, Hynix filed an Administrative Request to File Documents Under Seal with respect to the following documents:

1. Exhibits 1-25 to the Declaration of Yoo Ho Roh in Support of Hynix's Bill of Costs Pursuant to Federal Rule of Appellate Procedure 39

Good cause appearing, IT IS THEREFORE ORDERED:

The foregoing documents, the subject of Hynix's May 27, 2011 Administrative Request to File Documents Under Seal, shall be filed under seal.

Dated:  ___06/08/2011_____          _____/s/ Ronald M. Whyte_____
                                         HON. RONALD M. WHYTE
                                         United States District Judge