1    *Parties listed on signature page*

2

3                              *__E-FILED - 6/23/11__*

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12   HYNIX SEMICONDUCTOR, INC., et al.,     CASE NO.  CV 00-20905 RMW

13               Plaintiffs,          **STIPULATION AND []**
                                  **ORDER REGARDING SCHEDULE FOR**

14       vs.                              **BRIEFING WITH REGARD TO HYNIX'S**
                                    **BILL OF COSTS**

15   RAMBUS INC.,

16               Defendant.

17                                  Judge:      Honorable Ronald M. Whyte
                                    Ctrm:       6

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER RE:
BRIEFING ON HYNIX'S BILL OF COSTS
CASE NO. CV 00-20905 RMW

1  WHEREAS, Hynix filed its Bill of Costs Pursuant to Fed. Rules App. Proc., Rule

2  39(e) on May 27, 2011;

3  WHEREAS, Rambus Inc. ("Rambus") filed a Motion to Extend Time for

4  Objections to Hynix's Bill of Costs and for the Court to Hear the Bill of Costs in the First

5  Instance (Local Rule 6-3), on June 2, 2011;

6  NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS

7  HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Hynix and

8  Rambus, that:

9  (1)   The Court, rather than the Clerk, will consider Hynix's Bill of Costs and

10  Supplemental Bill of Costs and Rambus's Objections in the first instance;

11  (2)   Hynix has through and including fifteen (15) days after the mandate issues

12  from the Federal Circuit to submit a Supplemental Bill of Costs Pursuant to Fed. Rules App.

13  Proc., Rule 39(e);

14  (3)   In the event Hynix files a Supplemental Bill of Costs pursuant to paragraph

15  (2), Rambus has through and including thirty-seven (37) days after the mandate issues to submit

16  Rambus's Objections to Hynix's Bill of Costs and any Supplemental Bill of Costs;

17  (4)   In the event Hynix does not file a Supplemental Bill of Costs after the

18  mandate issues pursuant to paragraph (2), Rambus has through and including thirty (30) days

19  after the mandate issues to file its Objections;

20  (5)   Hynix and Rambus have through and including fifteen (15) days after

21  Rambus files its Objections to file a statement identifying any cost items or objections that have

22  been withdrawn based upon their meet and confer efforts, and also to identify the cost items that

23  remain in dispute;

24  (6)   Hynix has through and including fifteen (15) days after Rambus files its

25  Objections to file papers in response to Rambus's Objections to the Bill of Costs;

26  (7)   Oral argument on the Bill of Costs, Supplemental Bill of Costs, and

27  Rambus's Objections shall be heard, if the Court wishes to hear oral argument, at a time that is

28  convenient for the Court after Hynix files its response to Rambus's Objections;

STIPULATION AND [] ORDER RE:
BRIEFING ON HYNIX'S BILL OF COSTS
CASE NO. CV 00-20905 RMW

1                (8)     The schedule set forth above is subject to modification by Court order, either

2  upon request from either party or on the Court's own initiative, or by agreement of the parties

3  subject to Court approval.

4

5  DATED:  June 10, 2011             MUNGER, TOLLES & OLSON LLP

6                             By:  */s/ Fred A. Rowley, Jr.*

7                                      Fred A. Rowley, Jr.

8                         Counsel for Rambus Inc.

9  DATED:  June 10, 2011             TOWNSEND & TOWNSEND & CREW LLP

10

11                           By:  */s/ Ted Brown*

12                                  Ted Brown

13                       Counsel for Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Hynix Semiconductor

14                       U.K. Ltd.; and Hynix Semiconductor Deutschland GmbH

15

16

17

18

19                                  O R D E R

20  IT IS SO ORDERED.

21

22  DATED:  June 23, 2011

23

24

25                                 Honorable Ronald M. Whyte

                                  United States District Court Judge

26

27

28