1 | *Parties listed on signature page*

*E-FILED - 9/29/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>RAMBUS INC.,<br><br>             Defendant. | CASE NO. CV 00-20905 RMW<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING SCHEDULE FOR**<br>**BRIEFING WITH REGARD TO HYNIX'S**<br>**BILL OF COSTS**<br><br>Judge:    Honorable Ronald M. Whyte<br>Ctrm:     6 |

1 WHEREAS, Hynix filed its Bill of Costs Pursuant to Fed. Rules App. Proc., Rule 39(e) on May 27, 2011;

WHEREAS, the Court entered a Stipulation and Order Regarding Schedule for Briefing with Regard to Hynix's Bill of Costs on June 23, 2011 ("June 23 Order");

WHEREAS, the mandate of the Federal Circuit issued in this case on August 9, 2011;

WHEREAS, Hynix filed a Supplemental Bill of Costs on August 24, 2011;

WHEREAS, Rambus's Objections to Hynix's Bill of Costs and Supplemental Bill of Costs is currently due on September 15, 2011 pursuant to the briefing schedule set forth in the June 23 Order;

WHEREAS, on August 18, 2011 and September 7, 2011, Hynix provided Rambus with certain additional documents related to certain items in its Bill of Costs, including foreign-language documents;

WHEREAS, Hynix has agreed to provide Rambus with English-language translations of the foreign-language documents provided on September 7, 2011 as soon as they become available;

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Hynix and Rambus, that:

(1) Rambus has through and including September 19, 2011 to file its Objections to Hynix's Bill of Costs and Supplemental Bill of Costs;

(2) Hynix has through and including October 3, 2011 to file papers in response to Rambus's Objections;

(3) Hynix and Rambus have through and including October 3, 2011 to file a statement identifying any cost items or objections that have been withdrawn based upon their meet and confer efforts, and also to identify the cost items that remain in dispute;

1        (4)   The schedule set forth above is subject to modification by Court order, either upon motion from either party demonstrating good cause or on the Court's own initiative, or by agreement of the parties subject to Court approval.

DATED: September 14, 2011    MUNGER, TOLLES & OLSON LLP

By:    /s/ *Fred A. Rowley, Jr.*
           Fred A. Rowley, Jr.

Counsel for Rambus Inc.

FRED A. ROWLEY, JR. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone   (213) 683-9100
Facsimile:   (213) 687-3702
Email: Fred.Rowley@mto.com

DATED: September 14, 2011    KILPATRICK TOWNSEND & STOCKTON LLP

By:    /s/ *Theodore G. Brown, III*
           Theodore G. Brown, III

Counsel for Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Hynix Semiconductor U.K. Ltd.; and Hynix Semiconductor Deutschland GmbH

Theodore G. Brown, III (SBN 114672)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone   (650) 326-2400
Facsimile:   (650) 326-2422
Email: tbrown@kilpatricktownsend.com

O R D E R

IT IS SO ORDERED.

DATED: September 4, 2011

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge