1  KILPATRICK TOWNSEND & STOCKTON LLP
   THEODORE G. BROWN, III (SBN 114672) tbrown@kilpatricktownsend.com
2  JULIE J. HAN (SBN 215279) jhan@kilpatricktownsend.com
   1080 Marsh Road
3  Menlo Park, California  94025
   Telephone: (650) 326-2400
4  Facsimile: (650) 326-2422

5  O'MELVENY & MYERS LLP
   KENNETH L. NISSLY (SBN 77589) knissly@omm.com
6  SUSAN van KEULEN (SBN 136060) svankeulen@omm.com
   SUSAN ROEDER (SBN 160897) sroeder@omm.com
7  2765 Sand Hill Road
   Menlo Park, California  94025
8  Telephone: (650) 473-2600
   Facsimile: (650) 473-2601

9
   Attorneys for Plaintiffs,
10 HYNIX SEMICONDUCTOR INC.,
   HYNIX SEMICONDUCTOR AMERICA INC.,
11 HYNIX SEMICONDUCTOR U.K. LTD., and
   HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

12
                    **UNITED STATES DISTRICT COURT**
13               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**

14 | HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, | Case No.  CV 00-20905 RMW |
   |---|---|
   | | **[] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
   | Plaintiffs, | **(Local Rules 79-5(b) and 7-11)** |
   | v. | |
   | RAMBUS INC., | |
   | Defendant. | |

21       On August 24, 2011, Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America
22 Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively
23 "Hynix") filed a Miscellaneous Administrative Request to File Documents Under Seal with
24 respect to the following documents:
25       1.      Exhibits 26-28 to the Supplemental Declaration of Yoo Ho Roh in Support of
26 Hynix's Supplemental Bill of Costs Pursuant to Federal Rule of Appellate Procedure 39.
27 ///
28 ///



[] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMIN REQUEST TO
FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(B) AND 7-11)
[CASE NO. CV-00-20905 RMW]                                          - 1 -

1  Good cause appearing, IT IS THEREFORE ORDERED:

2  The foregoing documents, the subject of Hynix's August 24, 2011 Miscellaneous

3  Administrative Request to File Documents Under Seal, shall be filed under seal.

5  DATED: 9/29/2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

63683387 v1



[] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMIN REQUEST TO
FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(B) AND 7-11)
[CASE NO. CV-00-20905 RMW]                                                                - 2 -