1    O'MELVENY & MYERS LLP
     KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
2    SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*
     SUSAN ROEDER (SBN 160897) *sroeder@omm.com*
3    2765 Sand Hill Road
     Menlo Park, California 94025-7019
4    Telephone: (650) 473-2600; Facsimile: (650) 473-2601

5    KILPATRICK TOWNSEND & STOCKTON LLP
     THEODORE G. BROWN, III (SBN 114672) *tbrown@kilpatricktownsend.com*
6    JULIE J. HAN  (SBN 215279) *jhan@kilpatricktownsend.com*
     1080 Marsh Road
7    Menlo Park, California  94025
     Telephone:  (650) 326-2400; Facsimile:  (650) 326-2422
8
     Attorneys for Plaintiffs
9    HYNIX SEMICONDUCTOR INC.,
     HYNIX SEMICONDUCTOR AMERICA INC.,
10   HYNIX SEMICONDUCTOR U.K. LTD., and
     HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH
11

12              **UNITED STATES DISTRICT COURT**

13        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN JOSE DIVISION**

15

16   HYNIX SEMICONDUCTOR INC.,          Case No.  CV 00-20905 RMW
     HYNIX SEMICONDUCTOR AMERICA
17   INC., HYNIX SEMICONDUCTOR U.K.
     LTD., and HYNIX SEMICONDUCTOR      **[] ORDER GRANTING**
18   DEUTSCHLAND GmbH,                  **ADMINISTRATIVE REQUESTS**
                                        **TO FILE DOCUMENTS UNDER SEAL**
19              Plaintiffs,             **(Local Rules 79-5(d) and 7-11)**

20          v.

21   RAMBUS INC.,                       **[Re Docket Nos. 4054, 4059]**

22              Defendant.

23

24

25

26

27

28

OMM_US:70018398.1

1    On September 23, 2011, Hynix filed an Administrative Request to File Documents Under

2    Seal in the above-entitled action with respect to the following documents:

3        1.    Portions of Rambus Inc.'s Opposition to Hynix's Bill of Costs and Supplemental

4    Bill of Costs, dated September 19, 2011, that have been highlighted in yellow, green <u>or</u> blue in

5    the Annotated Confidential Version lodged with the Court;

6        2.    Portions of Declaration of E. Allen Jacobs in Support of Rambus's Opposition to

7    Hynix's Bill of Costs and Supplemental Bill of Costs, dated September 19, 2011, that have been

8    highlighted in yellow, green <u>or</u> blue in the Annotated Confidential Version lodged with the Court;

9        3.    Exhibits A through H to the Declaration of Jeffrey Y. Wu in Support of Rambus's

10   Opposition to Hynix's Bill of Costs (Exhibits A Through H Lodged Under Seal), dated

11   September 19, 2011.

12       Good cause appearing, IT IS THEREFORE ORDERED:

13       The foregoing documents, the subject of Hynix's September 23, 2011 Administrative

14   Request to File Documents Under Seal, shall be filed under seal.

15

16   Dated:    ; 14; 14233

HON. RONALD M. WHYTE
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28