1  KILPATRICK TOWNSEND & STOCKTON LLP
   THEODORE G. BROWN, III (SBN 114672)
2  JULIE J. HAN (SBN 215279)
   G. ROSS ALLEN (SBN 262869)
3  1080 Marsh Road
   Menlo Park, California  94025
4  Telephone:   (650) 326-2400
   Facsimile:    (650) 326-2422
5  Email:        tbrown@kilpatricktownsend.com
                 jhan@kilpatricktownsend.com
6                grallen@kilpatricktownsend.com

7  O'MELVENY & MYERS LLP
   KENNETH L. NISSLY (SBN 77589)
8  SUSAN van KEULEN (SBN 136060)
   SUSAN ROEDER (SBN 160897)
9  2765 Sand Hill Road
   Menlo Park, California  94025
10 Telephone:   (650) 473-2600
   Facsimile:    (650) 473-2601
11 Email:        knissly@omm.com
                 svankeulen@omm.com
12               sroeder@omm.com

13 Attorneys for Plaintiffs,
   HYNIX SEMICONDUCTOR INC.,
14 HYNIX SEMICONDUCTOR AMERICA INC.,
   HYNIX SEMICONDUCTOR U.K. LTD., and

15

16              **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                   **SAN JOSE DIVISION**

18 HYNIX SEMICONDUCTOR INC.,          Case No.  CV 00-20905 RMW
   HYNIX SEMICONDUCTOR AMERICA
   INC., HYNIX SEMICONDUCTOR U.K.     **[] ORDER GRANTING**
19 LTD., and HYNIX SEMICONDUCTOR      **HYNIX'S MISCELLANEOUS**
   DEUTSCHLAND GmbH,                  **ADMINISTRATIVE REQUEST TO FILE**
20                                    **DOCUMENTS UNDER SEAL**
              Plaintiffs,             **(Local Rules 79-5(b) and 7-11)**
21
          v.
22
   RAMBUS INC.,
23
              Defendant.
24

25       On October 3, 2011, Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America

26 Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively

27 "Hynix") filed a Miscellaneous Administrative Request to File Documents Under Seal with

28 respect to the following documents:



[] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMIN REQUEST TO
FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(B) AND 7-11)
[CASE NO. CV-00-20905 RMW]                                      - 1 -

1      1.    Hynix's Response in Support of Hynix's Bill of Costs and Supplemental Bill of

2 Costs Pursuant to Federal Rule of Appellate Procedure 39 ("Response") (portions);

3      2.    Exhibit 3 to the Declaration of Theodore G. Brown in Support Hynix's Response in

4 Support of Bill of Costs and Supplemental Bill of Costs Pursuant to Federal Rule of Appellate

5 Procedure 39 ("Brown Declaration"); and

6      3.    Second Supplemental Declaration of Yoo Ho Roh in Support of Hynix's Bill of

7 Costs Pursuant to Federal Rule of Appellate Procedure 39 ("Roh 2nd Supplemental Declaration").

8      Good cause appearing, IT IS THEREFORE ORDERED:

9      The foregoing documents, the subject of Hynix's October 3, 2011 Miscellaneous

10 Administrative Request to File Documents Under Seal, shall be filed under seal.

11

12 DATED: 3218114233

13

14 _____

15 The Honorable Ronald M. Whyte
     United States District Judge

16

17

18

19

20 63756052 v1

21

22

23

24

25

26

27

28

