1  *Parties listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>           Defendant. | CASE NO.  CV 00-20905 RMW<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING SCHEDULE FOR**<br>**BRIEFING WITH REGARD TO HYNIX'S**<br>**BILL OF COSTS**<br><br>Judge:     Honorable Ronald M. Whyte<br>Ctrm:       6 |

1    WHEREAS, Hynix filed its Bill of Costs Pursuant to Fed. Rules App. Proc., Rule
2    39(e) on May 27, 2011;
3    WHEREAS, the Court entered a Stipulation and Order Regarding Schedule for
4    Briefing with Regard to Hynix's Bill of Costs on June 23, 2011 ("June 23 Order");
5    WHEREAS, the mandate of the Federal Circuit issued in this case on August 9,
6    2011;
7    WHEREAS, Hynix filed a Supplemental Bill of Costs on August 24, 2011;
8    WHEREAS, Rambus's Objections to Hynix's Bill of Costs and Supplemental Bill
9    of Costs is currently due on September 15, 2011 pursuant to the briefing schedule set forth in the
10   June 23 Order;
11   WHEREAS, on August 18, 2011 and September 7, 2011, Hynix provided Rambus
12   with certain additional documents related to certain items in its Bill of Costs, including foreign-
13   language documents;
14   WHEREAS, Hynix has agreed to provide Rambus with English-language
15   translations of the foreign-language documents provided on September 7, 2011 as soon as they
16   become available;
17
18   NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS
19   HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Hynix and
20   Rambus, that:
21   (1)   Rambus has through and including September 19, 2011 to file its Objections
22   to Hynix's Bill of Costs and Supplemental Bill of Costs;
23   (2)   Hynix has through and including October 3, 2011 to file papers in response
24   to Rambus's Objections;
25   (3)   Hynix and Rambus have through and including October 3, 2011 to file a
26   statement identifying any cost items or objections that have been withdrawn based upon their
27   meet and confer efforts, and also to identify the cost items that remain in dispute;
28

(4)     The schedule set forth above is subject to modification by Court order, either upon motion from either party demonstrating good cause or on the Court's own initiative, or by agreement of the parties subject to Court approval.

DATED:  September 14, 2011        MUNGER, TOLLES & OLSON LLP

By:  ___/s/ *Fred A. Rowley, Jr.*___
         Fred A. Rowley, Jr.

Counsel for Rambus Inc.

FRED A. ROWLEY, JR. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA   90071-1560
Telephone     (213) 683-9100
Facsimile:     (213) 687-3702
Email:  Fred.Rowley@mto.com

DATED:  September 14, 2011        KILPATRICK TOWNSEND & STOCKTON LLP

By:  ___/s/ *Theodore G. Brown, III*___
         Theodore G. Brown, III

Counsel for Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Hynix Semiconductor U.K. Ltd.; and Hynix Semiconductor Deutschland GmbH

Theodore G. Brown, III (SBN 114672)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA   94025
Telephone     (650) 326-2400
Facsimile:     (650) 326-2422
Email:  tbrown@kilpatricktownsend.com

O R D E R

IT IS SO ORDERED.

DATED: Qevqdgt"42, 2011

___Ronald M. Whyte___
Honorable Ronald M. Whyte
United States District Court Judge