
| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | THEODORE G. BROWN, III (SBN 114672) |
| 2 | G. ROSS ALLEN (SBN 262869) |
| | 1080 Marsh Road |
| 3 | Menlo Park, California  94025 |

*E-Filed 12/13/2011*

KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE G. BROWN, III (SBN 114672)
G. ROSS ALLEN (SBN 262869)
1080 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:   tbrown@kilpatricktownsend.com
         grallen@kilpatricktownsend.com

O'MELVENY & MYERS LLP
KENNETH L. NISSLY (SBN 77589)
SUSAN van KEULEN (SBN 136060)
SUSAN ROEDER (SBN 160897)
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:  (650) 473-2601
Email:   knissly@omm.com
         svankeulen@omm.com
         sroeder@omm.com

Attorneys for Plaintiffs,
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No.  CV 00-20905 RMW<br><br>[PROPOSED] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br>(Local Rules 79-5(b) and 7-11) |

On December 9, 2011, Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") filed a Miscellaneous Administrative Request to File Documents Under Seal with respect to the following documents:

1. Exhibits 29 through 31 to the Third Supplemental Declaration of Yoo Ho Roh in



1  Support of Hynix's Second Supplemental Bill of Costs Pursuant to Federal Rule of Appellate
2  Procedure 39(e) ("Roh 3rd Supplemental Declaration").
3      Good cause appearing, IT IS THEREFORE ORDERED:
4      The foregoing documents, the subject of Hynix's December 9, 2011 Miscellaneous
5  Administrative Request to File Documents Under Seal, shall be filed under seal.

7  DATED:  12/13/2011

    *Ronald M. Whyte*
    The Honorable Ronald M. Whyte
    United States District Judge

15  63874257 v1



[PROPOSED] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMIN REQUEST TO
FILE DOCUMENTS UNDER SEAL (LOCAL RULES 79-5(B) AND 7-11)
[CASE NO. CV-00-20905 RMW]                                                                                                    - 2 -