1  KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
   SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*              *E-Filed 12/13/2011*
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, CA 94025
   Telephone:    (650) 473-2600
4  Facsimile:    (650) 473-2601

5  KENNETH R. O'ROURKE (SBN 120144) *korourke@omm.com*
   O'MELVENY & MYERS LLP
6  400 South Hope Street
   Los Angeles, CA 90071-2899
7  Telephone:    (213) 430-6000
   Facsimile:    (213) 430-6407
8
   *[Additional counsel listed on signature page.]*
9
   Attorneys for Plaintiffs
10 HYNIX SEMICONDUCTOR INC.,
   HYNIX SEMICONDUCTOR AMERICA INC.,
11 HYNIX SEMICONDUCTOR U.K. LTD., and
   HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C-00-20905 RMW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ENTRY OF EQUIPMENT IN COURTROOM<br><br>Date:   December 16, 2011<br>Time:   2:00 p.m.<br>Ctrm:   6<br>Judge:  Honorable Ronald M. Whyte |
|---|---|

IT IS HEREBY ORDERED that Plaintiffs, their attorneys, experts, and consultant, Fulcrum Legal Graphics Inc., shall be permitted to bring, use, and remove the following equipment for the purpose of showing demonstratives at the hearing re Remand Issues, which is

-1-

-2-

1   scheduled for December 16, 2011 at 2:00 p.m.  The hearing will be heard in Courtroom 6, 4th

2   Floor, of Judge Ronald M. Whyte:

3       1.    1 Projector;

4       2.    3 Flat panel monitors;

5       3.    1 Projector/equipment stand – telescopic;

6       4.    2 Tech table;

7       5.    2 Laptop computers; and

8       6.    Miscellaneous cables and power strips to connect equipment.

9   Hynix shall also be permitted to enter the courtroom starting at 12:00 noon on Friday, December 16, 2011, to assemble the aforementioned equipment in advance of the hearing scheduled for 2:00 p.m.

Dated:  December __13__ 2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

OMM_US:70138787.1