*E-Filed 12/14/2011*

| | |
|---|---|
| Gregory P. Stone (SBN 078329) | Rollin A. Ransom (SBN 196192) |
| Fred A. Rowley, Jr. (SBN 192298) | SIDLEY AUSTIN LLP |
| MUNGER, TOLLES & OLSON LLP | 555 West Fifth Street, Suite 4000 |
| 355 South Grand Avenue, 35th Floor | Los Angeles, CA  90013-1010 |
| Los Angeles, CA  90071-1560 | Telephone:  (213) 896-1000 |
| Telephone:  (213) 683-9100 | Facsimile:  (213) 896-6600 |
| Facsimile:  (213) 687-3702 | Email: rransom@sidley.com |
| Email: Gregory.Stone@mto.com | |
| Email: Fred.Rowley@mto.com | Pierre J. Hubert (Pro Hac Vice) |
| | Craig N. Tolliver (Pro Hac Vice) |
| Peter A. Detre (SBN 182619) | MCKOOL SMITH PC |
| Carolyn Hoecker Luedtke (SBN 207976) | 300 West 6th Street, Suite 1700 |
| Rosemarie T. Ring (SBN 220769) | Austin, TX  78701 |
| MUNGER, TOLLES & OLSON LLP | Telephone:  (512) 692-8700 |
| 560 Mission Street, 27th Floor | Facsimile:  (512) 692-8744 |
| San Francisco, CA  94105-2907 | Email: phubert@mccoolsmith.com |
| Telephone:  (415) 512-4000 | Email: ctolliver@mccoolsmith.com |
| Facsimile:  (415) 512-4077 | |
| Email: peter.detre@mto.com | |
| Email: carolyn.luedtke@mto.com | |
| Email: rose.ring@mto.com | |

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al., | CASE NO.  CV 00-20905 RMW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING RAMBUS INC.'S ADMINISTRATIVE REQUEST RE ENTRY OF EQUIPMENT IN THE COURTROOM |
| v. | |
| RAMBUS INC., | Judge:  Honorable Ronald M. Whyte |
| Defendant. | Ctrm:  6 |

On December 13, 2011, Rambus Inc. ("Rambus") requested permission to bring and to use certain equipment at the hearing in the above-captioned matter on December 16, 2011 at 2:00 p.m. Rambus also requested permission for Plaintiffs' vendor to bring certain electronic equipment in addition to that listed in Plaintiffs' Miscellaneous Administrative Request, filed on December 12, 2011.

IT IS HEREBY ORDERED that, in addition to the equipment subject to Plaintiffs' Administrative Request, filed on December 12, 2011, the parties shall be permitted to bring, use, and remove the following equipment for the purpose of showing demonstratives at the hearing scheduled in the above-captioned matter for December 16, 2011 at 2:00 p.m. in Courtroom 6:

1. Two flat panel monitors; and
2. Two easels.

Both Rambus and Plaintiffs shall be permitted to enter Courtroom 6 at 12:00 p.m. on December 16, 2011 to set up the equipment in advance of the hearing scheduled for 2:00 p.m.

Dated: December 14, 2011

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

15943902.1 -1- [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST (G.O. 58)
CASE NO. 00-20905 RMW