*E-Filed 12/28/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., et al.,<br><br>                          Plaintiffs,<br><br>           v.<br><br>RAMBUS INC.,<br><br>                          Defendant. | Case No. C-00-20905-RMW<br><br>ORDER DIRECTING RAMBUS TO FILE BRIEF RE HYNIX'S REQUEST TO TERMINATE APPELLATE BOND AND ESCROW ACCOUNT |

   In the course of arguing issues related to its bill of costs on appeal, Hynix has requested that it be permitted to terminate the supersedeas bond and the escrow account required by this court as conditions to staying execution of the original judgment.  Rambus is directed to file a brief, not to exceed fifteen pages, addressing Hynix's request on or before January 9, 2012.  Hynix shall not file a reply unless requested to do so by the court.  Upon the completion of briefing, the matter will be submitted without oral argument unless otherwise ordered by the court.

DATED:  12/28/2011

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge