```
KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE G. BROWN, III (SBN 114672)
G. ROSS ALLEN (SBN 262869)
1080 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:      tbrown@kilpatricktownsend.com
            grallen@kilpatricktownsend.com

O'MELVENY & MYERS LLP
KENNETH L. NISSLY (SBN 77589)
SUSAN van KEULEN (SBN 136060)
SUSAN ROEDER (SBN 160897)
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:  (650) 473-2601
Email:      knissly@omm.com
            svankeulen@omm.com
            sroeder@omm.com
```

*E-Filed 1/6/2012*

Attorneys for Plaintiffs,
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>    Plaintiffs,<br><br>        v.<br><br>RAMBUS INC.,<br><br>    Defendant. | Case No.  CV 00-20905 RMW<br><br>[PROPOSED] ORDER GRANTING HYNIX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br>(Local Rules 79-5(b) and 7-11) |

On December 9, 2011, Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") filed a Miscellaneous Administrative Request to File Documents Under Seal with respect to the following documents:

   1.   Exhibits 29 through 31 to the Third Supplemental Declaration of Yoo Ho Roh in



Support of Hynix's Second Supplemental Bill of Costs Pursuant to Federal Rule of Appellate Procedure 39(e) ("Roh 3rd Supplemental Declaration").

Good cause appearing, IT IS THEREFORE ORDERED:

The foregoing documents, the subject of Hynix's December 9, 2011 Miscellaneous Administrative Request to File Documents Under Seal, shall be filed under seal.

DATED: 12/13/2011

_____
The Honorable Ronald M. Whyte
United States District Judge

63874257 v1

