*Parties listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al., <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>RAMBUS INC., <br><br>　　　　　Defendant. | CASE NO.  CV 00-20905 RMW <br><br>**STIPULATION AND []** <br>**ORDER REGARDING DISCHARGE OF** <br>**SUPERSEDEAS BOND POSTED BY** <br>**HYNIX SEMICONDUCTOR INC.** <br><br>Judge:　Honorable Ronald M. Whyte <br>Ctrm:　　6 |

WHEREAS, the Court entered Final Judgment against Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH (collectively "Hynix") on March 10, 2009;

WHEREAS, Hynix filed its Notice of Appeal to the Court of Appeals for the Federal Circuit from the Final Judgment on April 6, 2009;

WHEREAS, on May 14, 2009, the Court Ordered that execution of the Final Judgment be stayed pending the appeal in this action, on condition that, *inter alia*, Hynix post a supersedeas bond in the amount of $250 million within 45 days of its May 14, 2009 Order;

1    WHEREAS, on June 26, 2009, Hynix posted a supersedeas bond, Bond No. CGB 8960181 issued by Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, in the amount to $250 million in accordance with the Court's Order of May 14, 2009;

4    WHEREAS, on September 17, 2010, the Court ordered that Hynix post a supersedeas bond in the full amount of the Final Judgment within 30 days in order to maintain the stay of execution;

7    WHEREAS, on October 18, 2010, Hynix posted a supersedeas bond, in the form of a Rider to Bond No. CGB 8960181, issued by Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, in the full amount of the Final Judgment, together with post-judgment interest through October 18, 2010 in accordance with the Court's Order of September 17, 2010 (hereinafter, Bond No. CGB 8960181 and the Rider to Bond No. CGB 8960181 are collectively referred to as "the bond") ;

13    WHEREAS, on May 13, 2011, the Court of Appeals for the Federal Circuit vacated the Final Judgment against Hynix and remanded for further proceedings;

15    WHEREAS, on January 11, 2012, the Court ordered that Hynix's obligation to maintain a supersedeas bond in respect of the judgment of March 10, 2009, was released;

17    WHEREAS, Hynix and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company have requested that Rambus Inc. ("Rambus") enter into this stipulation clarifying certain aspects of the scope of this Court's January 11, 2012 Order;

20    WHEREAS, Rambus understands that the import of paragraph (2) on page 13 of the Court's Order of January 11, 2012, is that the bond is released and exonerated; and

22    WHEREAS, Hynix and Rambus each acknowledges and agrees that Rambus's and Hynix's agreement to this stipulation is without waiver of any and all rights that either Rambus or Hynix may have with regard to the judgment of March 10, 2009, and the subsequent remand proceedings, including Hynix's and/or Rambus's rights, if any, to appeal or otherwise challenge the Court's Order of January 11, 2012, save and except for Rambus's right to seek reconsideration of or appeal from the release and exoneration of the bond,

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Hynix and Rambus, that the below Order may be entered by the Court.

DATED: February 8, 2012          MUNGER, TOLLES & OLSON LLP

By: /s/ *Gregory P. Stone*
    Gregory P. Stone

Counsel for Rambus Inc.

DATED: February 8, 2012          KILPATRICK TOWNSEND & STOCKTON, LLP

By: /s/ *Theodore G. Brown, III*
    Theodore G. Brown, III

Counsel for Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Hynix Semiconductor U.K. Ltd.; and Hynix Semiconductor Deutschland GmbH

## O R D E R

In furtherance of the Court's Order of January 11, 2012, and for the reasons set forth therein, IT IS HEREBY ORDERED that:

(1)   The Supersedeas Bond posted in this case, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company Bond No. CGB 8960181, and the Rider thereto, are hereby unconditionally released and exonerated and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the Supersedeas Bond and the Rider;

(2)   The clerk is directed to release the original bond(s) to counsel for Hynix; and

(3)   Any and all rights that Rambus and/or Hynix may have with regard to the judgment of March 10, 2009, and the subsequent remand proceedings, including Rambus's and/or Hynix's rights, if any, to appeal or otherwise challenge the Court's Order of January 11, 2012, are

1  preserved and are not waived, save and except for Rambus's right to seek reconsideration of or
2  appeal from the release and exoneration of the Supersedeas Bond and Rider referred to above.
3       IT IS SO ORDERED.

5  DATED:  February  9 , 2012

_____
  Honorable Ronald M. Whyte
  United States District Court Judge

18  63969953 v1