*E-Filed 3/21/2012*

1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

## SAN JOSE DIVISION

11

| | |
|---|---|
| 12  HYNIX SEMICONDUCTOR INC., et al., | Case No. C-00-20905-RMW |
| 13  Plaintiffs, | ORDER TAXING COSTS OF PREMIUMS INCURRED BY HYNIX TO MAINTAIN SUPERSEDEAS BOND |
| 14  v. | |
| 15  RAMBUS INC., | |
| 16  Defendant. | |

17

18    On January 11, 2012, the Court issued an order addressing a number of issues, including

19  Hynix's[1] request for costs pursuant to Federal Rule of Appellate Procedure 39(e).  As relevant

20  here, the Court ordered that:

21        costs are taxed against Rambus and for Hynix in the amount of $455 in filing fees;
          $6,177.60 in transcript fees; and in the amount of total bond premiums paid by
22        Hynix through the date of discharge of the bond, which shall be as soon as is
          practicable following this order.  Hynix shall file a supplement to its costs bills
23        indicating the final amount of bond premiums;

24  Order of Jan. 11, 2012 at 13.  On March 5, 2012, Hynix filed a third supplemental bill of costs,

25  supported by the fourth supplemental declaration of Yoo Ho Roh.  The declaration summarizes

26

27        [1] As used herein, "Hynix" refers to Hynix Semiconductor Inc., Hynix Semiconductor
28  America Inc., Hynix Semiconductor U.K. Ltd., and Hynix Semiconductor Deutschland GmbH,
    collectively.

1   the premium payments that Hynix has made since July 2009 and states that Hynix has paid total

2   bond premiums in the amount of $8,123,110.

3       Good cause therefor appearing, in is HEREBY ORDERED that in addition to the $455 in

4   filing fees and $6,177.60 in transcript fees previously taxed by the Court, costs are taxed against

5   Rambus and for Hynix in the amount of $8,123,110 in bond premiums.

6

7   DATED:  3/21/2012

8                               RONALD M. WHYTE
                                United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2