# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 2765 Sand Hill Road | NEWPORT BEACH |
| BRUSSELS | Menlo Park, California 94025 | NEW YORK |
| CENTURY CITY | TELEPHONE (650) 473-2600 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (650) 473-2601 | SHANGHAI |
| JAKARTA† | www.omm.com | SINGAPORE |
| LONDON | | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

OUR FILE NUMBER
0409022-000001

July 3, 2012

WRITER'S DIRECT DIAL
(650) 473-2674

**VIA E-FILE & HAND DELIVERY**

WRITER'S E-MAIL ADDRESS
knissly@omm.com

Honorable Ronald M. Whyte
United States District Court
Northern District of California
280 S. First Street
San Jose, CA 95113

Re: *Hynix Semiconductor Inc., et al., v. Rambus Inc.,*
*United States District Court, Northern District of California,*
*Case No. CV 00-20905 RMW*

Your Honor:

      The parties have previously written to the Court regarding Administrative Law Judge Essex's Initial Determination *In the Matter of Certain Semiconductor Chips and Products Containing Same*, United States International Trade Commission, Investigation No. 337-TA-753. See Docket Nos. 4125, 4129, 4135, 4137, 4139, 4140, 4143, and 4145-4148.

      For the Court's information, on June 29, 2012, the Commission issued its Notice of Extension of the Target Date, extending the target date for completion of the investigation from July 2, 2012 to July 25, 2012. A copy of the Notice of Extension is attached.

Very truly yours,

Kenneth L. Nissly
of O'MELVENY & MYERS LLP

KLN/
Enclosure
cc: All counsel on ECF Service List (via e-file)
OMM_US:70763330.2

†In association with Tumbuan & Partners

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

In the Matter of

**CERTAIN SEMICONDUCTOR CHIPS AND PRODUCTS CONTAINING SAME**

Investigation No. 337-TA-753

## NOTICE OF EXTENSION OF THE TARGET DATE

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Notice.

**SUMMARY:** Notice is hereby given that the U.S. International Trade Commission has determined to extend the target date for completion of the above-captioned investigation by approximately three weeks, to July 25, 2012.

**FOR FURTHER INFORMATION CONTACT:** Sidney A. Rosenzweig, Office of the General Counsel, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone (202) 708-2532. Copies of non-confidential documents filed in connection with this investigation are or will be available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone (202) 205-2000. General information concerning the Commission may also be obtained by accessing its Internet server at *http://www.usitc.gov*. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at *http://edis.usitc.gov*. Hearing-impaired persons are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810.

**SUPPLEMENTARY INFORMATION:** The Commission instituted this investigation on January 4, 2011, based on a complaint filed by Rambus Inc. of Sunnyvale, California ("Rambus"), alleging a violation of section 337 in the importation, sale for importation, and sale within the United States after importation of certain semiconductor chips and products containing the same. 76 *Fed. Reg.* 384 (Jan. 4, 2011). The complaint alleged the infringement of various claims of patents including U.S. Patent Nos. 6,470,405; 6,591,353; 7,287,109; 7,602,857; and 7,715,494. The notice of investigation named numerous respondents, many of whom have been terminated from the investigation on the basis of settlement.

On March 2, 2012, the ALJ issued the final Initial Determination ("ID").  On May 3, 2012, the Commission determined to review the ID in its entirety.  77 *Fed. Reg.* 27,249 (May 9, 2012). The Commission is currently considering final disposition of the ID.

The Commission has determined to extend the target date for completion of the above-captioned investigation by approximately three weeks, to July 25, 2012.

The authority for the Commission's determination is contained in section 337 of the Tariff Act of 1930, as amended (19 U.S.C. § 1337), and in section 210.51 of the Commission's Rules of Practice and Procedure (19 C.F.R. § 210.51).

    By order of the Commission.

Lisa R. Barton
Acting Secretary to the Commission

Issued:  June 29, 2012

2

| | |
|---|---|
| CERTAIN SEMICONDUCTOR CHIPS AND PRODUCTS CONTAINING SAME | Inv. No. 337-TA-753 |

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **NOTICE** has been served by hand upon, the Commission Investigative Attorney, Daniel L. Girdwood, Esq., and the following parties as indicated on **June 29, 2012**.

Lisa R. Barton, Acting Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**On Behalf of Complainant Rambus Inc.:**

Christine E. Lehman, Esq.
**FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, DC 20001-4413

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondents MediaTek, Inc., Cisco Systems, Inc., Oppo Digital, Inc. and Audio Partnership PLC:**

Thomas D. Pease, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Ave., 22nd Floor
New York, NY 20010

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondents Asustek Computer, Inc., Asus Computer International, Inc. and Hewlett-Packard Company:**

Andrew R. Kopsidas, Esq.
**FISH & RICHARDSON P.C.**
1425 K Street, NW, 11th Floor
Washington, DC 20005

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondents LSI Corporation and Seagate Technology:**

Jonathan D. Link, Esq.
**KILPARTRICK TOWNSEND & STOCKTON LLP**
607 14th Street, NW, Suite 900
Washington, DC 20005

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

| | |
|---|---|
| CERTAIN SEMICONDUCTOR CHIPS AND PRODUCTS CONTAINING SAME | Inv. No. 337-TA-753 |

Certificate of Service – Page 2

**On Behalf of Respondents STMicroelectronics NV and STMicroelectronics Inc.:**

Eric C. Rusnak, Esq.
**K&L GATES LLP**
1601 K Street, NW
Washington, DC  20006

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondent Hitachi Global Storage Technologies:**

Alexander J. Hadjis, Esq.
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW
Washington, DC  20006-1888

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____

**On Behalf of Respondent Garmin International Inc.:**

Louis S. Mastriani, Esq.
**ADDUCI, MASTRIANI & SCHAUMBERG LLP**
1133 Connecticut Avenue, 12th Floor
Washington, DC  20036

( ) Via Hand Delivery
( ) Via Overnight Delivery
(✓) Via First Class Mail
( ) Other:_____