1  KENNETH L. NISSLY (SBN 77589)
   knissly@omm.com
2  SUSAN van KEULEN (SBN 136060)
   svankeulen@omm.com
3  SUSAN ROEDER (SBN 160897)
   sroeder@omm.com
4  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
5  Menlo Park, California  94025
   Telephone:    (650) 473-2600
6  Facsimile:    (650) 473-2601

7  KENNETH O'ROURKE (SBN 120144)
   korourke@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
10 Facsimile:    (213) 430-6407

11

   Attorneys for Plaintiffs SK HYNIX INC.,
12 SK HYNIX AMERICA INC., SK HYNIX U.K.
   LIMITED, and SK HYNIX DEUTSCHLAND
13 GmbH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC. (f/k/a Hynix Semiconductor Inc.), SK HYNIX AMERICA INC. (f/k/a Hynix Semiconductor America Inc.), SK HYNIX U.K. LIMITED (f/k/a Hynix Semiconductor U.K. Ltd.), and SK HYNIX DEUTSCHLAND GmbH (f/k/a Hynix Semiconductor Deutschland GmbH),<br><br>        Plaintiffs,<br><br>  vs.<br><br>RAMBUS INC.,<br><br>        Defendant. | CASE NO.:  CV 00-20905 RMW<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 TO MODIFY CASE CAPTION TO REFLECT CORPORATE NAME CHANGES** |

- 1 -

ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL
RULE 7-11 TO MODIFY CASE CAPTION TO REFLECT
CORPORATE NAME CHANGES
CASE NO.: CV 00-20905 RMW

**INTRODUCTION**

Pursuant to Civil Local Rule 7-11, the Hynix parties move to modify the case caption in this matter to reflect recent changes in their corporate names. This matter is properly dealt with as an administrative matter because the corporate name changes do not affect the merits of any issue. Hynix sought a stipulation from Rambus for this requested order but Rambus declined. Declaration of Susan van Keulen In Support Of Administrative Motion Modify Case Caption ("van Keulen Declaration"), at 2:13-17.

**MOTION TO MODIFY CASE CAPTION TO REFLECT**

**CORPORATE NAME CHANGES**

On February 14, 2012, SK Telecom Co., Ltd. acquired an interest in Hynix Semiconductor Inc., and as part of this transaction the names of Hynix Semiconductor Inc. and its subsidiaries have been changed. van Keulen Declaration, at 2:7-12; Declaration of Keumsun Ma In Support of Administrative Motion To Modify Case Caption, at 2:6-11.

The names have been changed as follows: Hynix Semiconductor Inc. became SK hynix Inc.; Hynix Semiconductor America Inc. became SK hynix America Inc.; Hynix Semiconductor U.K. Ltd. became SK hynix U.K. Limited; and Hynix Semiconductor Deutschland GmbH became SK hynix Deutschland GmbH.

Under Federal Rule of Civil Procedure 17(a)(1), "[a]n action must be prosecuted in the name of the name of the real party in interest." Therefore, pursuant to Civil Local Rule 7-11, SK hynix Inc. (f/k/a Hynix Semiconductor Inc.), SK hynix America Inc. (f/k/a Hynix Semiconductor America Inc.), SK hynix U.K. Limited (f/k/a Hynix Semiconductor U.K. Ltd.), and SK hynix Deutschland GmbH (f/k/a Hynix Semiconductor Deutschland GmbH) respectfully request that the caption and future filings in this matter be styled as follows: SK hynix Inc.,

///

///

///

///

- 2 -

ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL
RULE 7-11 TO MODIFY CASE CAPTION TO REFLECT
CORPORATE NAME CHANGES
CASE NO.: CV 00-20905 RMW

1  SK hynix America Inc., SK hynix U.K. Limited, and SK hynix Deutschland GmbH, Plaintiffs vs.

2  Rambus Inc., Defendant, United States District Court, Northern District of California, Case

3  No. CV 00-20905 RMW.

5  DATED: October 5, 2012

7                                                  By:      */s/ Susan van Keulen*
                                                    SUSAN VAN KEULEN

9  O'MELVENY & MYERS LLP
Attorneys for SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LIMITED, and SK HYNIX DEUTSCHLAND GmbH

OMM_US:70908795

- 3 -

ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL
RULE 7-11 TO MODIFY CASE CAPTION TO REFLECT
CORPORATE NAME CHANGES
CASE NO.: CV 00-20905 RMW