KENNETH L. NISSLY (SBN 77589) *knissly@omm.com*
SUSAN van KEULEN (SBN 136060) *svankeulen@omm.com*
SUSAN ROEDER (SBN 160897) *sroeder@omm.com*
MISHIMA ALAM (SBN 271621) *malam@omm.com*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601

WALLACE M. ALLAN (SBN 102045) *tallan@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

THEODORE G. BROWN, III
*tbrown@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone:    (650) 324-6353
Facsimile:    (650) 618-2029

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C-00-20905 RMW<br><br>**HYNIX'S STATEMENT REGARDING SUPPLEMENTAL BRIEFING ON REMEDY** |

Plaintiffs Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Hynix Semiconductor U.K. Limited, and Hynix Semiconductor Deutschland GmbH (collectively, "Hynix") submit this statement in response to the Court's Findings of Fact and Conclusions of Law on Spoliation and the Unclean Hands Defense, issued September 21, 2012 ("9/21 Order"). In the 9/21 Order, the Court directed the parties to "submit supplemental briefs, not to exceed twenty pages, addressing what a reasonable, non-discriminatory royalty rate would be with respect to the patents-in-suit. The briefing shall address specifically the royalty rates obtained by Infineon, Samsung, and any other relevant competitors of Hynix." *Id*. at 65:15-17. Hynix's brief was to be submitted or before October 12, 2012, and Rambus's brief was to be submitted on or before October 26, 2012. *Id*. at 65:18-66:1.

In response to the Court's clear direction, Hynix intends to address in its brief the royalty rates obtained from Rambus by Infineon, Samsung and Elpida, with reference to certain license agreements between those entities and Rambus. The relevant Infineon agreement has been produced in this case and is available for Hynix's use. By contrast, the relevant Samsung and Elpida license agreements have not yet been produced in this case and therefore cannot be used by Hynix as of the date of this filing.

As explained in the October 9, 2012 letter to the Court from Ms. Susan van Keulen (Exhibit A to the accompanying Declaration of Susan van Keulen re Supplemental Briefing on Remedy), Hynix promptly addressed this issue with Rambus. Rambus has cooperated by providing notice to Samsung and Elpida of Hynix's request for the agreements and has informed each of them that it will wait ten business days before providing the agreements to Hynix for use in this case, subject to a stipulated protective order. Rambus has represented to Hynix that the notice it has provided to Samsung and Elpida complies with the notice provisions in the subject license agreements.

In view of Rambus's requests to Samsung and Elpida, Hynix and Rambus agreed to an eleven-day extension of the current briefing schedule, such that Hynix's brief would be submitted on or before October 23, 2012 and Rambus's brief would be submitted on or before November 6, 2012. Ms. van Keulen's October 9, 2012 letter to the Court attached a Stipulation And

1  [Proposed] Order Modifying The Schedule For Supplemental Briefing On Remedy ("Stipulated
2  Scheduling Order") (Exhibit B to van Keulen Declaration) which would accomplish this
3  scheduling change, once signed and entered by the Court.  As of the date of this filing, Hynix has
4  not received a signed order, presumably because, based on information stated on the Court's
5  website, the Court is unavailable during the period from October 10, 2012 through October 19,
6  2012.  (van Keulen Declaration, at ¶ 4.)

7  Accordingly, in anticipation of the Court signing the Stipulated Scheduling Order upon its
8  return, Hynix is filing this statement on the original filing date of October 12, 2012, and will file
9  its substantive response, assuming the Samsung and Elpida licenses have been produced, on
10 October 23, 2012.  Hynix reserves its right to seek a further extension if the Samsung and Elpida
11 licensing agreements are not produced to Hynix in sufficient time to make effective use of them
12 on the revised schedule.

Dated:  October 12, 2012

By:  /s/ Susan van Keulen
SUSAN van KEULEN

KENNETH L. NISSLY
SUSAN van KEULEN
SUSAN ROEDER
MISHIMA ALAM
O'MELVENY & MYERS LLP

WALLACE M. ALLAN
O'MELVENY & MYERS LLP

THEODORE G. BROWN, III
KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR U.K. LTD., and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

OMM_US:71008478.1