KENNETH L. NISSLY (SBN 77589) knissly@omm.com
SUSAN van KEULEN (SBN 136060) svankeulen@omm.com
SUSAN ROEDER (SBN 160897) sroeder@omm.com
MISHIMA ALAM (SBN 271621) malam@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:     (650) 473-2600
Facsimile:     (650) 473-2601

KENNETH O'ROURKE (SBN 120144) korourke@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

[Additional Counsel listed on Signature Page]

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA,
HYNIX SEMICONDUCTOR U.K. LTD, and
HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH,<br><br>               Plaintiffs,<br><br>     vs.<br><br>RAMBUS INC.,<br><br>               Defendant. | CASE NO.:  CV 00-20905 RMW<br><br>**HYNIX'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF THE COLLATERAL ESTOPPEL EFFECT OF REEXAMINATIONS OF RAMBUS'S PATENTS; (2) MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY TO DEFENDANT AND COUNTERCLAIM OF PLAINTIFF RAMBUS INC.'S AMENDED COUNTERCLAIM; AND (3) MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR MOTION TO STAY**<br><br>Hearing Date:   November 30, 2012<br>Time:           9:00 a.m.<br>Place:          Courtroom 6<br>Judge:          Hon. Ronald M. Whyte |

Pursuant to Federal Rule of Evidence 201, Plaintiffs SK hynix Semiconductor Inc., SK hynix Semiconductor America Inc., SK hynix Semiconductor U.K. Ltd., and SK hynix Semiconductor Deutschland GmbH (collectively, "Hynix")[1] hereby request that the Court take judicial notice of the items listed below.

1. The following documents from the United States Patent and Trademark Office's reexaminations of Rambus's patents, which are properly the subject of judicial notice (*see* Fed. R. Evid. 201; *Coinstar, Inc. v. CoinBank Automated Systems, Inc.*, 998 F.Supp. 1109, 1114 (N.D. Cal. 1998) and submitted herewith as exhibits to the declaration of David L. Taylor.[2]

| UNITED STATES PATENT NO. | SUBJECT PATENT | ATTACHED TO TAYLOR DECL. |
|---|---|---|
| 6,324,120 | BPAI Decision of January 19, 2012 regarding the '120 patent | Ex. 10 |
| 6,324,120 | BPAI Decision of July 25, 2012 denying Micron's rehearing request regarding the '120 patent | Ex. 11 |
| 6,324,120 | BPAI Decision of July 30, 2012 denying Rambus's rehearing request regarding the '120 patent | Ex. 12 |
| 6,426,916 | BPAI Decision of June 14, 2012 regarding the '916 patent | Ex. 14 |
| 6,182,184 | BPAI Decision of January 19, 2012 regarding the '184 patent | Ex. 16 |
| 6,182,184 | BPAI Decision of July 25, 2012 denying Micron's rehearing request regarding the '184 patent | Ex. 17 |
| 6,584,037 | BPAI Decision of January 27, 2012 regarding the '037 patent | Ex. 18 |
| 6,584,037 | BPAI Decision of July 26, 2012 denying Micron's rehearing request regarding the '037 patent | Ex. 19 |
| 6,584,037 | BPAI Decision of August 16, 2012 denying Rambus's rehearing request regarding the '037 patent | Ex. 20 |

---

[1] On October 5, 2012, the parties formerly collectively referred to as "Hynix" filed an Administrative Motion informing the Court of changes to the parties' names. As of the date of filing this motion, the Administrative Motion had not been granted. For ease of reference for this supplemental reply, the parties shall continue to be referred to as "Hynix."

[2] The Declaration of Dave Taylor is being filed in support of SK hynix's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, on the Issue of the Collateral Estoppel Effect of Reexaminations of Rambus's Patents on October 17, 2012 and is incorporated by reference herein

| UNITED STATES PATENT NO. | SUBJECT PATENT | ATTACHED TO TAYLOR DECL. |
|---|---|---|
| 6,426,916 | PTAB Decision of September 27, 2012 regarding the '446 patent | Ex. 21 |

DATED: October 17, 2012

By:     /s/ Susan van Keulen
    SUSAN van KEULEN

KENNETH L. NISSLY
SUSAN van KEULEN
SUSAN ROEDER
MISHIMA ALAM
O'MELVENY & MYERS LLP

KENNETH O'ROURKE
O'MELVENY & MYERS LLP

THEODORE G. BROWN III
KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Plaintiffs
HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH

OMM_US:71001385.7