Gregory P. Stone (SBN 078329)
Fred A. Rowley, Jr. (SBN 192298)
Steven M. Perry (SBN 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Gregory.Stone@mto.com
Email: Fred.Rowley@mto.com

Peter A. Detre (SBN 182619)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: peter.detre@mto.com

Rollin A. Ransom (SBN 196192)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al., <br><br>Plaintiffs, <br><br>vs. <br><br>RAMBUS INC., <br><br>Defendant. | CASE NO. CV 00-20905 RMW <br><br>**STIPULATION AND [] ORDER ADJUSTING BRIEFING SCHEDULE AND HEARING DATE** <br><br>Proposed Date: December 19, 2012 <br>Proposed Time: 2:00 p.m. <br>Location: Courtroom 6 (4th Flr.) <br>Judge: Hon. Ronald M. Whyte |

1. On October 17, 2012, Hynix filed the following motions in the above-captioned matter: (a) Motion for Leave to File Supplemental Reply to Defendant and Counterclaim Plaintiff Rambus Inc.'s Amended Counterclaim; (b) Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment on the Issue of the Collateral Estoppel Effect of Reexaminations of Rambus's Patents; and (c) Motion for New Trial, or in the Alternative, Motion for Stay. The Hynix motions are currently noticed for hearing on November 30, 2012 at 9:00 a.m.

2. On or before October 29, 2012, Rambus intends to file a motion to amend the Court's Findings of Fact and Conclusions of Law on Spoliation and the Unclean Hands Defense dated September 21, 2012.

3. The parties hereby agree to modify the briefing schedule that would otherwise be applicable to the above-referenced motions, such that opposition papers shall be due on November 20, 2012, and reply papers shall be due on December 4, 2012.

4. Based upon communications with the Court's clerk, the parties understand that the Court is willing to conduct the hearing in this matter on December 19, 2012 at 2:00 p.m.

//
//
//
//
//
//
//
//
//
//
//
//
//

Accordingly, the parties hereby further stipulate to continue and/or specially set the hearing on the above-referenced motions to December 19, 2012 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: October 26, 2012

MUNGER, TOLLES & OLSON LLP
SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

Attorneys for RAMBUS INC.

Dated: October 26, 2012

O'MELVENY & MYERS LLP
KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Theodore G. Brown III*
Theodore G. Brown III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR GmbH

**ORDER**

IT IS SO ORDERED.

Dated: P qxgo dgt '37, 2012

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge