Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
Fred A. Rowley, Jr. (SBN 192298)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
Email: Gregory.Stone@mto.com
Email: Fred.Rowley@mto.com

Peter A. Detre (SBN 182619)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
Email: peter.detre@mto.com

Rollin A. Ransom (SBN 196192)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600
Email: rransom@sidley.com

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RAMBUS INC.,<br><br>　　　　　Defendant. | CASE NO. CV 00-20905 RMW<br><br>**STIPULATION AND [] ORDER PERMITTING A CONSOLIDATED OPPOSITION TO HYNIX'S MOTIONS**<br><br>Date:　　　December 19, 2012<br>Time:　　　2:00 p.m.<br>Location:　Courtroom 6 (4th Flr.)<br>Judge:　　Hon. Ronald M. Whyte |

1.    On October 17, 2012, Hynix filed the following motions in the above-captioned matter:  (a) Motion for Leave to File Supplemental Reply to Defendant and Counterclaim Plaintiff Rambus Inc.'s Amended Counterclaim; (b) Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment on the Issue of the Collateral Estoppel Effect of Reexaminations of Rambus's Patents; and (c) Motion for New Trial, or in the Alternative, Motion for Stay (collectively, the " Hynix Motions").

2.    On November 5, 2012, Hynix filed a Supplemental Memorandum in support of the Hynix Motions.

3.    Pursuant to the Stipulation and Order Adjusting Briefing Schedule and Hearing Date, entered November 15, 2012, Rambus's opposition papers to the Hynix Motions are due on November 20, 2012.

4.    Under Local Rule 7-4, Rambus is permitted to file an opposition brief of up to 25 pages in response to each of the Hynix Motions, for a total of 75 pages.  Under Local Rule 7-4,  Hynix is permitted to file a reply brief of up to 15 pages regarding each of the Hynix Motions, for a total of 45 pages.

5.    In the interest of judicial efficiency, the parties stipulate that Rambus shall be permitted to file a single consolidated opposition brief, not to exceed 55 pages, in response to the Hynix Motions.

//
//
//
//
//
//
//
//
//
//

6. The parties further stipulate that Hynix shall be permitted to file either three reply briefs, not to exceed fifteen pages each or, at Hynix's election, a single consolidated reply brief not to exceed 40 pages regarding the three Hynix Motions.

IT IS SO STIPULATED.

Dated: November 16, 2012

MUNGER, TOLLES & OLSON LLP
SIDLEY AUSTIN LLP

By: */s/ Jeffrey Y. Wu*
      Jeffrey Y. Wu

Attorneys for RAMBUS INC.

Dated: November 16, 2012

O'MELVENY & MYERS LLP
KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Jeffrey Y. Wu for*
     *Theodore G. Brown III*
     Theodore G. Brown III

Attorneys for HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR GmbH

**ORDER**

IT IS SO ORDERED.

Dated: November 42, 2012

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

19292295.1

- 2 -

STIPULATION AND [] ORDER
RE: OPP'N BRIEF TO HYNIX MOTIONS
CASE NO. 00-20905-RMW