| | |
|---|---|
| 1 | KENNETH NISSLY (SBN 77589) *knissly@omm.com* |
| 2 | SUSAN VAN KEULEN (SBN 136060) *svankeulen@omm.com* |
|   | SUSAN ROEDER (SBN 160897) *sroeder@omm.com* |
| 3 | MISHIMA ALAM (SBN 271621) *malam@omm.com* |
|   | O'MELVENY & MYERS LLP |
| 4 | 2765 Sand Hill Road |
|   | Menlo Park, California  94025 |
| 5 | Telephone:     (650) 473-2600 |
| 6 | Facsimile:      (650) 473-2601 |
| 7 | KENNETH O'ROURKE (SBN 120144) *korourke@omm.com* |
|   | O'MELVENY & MYERS LLP |
| 8 | 400 South Hope Street |
|   | Los Angeles, California  90071-2899 |
| 9 | Telephone:     (213) 430-6000 |
| 10 | Facsimile:      (213) 430-6407 |
| 11 | *[Additional counsel listed on signature page.]* |
| 12 | Attorneys for Plaintiffs |
|   | HYNIX SEMICONDUCTOR INC., |
| 13 | HYNIX SEMICONDUCTOR AMERICA INC., |
|   | HYNIX SEMICONDUCTOR U.K. LTD., and |
| 14 | HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD., and HYNIX SEMICONDUCTOR DEUTSCHLAND GmbH, <br><br>Plaintiffs, <br><br>v. <br><br>RAMBUS INC., <br><br>Defendant. | Case No. CV 00-20905 RMW <br><br> **[] ORDER GRANTING SK HYNIX'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO RAMBUS'S BRIEF REGARDING THE COURT'S DETERMINATION OF A RAND RATE PURSUANT TO ITS SEPTEMBER 21, 2012 ORDER** <br><br> Hearing Date: TBD <br> Time:          TBD <br> Place:         Courtroom 6, 4th Floor <br> Judge:        Hon. Ronald M. Whyte |

On November 20, 2012, Hynix filed an Administrative Motion for Leave to File Reply to Rambus's Brief regarding the Court's Determination of a RAND Rate Pursuant to its September 21, 2012 Order.

Good cause appearing, IT IS THEREFORE ORDERED:

Hynix's November 20, 2012 Administrative Motion for Leave to File Reply to Rambus's Brief regarding the Court's Determination of a RAND Rate Pursuant to its September 21, 2012 Order is GRANTED. Both Hynix and Rambus may file additional briefs, not to exceed 10 pages, on or before December 10, 2012.

IT IS FURTHER ORDERED that both briefs be filed under seal.

Dated: DEC 5 , 2012

By: /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Judge

OMM_US:71142218.1

[] ORDER RE ADMIN MOTION
FOR LEAVE TO FILE REPLY
CV 00-20905 RMW