KENNETH L. NISSLY (SBN 77589) knissly@omm.com
SUSAN van KEULEN (SBN 136060) svankeulen@omm.com
SUSAN ROEDER (SBN 160897) sroeder@omm.com
MISHIMA ALAM (SBN 271621) malam@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601

KENNETH R. O'ROURKE (SBN 120144) korourke@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

THEODORE G. BROWN, III
tbrown@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone:    (650) 324-6353
Facsimile:    (650) 618-2029

Attorneys for Plaintiffs
SK HYNIX INC., SK HYNIX AMERICA INC.,
SK HYNIX U.K. LIMITED,
and SK HYNIX DEUTSCHLAND GmbH

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LIMITED, and SK HYNIX DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C-00-20905 RMW<br><br>**SK HYNIX'S THIRD SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (1) MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF THE COLLATERAL ESTOPPEL EFFECT OF REEXAMINATIONS OF RAMBUS'S PATENTS; (2) MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY TO DEFENDANT AND COUNTERCLAIM PLAINTIFF RAMBUS INC.'S AMENDED COUNTERCLAIM; AND (3) MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR MOTION TO STAY**<br><br>Hearing Date:    December 19, 2012<br>Time:    2:00 p.m.<br>Place:    Courtroom 6<br>Judge:    Hon. Ronald M. Whyte |

Pursuant to Federal Rule of Evidence 201, Plaintiffs SK hynix Semiconductor Inc., SK hynix Semiconductor America Inc., SK hynix Semiconductor U.K. Ltd., and SK hynix Semiconductor Deutschland GmbH (collectively, "Hynix")  hereby request that the Court take judicial notice of the items listed below.

1.     The following documents from the United States Patent and Trademark Office's reexaminations of Rambus's patents, which are properly the subject of judicial notice (*see* Fed. R. Evid. 201; *Coinstar, Inc. v. CoinBank Automated Systems, Inc.*, 998 F.Supp. 1109, 1114 (N.D. Cal. 1998) and submitted herewith as exhibits to the declaration of Kenneth L. Nissly.[1]

| UNITED STATES PATENT NO. | SUBJECT PATENT | ATTACHED TO NISSLY DECL. |
|---|---|---|
| **6,378,020** | Decision on appeal of December 10, 2012 regarding the '020 patent | Ex. A |
| **6,426,916** | Decision on request for rehearing of December 10, 2012 regarding the '916 patent | Ex. B |
| **6,751,696** | Decision on appeal of December 7, 2012 regarding the '696 patent | Ex. C |

///

///

///

///

///

///

///

///

///

///

///

---

[1] The Declaration of Kenneth L. Nissly is being filed on December 10, 2012 in Support of (1) Motion for Summary Judgment of the Issue of the Collateral Estoppel Effect of Reexaminations of Rambus's Patents; (2) Motion for Leave to File Supplemental Reply to Defendant and Counterclaimant Rambus Inc.'s Amended Counterclaim; and (3) Motion for New Trial and Motion for Stay and is incorporated by reference herein.

1    DATED:  December 10, 2012

2

3                                     By:          /s/ Susan van Keulen
                                                   SUSAN ᴠᴀɴ KEULEN
4

5                                     KENNETH L. NISSLY
                                      SUSAN van KEULEN
6                                     SUSAN ROEDER
                                      MISHIMA ALAM
7                                     O'MELVENY & MYERS LLP

8                                     KENNETH O'ROURKE
9                                     O'MELVENY & MYERS LLP

10                                    THEODORE G. BROWN III
                                      KILPATRICK TOWNSEND & STOCKTON LLP
11

12                                    Attorneys for Plaintiffs
                                      SK HYNIX INC., SK HYNIX AMERICA INC., SK
13                                    HYNIX U.K. LIMITED., and  SK HYNIX
                                      DEUTSCHLAND GmbH
14

15   OMM_US:71160756.3

16

17

18

19

20

21

22

23

24

25

26

27

28