# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

December 11, 2012

WRITER'S DIRECT LINE
(213) 683-9255
(213) 683-5155 FAX
Gregory.Stone@mto.com

Honorable Ronald M. Whyte
United States District Judge
United States District Court
  for the Northern District of California
280 South First Street
San Jose, California  95113

Re:  *SK Hynix Semiconductor Inc., et al. v. Rambus Inc.*, United States District Court, Northern District of California, Case No. CV-00-20905 RMW

Dear Judge Whyte:

I write to respond briefly to Mr. Nissly's letter of last evening. As you will have noted, a number of the filings addressing what a RAND royalty would be have been filed under seal. It thus would be easier if the argument on that particular question were to be conducted in a closed courtroom. However, if you prefer that the argument be held in open court, we will be able to structure our argument so as not to disclose any information designated at any level of confidentiality under the extant Protective Orders.

We understand that the Court's current schedule will allow approximately two and one-half hours for argument on the various matters set for hearing on December 19. We have planned our argument accordingly, and expected to start with the RAND issues. Regardless of the order for the argument, we believe it can be completed in the time that you have set aside. If there are some of the matters on which you do not feel you will need argument, we could further refine our argument to address only those matters on which you feel oral argument will be helpful.

19483254.1

Munger, Tolles & Olson LLP

Hon. Ronald M. Whyte
December 11, 2012
Page 2

If you would prefer to schedule some additional time for argument, we can be available on the morning of December 20.  However, prior commitments on December 18 and a hearing in federal court in San Francisco at 1:30 p.m. on December 20 limit our availability.

Please do not hesitate to contact me in advance of the hearing if I can provide any additional information that would be helpful to the Court.

Sincerely,

/s/ *Gregory P. Stone*

Gregory P. Stone

GPS:ath
cc: All Counsel on ECF Service List (via E-file)

Munger, Tolles & Olson LLP

19483254.1