**E-FILED on 12/14/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LTD., and SK HYNIX DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C-00-20905 RMW<br><br>ORDER RE: HEARING TO BE CONDUCTED ON DECEMBER 19, 2012 |

The court has received the letter from SK hynix's counsel, Mr. Nissly, filed on December 10, 2012 (Dkt. Entry 4215) and the letter from Rambus's counsel, Mr. Stone, filed on December 11, 2012 (Dkt. Entry 4216).

With respect to SK hynix's request for an additional day of argument, the court believes that the two and one-half hours of argument scheduled for December 19, 2012 will be adequate. However, if the court finds that it needs additional argument at the close of proceedings on December 19, the court may set additional hearing time for a mutually convenient date.

Both SK Hynix and Rambus are concerned that arguing the sanctions issue in open court may be problematic given that much of the briefing on sanctions was filed under seal. The court is not

1  inclined to close the hearing on the sanctions issue at this time.  Each party may (but is not required
2  to) submit a letter on or before 5:00 p.m. on Monday December 17, 2012, notifying the court of
3  particular concerns regarding documents that the party expects to utilize at the hearing.  Any such
4  letter shall be specific as to the identity of the documents in question and the reasons the documents
5  raise confidentiality concerns sufficient to warrant closing an otherwise public hearing either entirely
6  or in part.  As an alternative, either party may advise the court before it presents or discusses any
7  confidential information that the courtroom needs to be closed.  However, the parties are to avoid the
8  need to close the courtroom, if possible, by presenting confidential information in a way that does
9  not expose it to public view.

10         Finally, the court advises the parties that it intends to take up the sanctions issue first, then
11 Hynix's motions, and finally Rambus's motion.

12         IT IS SO ORDERED.

14 DATED:  December 14, 2012

15 _____
   RONALD M. WHYTE
16 United States District Judge

ORDER RE:  HEARING TO BE CONDUCTED ON DECEMBER 19, 2012
C-00-20905 RMW