Gregory P. Stone (SBN 078329)
Steven M. Perry (SBN 106154)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702
Email: Gregory.Stone@mto.com
Email: Steven.Perry@mto.com

Rollin A. Ransom (SBN 196192)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:    (213) 896-6000
Facsimile:     (213) 896-6600
Email:  rransom@sidley.com

Peter A. Detre (SBN 182619)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077
Email: peter.detre@mto.com

Attorneys for RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RAMBUS INC.,<br><br>　　　　　Defendant. | CASE NO.  CV 00-20905 RMW<br><br>**[] ORDER GRANTING RAMBUS'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING THE COURT'S DETERMINATION OF A RAND RATE PURSUANT TO ITS SEPTEMBER 21, 2012 ORDER**<br><br>Date:　　　 TBD<br>Time:　　　 TBD<br>Location:　 Courtroom 6 (4th Flr.)<br>Judge:　　  Hon. Ronald M. Whyte |

1   On November 30, 2012, Rambus Inc. filed its Administrative Motion for Leave to
2   File Supplemental Brief Regarding the Court's Determination of a RAND Rate Pursuant to its
3   September 21, 2012 Order.

4   Good cause appearing, IT IS THEREFORE ORDERED:

5   Rambus's November 30, 2012 Administrative Motion for Leave to File
6   Supplemental Brief Regarding the Court's Determination of a RAND Rate Pursuant to its
7   September 21, 2012 Order is GRANTED.

10  Dated: FGĐFÌ_____, 2012

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Court Judge

19395982.1

- 1 -

[] ORDER GRANTING
RAMBUS'S ADMIN. MOT. FOR LEAVE
CASE NO. 00-20905-RMW