*E-Filed 1/29/2013*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LTD., and SK HYNIX DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C-00-20905 RMW<br><br>ORDER SETTING DEADLINE FOR RESPONSE TO SK HYNIX'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY BASED ON THE COLLATERAL ESTOPPEL EFFECT OF THE JANUARY 2, 2013 DECISION OF THE DELAWARE DISTRICT COURT |

On January 25, 2013, SK hynix Inc., SK hynix America Inc., SK hynix U.K. Ltd., and SK hynix Deutschland GmbH (collectively, "SK hynix") filed a motion for summary judgment of unenforceability of the patents-in-suit based on the asserted collateral estoppel effect of the January 2, 2013 decision of the United States District Court for the District of Delaware. Rambus shall file a response to the motion on or before February 15, 2013. The court will advise the parties if it wishes a reply from SK hynix. Rambus shall address whether application of the collateral estoppel doctrine is discretionary in this instance and, if so, whether the court should apply the doctrine given the procedural postures of this case and the Delaware case.

//

1     IT IS SO ORDERED.

3 DATED: January 29, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER SETTING DEADLINE FOR RESPONSE
C-00-20905 RMW