*E-Filed 5/8/2013*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LTD., and SK HYNIX DEUTSCHLAND GmbH,<br><br>        Plaintiffs,<br><br>      v.<br><br>RAMBUS INC.,<br><br>        Defendant. | Case No. C-00-20905 RMW<br><br>ORDER REDACTING IN PART ORDER ISSUED MAY 8, 2013 |

The court has redacted footnote 19 of its order issued on May 8, 2013. Within seven (7) days, the parties shall file briefs showing cause for sealing the information contained in footnote 19. If cause is not shown, the court will file an unredacted copy of the order.

DATED:  May 8, 2013

_Ronald M. Whyte_
_____
RONALD M. WHYTE
United States District Judge