UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

**CIVIL MINUTES**

| | | |
|---|---|---|
| Case No. **C-00-20905-RMW** | JUDGE: **Ronald M. Whyte** | DATE: **June 10, 2013**<br>TIME IN: **5 *mins*.** |

**HYNIX                                             -V- RAMBUS**
Title

| | |
|---|---|
| **K. Nissly  (By Phone)** | **S. Perry (By Phone)** |
| Attorneys Present (Plaintiff) | Attorneys Present  (Defendant) |
| COURT CLERK: **Jackie Garcia** | COURT REPORTER: **Not Reported** |

**PROCEEDINGS**

**CONFERENCE CALL**

**ORDER AFTER HEARING**

 Hearing Held.  The parties advised the Court that they have reached a settlement in the case.  The parties made a joint request that the Court shouldn't issue the final judgment.  The parties shall submit a dismissal shortly.