1 (All parties and counsel listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SK HYNIX INC., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>RAMBUS INC.,<br><br>      Defendant. | CASE NO. CV 00-20905 RMW<br><br>**STIPULATION AND []**<br>**ORDER OF DISMISSAL** |

20968902.1

STIPULATION AND [] ORDER
OF DISMISSAL CASE NO. 00-20905-RMW

1  Rambus Inc. ("Rambus") and SK hynix Inc. (f/k/a/ Hynix Semiconductor Inc.),
2 SK hynix America Inc. (f/k/a/ Hynix Semiconductor America Inc.), SK hynix U.K. Limited (f/k/a
3 Hynix Semiconductor U.K. Ltd.), and SK hynix Deutschland GmbH (f/k/a/ Hynix Semiconductor
4 Deutschland GmbH) (collectively, "SK hynix") have settled the disputes between them raised in
5 the above-captioned action on mutually-agreeable terms.
6  The parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as
7 follows:
8  1. Rambus hereby dismisses all claims and/or counterclaims brought against
9 SK hynix in this action with prejudice;
10  2. SK hynix hereby dismisses all claims and/or counterclaims brought against
11 Rambus in this action with prejudice; and
12  3. Each party shall bear its own attorneys' fees and costs.
13
14  IT IS SO STIPULATED.
15 Dated: July 1, 2013    MUNGER, TOLLES & OLSON LLP
                          SIDLEY AUSTIN LLP
16
17
18                        By:  */s/ Gregory P. Stone*
                              GREGORY P. STONE (SBN 078329)
                              Email: gregory.stone@mto.com
19                            MUNGER, TOLLES & OLSON LLP
                              355 South Grand Avenue, 35th Floor
20                            Los Angeles, CA 90071
                              Telephone: (213) 683-9100
21                            Facsimile: (213) 687-3702
22                        Attorneys for RAMBUS INC.
23
24
25
26
27
28

20968902.1  - 1 -  STIPULATION AND [] ORDER
                   OF DISMISSAL CASE NO. 00-20905-RMW

Dated: July 1, 2013

O'MELVENY & MYERS LLP
KILPATRICK TOWNSEND & STOCKTON LLP

By:     /s/  Kenneth L. Nissly
KENNETH L. NISSLY (SBN 77589)
Email: knissly@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX U.K. LIMITED, and SK HYNIX DEUTSCHLAND GMBH

**ORDER**

IT IS SO ORDERED.

Dated: July G, 2013

_/s/ Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge

20968902.1

- 2 -

STIPULATION AND [] ORDER
OF DISMISSAL CASE NO. 00-20905-RMW